UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
JAMES BROWN,                              :
                                          :
                    Plaintiff,            :
        -v-                               :
                                          :   08 Civ. 6133 (GEL)
                                          :
JAMES DONOVAN, et al.,                    :
                                          :   **ORDER**
                                          :
                                          :
                    Defendants.           :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    The Court having been informed that defendants Donovan, Campbell, Sarno and Suriel have not yet been served in this matter, and that the City of New York Law Department has not yet determined whether it will represent these individually named defendants, the initial pretrial conference originally scheduled for August 21, 2008 at 2:30PM is adjourned until October 3, 2008 at 10:30AM.


SO ORDERED.

Dated: New York, New York
       August 18, 2008

                                                        _____
                                                        GERARD E. LYNCH
                                                        United States District Judge