# HARDING & MOORE
## ATTORNEYS AT LAW
### 80-59 LEFFERTS BOULEVARD
### KEW GARDENS, NEW YORK 11415

| | | |
|---|---|---|
| JAMES P. HARDING<br>A. PATRICIA MOORE<br>————— | TEL: (718) 805-1500<br>FAX: (718) 805-1503<br>E-MAIL: hardingandmoore@yahoo.com | NASSAU COUNTY OFFICE<br>58 HILTON AVENUE<br>HEMPSTEAD, N.Y. 11550<br>(516) 352-1700 |

August 26, 2008

Michael A. Cardozo
Corporation Counsel
The City of New York
100 Church Street
New York, New York 10007

<u>Attention</u>: Shawn D. Fabian,
           Assistant Corporation Counsel
           Special Federal Litigation Division

Re:  James Brown v. Donovan, et al.
     No.:  08-CV-06133(GEL)

Dear Mr. Fabian:

Enclosed please find our Initial Disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

The following are the items provided as plaintiff's Initial Disclosure:

     1.  Inmate Grievant's Statement Form dated April 24, 2007.

     2.  Letter Appeal (undated) to Ms. Breland, Deputy Warden of Security.

     3.  Hearing report and Notice of Disciplinary Disposition dated April 19-April 20, 2007, signed by James Brown and Captain A. Taylor (two-sided document).

     4.  Report and Notice of Infraction dated April 5, 2007.

     5.  <u>Pro</u> <u>Se</u> Notice of Claim dated April 24, 2007.

     6.  Disallowance based on insufficient proof from Office of the Comptroller dated May 10, 2007.

(continued on Page 2)

Michael A. Cardozo, Corporation Counsel
<u>Attention</u>: Shawn D. Fabian, Assistant Corporation Counsel
August 26, 2008
Re:  James Brown v. Donovan, et al.
     No.:  08-CV-06133(GEL)
Page 2

　　　　7.　Second <u>Pro</u> <u>Se</u> Notice of Claim dated May 19, 2007.

　　　　8.　Acknowledgement of Tort Claim number 2007PI013676 from Office of the Comptroller dated May 9, 2007.

　　　　9.　Letter dated June 18, 2007 from Darcy L. Hirsh, Legal Aid Society, to James Brown.

　　　　10.　Letter dated June 7, 2007 from Darcy L. Hirsh, Legal Aid Society, to Richard White, Deputy Commissioner of Investigations, New York City Department of Corrections.

　　　　11.　Letter of representation dated June 29, 2007 from Harding & Moore, Esqs. to Office of the Comptroller on Claim Number 2007PI1015801.

　　　　12.　Appeal (undated) by James Brown from Decision on Infraction Number 283/2007.

　　　　13.　Eye Glass Order Form dated May 24, 2008 for James Brown.

　　　　14.　Copies of prescriptions for denture adhesive cream, Esoneprazole, and Naproxen.

　　　　15.　Prison Health Services Chart for James Brown, including records of treatment for injuries alleged in Complaint.

　　　　16.　Copy of article written by Graham Rayman in <u>Village Voice</u> of July 11/July 17, 2007 referring (at pages 6 and 7) to James Brown incident and statement by James Brown.

　　　　17.　Notice of 50-H Hearing dated September 5, 2007.

　　　　18.　Stipulation dated October 18, 2007 regarding 50-H Hearing.

(continued on Page 3)

Michael A. Cardozo, Corporation Counsel
<u>Attention</u>: Shawn D. Fabian, Assistant Corporation Counsel
August 26, 2008
Re:   James Brown v. Donovan, et al.
      No.:  08-CV-06133(GEL)
Page 3


19.   Felony Complaint filed in Criminal Court of the City of New York, County of New York under Docket No. 2006NYO79825 and dated November 20, 2006, charging James Brown with two counts of Robbery in the First Degree.

20.   Copy of Indictment filed in Supreme Court, New York County, charging James Brown with Robbery in the First Degree.

21.   People's Voluntary Disclosure Form filed in Supreme Court, New York County.

We will continue to provide Initial Disclosure as required.  We believe that the enclosed make our Initial Disclosure substantially complete.   We are still awaiting signed Authorizations from our client.

Do not hesitate to contact us should you have any questions.

Very truly yours,

James P. Harding

JPH/lr
Enclosures
via Priority Mail and via ECF

```
----------------------------------------x
                                                           NOTICE OF CLAIM
                                  Claimant,

JAMES BROWN
              -against-

THE CITY OF NEW YORK,
                                  Defendant.
----------------------------------------x
```

TO: COMPTROLLER OF THE CITY OF NEW YORK:

PLEASE TAKE NOTICE that the claimant herein hereby makes claim and demand against the City of New York as follows:  I was severely assaulted by a Captain, my teethe were knocked out and my mandable crushed .

1. The name and post-office address of the claimant is as follows:

> Mr. JAMES BROWN
> # 3490620801
> G.R.V.C.
> 09-09 Hazen Street
> East Elmhurst, NY 11370

2. The nature of the claim is as follows:  I was severely assaulted by a Capt. while I was in handcuffs, my face was smashed against a cell wall crushing my mandable. I had to have extensive surgery done too remove two teethe of mine, I also have a concussion to my head.

3. The time when, the place where, and the manner in which the claim arose:

The assault against my person took place in the main Intake area in pen # 11, the time of Incident was 0925 HRS. I was handcuffed and severely assaulted by a Captain, I had to receive extensive surgery to have my teethe removed. I was assaulted by a Captain Donovan shield "# 787, several officers witnessed this assault and did not stop it.

1

4. The items of damage or injuries claimed are:

I had two teethe surgically removed, my mandable was crushed, I received upper and bottom sutures in my mouth, I have a head concussion, I have soreness to my neck, shoulders, and chest area.

The claim and demand is hereby presented for adjustment and payment.

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing, in default of the City of New York to pay to the claimant his claim within the time limited for compliance with this demand by the City of New York by the applicable statutes, claimant intends to commence an action against the City of New York to recover his damages with interest and costs.

Pay claimant the sum of: TWENTY MILLION DOLLARS (20.000.000)

Dated: East Elmhurst, New York

April 24, _____, 2007.

Respectfully yours,

JAMES BROWN

Claimant Pro-se

—— V E R I F I C A T I O N ——

STATE OF NEW YORK)
COUNTY OF BRONX ) SS.:

JAMES BROWN _____ being duly sworn, deposes and says:

I am the claimant above named, I have read the foregoing Notice of claim against the City of New York and know its contents; the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

JAMES BROWN

Sworn to before me this

____ day of _____, 2007

NOTARY PUBLIC

*Jared Caldwell*
*Commissioner of Deeds*
*City of New York № #1-6863*
*New York County*
*Commission Expires March 1, 2009*

# GRIEVANT'S STATEMENT FORM
Form 7316

Facility: **G.R.V.C**                    Grievance number: _____

Grievant's name: **James Brown**              Date: **April 24, 2007**

This form should be hand written by the grievant only. It should be used as a work sheet from which grievance is typed onto the inmates Grievance Form and remains on file in the Grievant's Folder.

ID# **3490620801**            Cat _____      House **1A -12 cell**

On April 5, 2007 at the O.B.C.C. CORR. FAC. Approx. time of Incident 0925 HRS. I was escorted to the main Intake In handcuffs, while I was facing the wall I was brutally assaulted by Captain Donovan while I was handcuffed behind my back. My teeethe were knocked out and extensive surgery had to be performed on me.

_____

_____

_____

_____

Action
Requested **My grievant placed In file, full compensation to cover my medical expenses, physical and mental compensation,**

_____

Grievant agrees to have his statement edited for clarification by the I.G.R.P.

**April 24, 2007**
_____

Dated:

*James Brown*
_____
Grievant's signature

_____
Witness I.G.R.P. Representative

James Brown     3490620801
09-09 Hazen Street (G.R.V.C.)
East Elmhurst, N.Y. 11370

Ms. Breland, W.D. Of Security
09-09 Hazen Street (G.R.V.C.)
East Elmhurst, N.Y. 11370

Dear Ms. Breland,

I James Brown respectfully write this appeal to you and pray, with the grace of God, that you can consider viewing the validity and merits of my situation, and In conclusion grant me relief from the punitive segregation unit.

Ma'am, I am clearly a victem of Departmental corruption, and my Infraction is marely a concocted report to cover up a untimely assault against my person that lead up to my receiving extensive Injuries that required Immediate surgery and had to be noted and accounted for with the medical dept. as well as the private investigating unit.

I was assaulted by a Captain Donovan while I was handcuffed behind my back, I diligently expressed all the out right blatant fabricated inconsistencies pertinent to my Infraction to the hearing Captain Taylor and yet, I was stioll found guilty of assault on staff. Capt. Taylors fact finding reasons of guilt was based on his investigation of all relevant reports by staff regarding this incident. In each "Use Of Force Report" there are different events and accounts as to what truly transpired, Inwich gives tremendous presidence to my stead fast convictions that I was brutally and viciously assaulted while I was handcuffed; and the fabricated reports are marely standard procedure attempting to cover up a assault against my person.

- done on my case to prepare an adequite defense to vindicate myself of alleged charges against my person. I cannot do much of anything if I'm to remain in this ungodly situation based on my being assaulted and the situation being maliciously swept under the rug to avoid a lawsuit that's inevitable in my circumstances, my teethe has to be replaced. Besides, the Captain has admitted to being the cause of the injuries I sustained. Please see " USE OF FORCE REPORT ".

    In conclusion of my appeal to you, with all of the above said, I strongly feel the over all ramification of this situation has proven to be quite primitive and unjustly and unbecoming of the D.O.C. to say the leasty. Please inspect the reports gouverning this incident and view the tapes of my hearing, and thus you will see that I am innocent and I was marely a victem in this entire incident.


    To receive or hear anything from you on this matter wil be Greatly and Immensely appreciated. Thank You for your time, consideration, and over-all patience!!

                                        Respectfuly Yours,

                                        James Brown
                                        James Brown

James Brown # 3490620801
09-09 Hazen STREET
EAST ELMHURST, N.Y.


    I JAMES BROWN AM APPEALING DISCIPLINARY DISPOSITION DATED
APRIL 20, 2007 INFRACTION # 283/07.


     MY GROUNDS FOR APPEAL ARE AS FOLLOWS:


   ALL PARTIES PERTAINING TO MY INFRACTION WROTE FABRICATED REPORTS
OF CONFLICTING FALSE STATEMENTS AS TO THE EVENTS OF THE INCIDENT.PLEASE
SEE OFFICER B. HOLCOMB # 15969 INITIAL INFRACTION AGAINST MY PERSON. HE
STATES I PUNCHED CAPTAIN DONOVAN # 787 IN THE LEFT SIDE OF THE FACE, AND
CAPTAIN DONOVAN DEFENDED HIMSELF BY THROWING PUNCHES TO THE SUBJECTS FACIAL
AREA. HOWEVER, IN CAPTAINS DONOVAN USE OF FORCE REPORT HE STATES HE DEFENDED
HIMSELF BY HITTING ME IN THE STOMACH AREA AND THROWING ME AGAINST THE WALL
CAUSING MY FACE TO SMASH AGAINST THE WALL. HE NEVER STATED HE THREW PUNCHES
TO MY FACIAL AREA AS OFFICER B. HOLCOMB STATES HE DID IN HIS REPORT. THIS
GIVES SUFFICIENT ENOUGH EVIDENCE TO SUPPORT MY ALLEGATIONS THAT MY INFRACTION
WAS COMPLETELY CONCOCTED TO SAY THE LEAST. FURTHERMORE, IN OFFICER SARNO OR
SURIEL SUPPORTING REPORT STATES HE HEARD A NOISE FROM THE BACK AREA AND
IMMEDIATELY RESPONDED TO THE AREA, IF THIS WAS TRUE THIS ALSO GIVES SUBSTANCE
AND MERIT TO THE VALIDITY OF MY ARGUEMENT THAT THE INFRACTION IS COMPLETELY
FABRICATED. HOW IS IT POSSIBLE FOR OFFICER SARNO OR SURIEL TO BE PRESENT
FIRST ON THE SCENE TO ASSIST CAPTAIN DONOVAN IN USING BODY CONTROL HOLDS TO
PLACE ME ON THE FLOOR TERMINATING THE INCIDENT, WHEN IN FACT OFFICER B.
HOLCOMB REPORT STATES HE OBSERVED ENTIRE INCIDENT, BUT YET HE PLAYED NO
ACTIVE ROLE IN ASSISSTING CAPTAIN DONOVAN WORTH-SO-EVER AND MARELY ACTED AS
A SILENT OBSERVER IS TOTALLY PERPOSTUROUS; AND DEFINETELY NOT THE STANDARDS,
ETHICS, OR PROTOCAL OF THE D.O.C. RULES AND REGULATIONS.

IN ADDITION TO MY PLEA OF NOT GUILTY AND APPEAL OF THIS MATTER,
I HAD PHOTO'S TAKEN OF MY HANDS TO SHOW THAT THERE WAS NO ABRASIVES OR
MARKINGS ON MY HANDS THAT DICTATES SIGNS OF PHYSICAL VIOLENCE ON MY PART.
ALSO A URINALYSIS TEST WAS IMMEDIATELY CONDUCTED ON ME IMMEDIATELY THEREIN
AFTER INCIDENT INWHICH I WAS CLEAN AND VOID OF ANY CHEMICAL MIND INDUCING
DRUGS OR ALCOHOL THAT COULD POSSIBLY RENDER ME IMPAIRED TO RESORT TO
VIOLENCE ON ANYONE BE IT STAFF, INMATE, OR MYSELF. ALSO THERE WAS AN
ADJOURNMENT OF ADJUDICATION CAPTAIN TAYLOR # 597 BASED ON CAPTAIN DONOVANS
FAILURE TO TURN IN A USE OF FORCE REPORT IN A TIMELY MANNER, THIS REFLECTS-
AND DEMONSTRATES CAPTAIN DONOVANS LACK OF PROFESSIONALISM AND ETHICS AND
GIVES PRESIDENCE TO MY CLAIMS THAT HIS REPORT WAS INDEED CONCOCTED TO SAY
THE LEAST.

CAPTAIN DONOVANS ASSAULT AGAINST MY PERSON WHILE I WAS
IN HANDCUFFS WAS PREMEDITATED, AND ALL OFFICERS THAT PARTICIPATED IN THIS
INCIDENT (INCLUDING INVESTIGATING CAPTAINS TAYLOR # 597 AND CAPT. ERSKINE -
- # 342) ARE MARELY AIDING AND ABETTING CAPTAIN DONOVANS CRIME OF ASSAULTING
ME WHILE I WAS IN HANDCUFFS, AND THE INTERACTION, HEARING, AND INVESTIGATION
PROCEEDINGS OF THIS MATTER IS NOTHING MORE THAN A "SHAM" AND A "MISCARRAIGE-
- OF JUSTICE" AND REFLECTS THE D.O.C. IN A VERY POOR LIGHT THAT MAKES THE
PARTIES IN PARTICULAR NO BETTER THAN THE INMATES THEY GOVERN OVER IN
RESPECTS TO CARE, CUSTODY, AND CONTROL.

IN CONCLUSION OF MY APPEAL,  I WOULD LIKE IT TO BE NOTED THAT
THERE WAS NO MOTIVE AT ALL FOR ME TO ASSAULT ANYONE, AND THERE WAS NO REPORT
OF ANY KIND OF ME BEING DISRUPTIVE IN 3 NORTH HOUSING AREA THAT WARRANTED
ME TO BE ESCORTED TO THE INTAKE. IN FACT, I WAS GIVEN A LAW LIBRARY PASS
AND PASSED SECURITY POINTS OF TWO DOORS AND TWO ESSENTIAL GATES ENROUTE TO TO
THE LAW LIBRARY ON MY OWN ACCORD BEFORE I WAS ACTUALLY HANDCUFFED AND ESCORTED
TO THE INTAKE.

THE EXTENT OF MY INJURIES SUSTAINED DUE TO CAPTAIN
DONOVANS ASSAULT AGAINST MY PERSON ARE AS FOLLOWS:

MY UPPER MANDABLE WAS SEVERELY CRUSHED DUE TO THE FORCEFUL IMPACT OF MY FACE BEING VIOLENTLY SMASHED INTO THE WALL. I HAD TO HAVE EXTENSIVE SURGERY ON MY UPPER MANDABLE, A FEW OF MT TEETHE WERE IRREPAIRABLY DAMAGED AND HAD TO BE SURGICALLY REMOVED, MY UPPER AND BOTTOM GUM HAD TO RECEIVE SUBSTANTIAL AMOUNT OF SUTURES AS MY TEETHE TORE THROUGH THEM FROM THE BRUTAL WAY MY FACE WAS SMASHED AGAINST THE WALL. I HAVE A CONCUSSION OF THE HEAD AND SERIOUS MIGRAINE HEADACHES DUE TO MY HEAD BEING BANGED SEVERAL TIMES ON THE WALL. MY VISION IS SLIGHTLY BLURRED AS A RESULT OF THIS ASSAULT AGAINST MY PERSON. I ALSO HAVE SEVERE SPEACH IMPEDIMENT PROBLEM NOW AS A RESULT OF MY TEETHE BEING SURGICALLY REMOVED. THERE'S A SLIGHT DISFIGUREMENT OF MY FACIAL STRUCTURE AS MY UPPER LIP NOW HAS A INWARD INDENTION DUE TO A CRUSHED MANDABLE AND LOSS OF TEETHE. I HAVE ACUTE PHOBIA OF BEING HANDCUFFED AND FEAR OF BEING HANDCUFFED IN THE VICINITY OF ANY STAFF OF THE D.O.C. . I ALSO HAVE LOSS OF HEARING IN MY RIGHT EAR.

PLEASE NOTE THAT IT WOULD BE NATURAL REFLEXES AND SURVIVAL INSTINCTS FOR ANY ONE TO SHIELD OR BLOCK WITH HIS/HER ARM OR HANDS TO PREVENT OR BREAK A FULL FRONTAL FACIAL FALL AGAINST A WALL OR THE GROUND, I WAS DEPRIVED THAT OPPORTUNITY BECAUSE I WAS HANDCUFFED BEHIND MY BACK DURING THE ENTIRE TIME OF CAPTAIN DONOVANS ASSAULT AGAINST MY PERSON.

I RECEIVED 90 DAYS AT HEARING, WHEN IN FACT, IF MY INCIDENT WAS TRULY INVESTIGATED IN THE INTEREST OF JUSTICE, THE CORRECTIONAL STAFF INVOLVED IN THIS INCIDENT VERY OWN REPORTS WOULD EXONERATE ME BEYOND A SHADOW OF A DOUBT. I DID NOT ASSAULT ANY ONE, MY APPEAL IS BASED ON THE MANY CONFLICTING REPORTS OF WHAT THE STAFF HAD TO SAY ATTEMPTING TO COVER UP AN ASSAULT AGAINST MY PERSON, PLEASE VIEW ALL REPORTS OF PARTIES INVOLVED AND INCONCLUSION SEE THE VALIDITY AND MERITS OF MY CLAIMS OF NOT GUILTY AND EXONERATE ME OF CHARGE.

TO RECEIVE OR HEAR ANYTHING FROM YOU ON THIS MATTER WILL BE GREATLY AND IMMENSELY APPRECIATED. THANK YOU FOR YOUR TIME AND PATIENCE!!!

RESPECTFULLY YOURS,

JAMES BROWN

Ms. Breland, with respect, I cannot rightfully state that within the D.O.C. it's considered code of ethics for one officer not to go against another, especially to side with that of a inmate.

I understand perfectly the dynamics of prison and how it's not designed to accomodate a individuals precise specifications as that of the Marriot hotel, untimely events can and will happen in prison. I do seriously ponder at what point, without the scrutiny of cameras and witnisses, do D.O.C staff level of professionalism and ethics are demonstrated and the Integrity of the uniform is upheld with prestige and honor.

I'm quite sure that it's not considered protocol for each time potential resistance is met, that corporal punishment is implemented as a ending remedy. In addition to my defense of this matter, I am not mentally or psychologically ill, nor do I take any prescription or non prescription drugs that can alter my physical demeanor to react without any given cause, provocation, or warning in a violent way as a solvent to any potential would be issue. The initial situation was not grave or serious in nature like that to warrant a violent response from me as described in report.

It's to my understanding that the Captain who assaulted me has a history of assaulting inmates for any mis-begots. It's clearly expected that he nor any of the staff involved will openly admit that I was unlawfully assaulted while In handcuffs, no one wants to be named as a defendant in a lawsuit action.

Ms. Breland, In all fairness, and in the interest of justice, I ask and Implore you to please intervene and incorporate something within reason to relieve me from a undeserving disposition of 90 days punitive segregation. I'm pleading with you Ma'am to please try to empathize with my situation and clearly see that I was handcuffed, beat up, teethe knocked out, facial - disfigurement, and other physical allments bestowed upon me due to this incident. I was abruptly thrown in the Ring for 90 days (which is the entire - summer), and to add salt to a injury and open wound; I have a rather serious open criminal case I'm fighting that I can possibly receive a life sentence for. Being in punitive segregation makes my access to the law library very limited. I'm already at pre-trial hearings and I still have much needed work

CITY OF NEW YORK

**ATTACHMENT A**

| | Form: 6500A |
|---|---|
| | Rev.: 02/09/07 |
| | Ref.: Dir. #6500R-D |

## REPORT AND NOTICE OF INFRACTION

| Infraction #: | Institution: O.B.C.C. | Date of Incident: 04/05/2007 | Date of Report: 04/05/2007 |
|---|---|---|---|
| Inmate Name (Last, First): BROWN, JAMES | | B&C/ Sentence #: 349-06-20801M | NYSID # 5513644R |
| Location of Incident (Be Specific): MAIN INTAKE PEN # 11 | | Housing Area Location 3 NORTH | Approximate Time of Incident: 0925 HRS. |

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 101.10 | Assault on Staff | | |
| | | | |
| | | | |

| Reporting Official (Print Name, Rank and Shield #): B. HOLCOMB, OFFICER # 15969 | Reporting Official (Signature): |
|---|---|

**Details of Incident (Include details as to How, When and Where Infraction was Committed.)** On April 5, 2007 at appx. 0925 hours while in the main intake pen # 11 inmate Brown, James # 3490620801M of housing area 3 North was being interviewed by Security Captain Donovan # 787 with regards to being disruptive in housing area 3 north. Capt Donovan upon removing the handcuffs from subject inmate without warning or provocation was punched on the left side of face by inmate Brown resulting in a assault on staff. Capt Donovan defended himself throwing punches to the subject's facial area. Officers S. Sarno # 16084 and J. Suriel # 14377 responded to the area and assisted Capt Donovan by using body control holds to place inmate Brown, James on the floor terminating the incident.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate an you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within Three (3) business days of the service of this notice. This Three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via Teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.

2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.

3. Right to present material evidence.

4. Right to present witnesses.

5. Right to the assistance of a Hearing Facilitator if Adjudication Captain deems one is necessary.

6. Right to an interpreter if you cannot communicate well enough in English.

7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.

2. Loss of privileges.

3. Loss of good time if you are a sentenced inmate.

4. Punitive segregation for up to ninety (90) days for each applicable individual charge.

5. Restitution for intentionally damaging or destroying City property.

A twenty-five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense.
You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: ☐ Yes (If yes, include what language) _____ | ☒ No |
|---|---|

| Hearing Facilitator Requested: ☐ Yes ☒ No |
|---|

Witness(es) Requested: ☐ Yes (If yes, include witness(es) Name, Book and Case Number (if inmate) ☒ No
or Shield/ID (if staff) and Location (if inmate) or Post (if staff).

| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
|---|---|---|
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |

| I certify that I received a copy of this notice: Signature _____ | Date: 4/9/07 | Time: 1305 |
|---|---|---|

| Served by (Print Name, Rank and Shield #): _____ | Signature of Server: _____ |
|---|---|

**FACILITY COPY**

```
----------------------------------
                    Claimant,              NOTICE OF CLAIM

James Brown

        -against-

The City Of Newyork,

                    Defendant.
----------------------------------
```

To: Comptroller Of The City Of NewYork


        Please take notice that the claimant herein hereby makes claim
    and demand against the City Of NewYork as follows:  I James Brown was
brutally and viciously attacked and assaulted by a Captain while I was In
handcuffs behind my back. This Incident happened on April 5, 2007 at the
O.B.C.C. CORR. FAC. : 1600 Hazen Street, East Elmhurst, N.Y. 11370.


    1. The name and post-office address of the claimant is as follows:

                Mr. James Brown # 3490620801
                09-09 Hazen Street (G.R.V.C.)
                EAST ELMHURST, N.Y. 11370


    2.  The nature of the claim is as follows:

        I was brutally and viciously assaulted by a Captain while I was
handcuffed behind my back by a Captain, my upper Mandable was severely
crushed due to the forceful Impact of my face being violentely smashed Into
the wall. I had to have extensive surgery on my upper Mandable, a few of my
teethe were Irrepairably damaged and had to be surgically removed. My upper
and bottom gum had to receive substantial amount of sutures as my teethe tore
through the gums from the brutal way my face was smashed against the wall.
I have a concussion of the head and serious migraine headaches due to my
head being banged several of times on the wall by the Captain. My vision is
slightly blurred as a result of this assault against my person. I also have
a severe speach Impediment problem now as a result of my teethe being

- surgically removed . I have a slight disfigurement of my facial
structure as above my upper lip I now have a Inward Indention due to a
crushed mandable and loss of teethe. I have loss of hearing in my right
ear, and I have an acute Phobia of being handcuffed withen the vicinity of
of any Corr. Officer In the D.O.C.  . The Captain who assaulted me has
admitted to this assault against my person in his "Use Of Force Report",
extreme excessive use of force and cruel and unusual punishment and
extensive Injuries against my person is a blatant violation against my
civil rights.  The Captain who assaulted me name is Donovan # 787.

3. **The time when, the place where, and the manner in which the claim arose:**

The assault against my person took place in the Main Intake area
in pen # 11, the time of Incident was 0925 HRS. I was severely
assaulted by a Captain while I was in handcuffs, I had to receive
extensive surgery to have my teethe removed and other serious
Injuries. A few officers witnessed this assault and did not stop it.

4. **The items of damage or injuries claimed are:**

My teethe had to be surgically removed, I have a speach Impediment
problem as a result of my injuries, I have loss of hearing In my
right ear, I suffer a head concussion and migraine headaches, I have
slightly blurred vision, and my upper Mandable is severely crushed.
I also have a disfigurement above my upper lip as I suffer from a
Inward Indention as a result of my Injuries that now makes my facial
structure disfigured. I have soreness to my neck, shoulders, and
chest area. **PLEASE SEE MY MEDICAL RECORDS.**

**The claim and demand is hereby presented for adjustment and payment.**

**Please Take Further Notice that by reason of the foregoing,
in default of the City Of NewYork to pay to the claimant his claim
withen the time limited for compliance with this demand by the
City Of NewYork by the applicable statutes, claimant intends to
commence an action against the City Of NewYork to recover his
damages with interest and cost.**

Pay claimant the sum of: Twenty Million Dollars (20.000.000)

**09-09 Hazen Street**
**East Elmhurst, N.Y. 11370**

Dated:  April 24, 2007.

Respectfully Yours,

James Brown

CLAIMANT PRO-SE

## VERIFICATION

STATE OF NEW YORK)
COUNTY OF BRONX  ) SS.:

JAMES BROWN _____, being duly sworn, deposes and says:

I am the claimant above named; I have read the foregoing Notice of claim against the City of New York and know its contents; the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

JAMES BROWN

_James Brown_

Sworn to before me this

24 day of Jan, 2007

NOTARY PUBLIC

*Jewel Caldwell*
*Commissioner of Deeds*
*City of New York No #1-6863*
*New York County*
*Commission Expires March 1, 2009*

3



# THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER

CENTRE STREET, NEW YORK, N.Y 10007-2341

WILLIAM C. THOMPSON, JR.
**COMPTROLLER**

015-158

Date:   5/10/2007
RE:  Disallowance - Insuff. Proof
 JAMES BROWN 3490620801
Claim number:   2007PI013676
Agency: DEPT. OF CORRECTION

JAMES BROWN 3490620801
09-09 HAZEN ST
E ELMHURST, NY 11370

    Your claim has been disallowed.  You failed to provide one of the following items:  the date, location and description of the alleged accident and the manner in which the claim arose, as required by General Municipal Law Section 50-e.

    If you wish to pursue your claim you must start an action within one year and ninety days from the date of occurrence.

    If you have been scheduled for a Comptroller's hearing pursuant to General Municipal Law, Section 50-h) you should deem the hearing canceled.

Bureau of Law & Adjustment

By: _Verna Baptiste_

PERSONAL INJURY
(212) 669-4445

Case 1:08-cv-06133-GEL   Document 6-2   Filed 09/05/2008   Page 5 of 26

_____
                    Claimant,                    · ·  ·    NOTICE OF CLAIM
James Brown

             -against-

The City Of Newyork
                    Defendant,
_____

To: Comptroller Of The City Of Newyork

    Please take notice that the claimant herein hereby makes claim and
and demand against the City Of Newyork as follows:  On April 5th, 2007 at
the O.B.C.C. CORR. FAC. 1600 Hazen Street, East Elmhurst, N.Y. 11370. I
James Brown was visciously and brutally attacked by a Captain while I was
in handcuffs behind my back.

1. The name and post-office address of the claimant is as follows:

                    Mr. James Brown # 3490620801
                    09-09 Hazen Street (G.R.V.C.)
                    East Elmhurst, Newyork. 11370

2. The nature of the claim is as follows:

    On April 5, 2007 I was visciously and brutally assaulted by a
Captain while I was handcuffed behind my back at the O.B.C.C. CORR. FAC.
located at 1600 Hazen Street, East Elmhurst N.Y. 11370 . The incident took
place at the intake back area in pin # 11. My face was severely smashed
against a wall immediately crushing my upper Gums, I received extensive
surgery on my upper Gums. A few of my teethe were instantly broken and
irrepairably damaged and had to be surgically removed. My upper and bottom
Gums and lips had to receive substantial amount of sutures as my teethe
tore through them from the brutal way my face was smashed against the wall.
I have a concussion of the head and serious migraine headaches due to my
head being banged several of times against the wall. My vision is slightly
blurred as a result of this incident. I also have a severe speach impediment
problem.

I have a slight disfigurement of my facial structure as my upper lip now have a inward indention due to a crushed Gum and loss of teethe. I have loss of hearing in my right ear, I feel I have Post Traumatic Stress Disorder. I have developed a phobia and severely fear being handcuffed withen the vicinity of any Law Enforcement Personnel. The Captain who assaulted me has admitted to this assault in his "use of force report", extreme excessive use of force and cruel and unusual punishment causing extensive injuries against my person is a blatant violation against my civil rights. The Captain who assaulted me name is Donovan # 787.

3. The time when, the place where, and the manner Inwhich the claim arose:

On April 5, 2007 at the O.B.C.C. CORR. FAC. 1600 Hazen Street East Elmhurst, N.Y. 11370. The assault against my person took place in the main intake in pin # 11, and the time of incident was 0925 HRS. I was severely assaulted by a Captain while I was handcuffed behind my back. A few officers witnessed this assault against my person and did not stop it.

4. The items of damage or injuries claimed are:

I received extensive surgery on my upper gums, several of my teethe had to be surgically removed, I have slight facial disfigurement, my eye sight is blurred, I have loss of hearing in my right ear, I have a head concussion and migraine headaches, I received substantial amount of sutures in my upper Gums and my upper and bottom lips received substantial amount of sutures, I have soreness to my neck, shoulders, and chest area. I have Post Traumatic Stress Disorder as a result of this incident. I have developed a phobia and seriously fear being handcuffed in the vicinity of any Law Enforcement Personnel. I also have digestive and defecation issues. Please view my medical records.

The claim and demand is hereby presented for adjustment and payment.

Please take further notice that by reason of the foregoing, in default of the City Of Newyork to pay to the claimant his claim withen the time limited for compliance with this demand by the

City Of Newyork by the applicable statutes, claimant intends to commence an action against the City Of Newyork to recover his damages with interest and cost.

Pay claimant the sum of: Twenty Million Dollars (20,000.000)

09-09 Hazen Street (G.RV.C.)
East Elmhurst, N.Y. 11370

Dated: May 19, 2007

Respectfully Yours,

James Brown

James Brown
_____
Claimant Pro-Se

## VERIFICATION

STATE OF NEWYORK)
COUNTY OF BRONX )SS:

        James Brown      , being duly sworn and says:

I am the claimant above named, I have read the foregoing Notice Of Claim against The City Of Newyork and know its contents, the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

                                        James Brown

Sworn to before me this

_19th_ day of _May_ 2007

Notary Public

ALFONSO A. REYES
COMMISSIONER OF DEEDS, CITY OF NEW YORK
NO. 4-6838 CERT. FILED IN NEW YORK COUNTY
COMMISSION EXPIRES 01 JAN 2009



THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-234.

## WILLIAM C. THOMPSON, JR.
### COMPTROLLER

015-151

Date: 5/9/2007
RE: Acknowledgment - Tort
    JAMES BROWN 3490620801
Claim number:  2007PI013676

JAMES BROWN 3490620801
09-09 HAZEN ST
E ELMHURST, NY 11370

     Receipt is hereby acknowledged of your claim. Please refer to the above claim number on any correspondence or inquiry you may have with this office.

     Your claim is currently under investigation.  Please be aware of the fact that we receive thousands of claims each year.  Once we have completed our investigation, we may be in a position to make a settlement offer.  It is also possible, however, that we will not.  If we are unable for any reason to settle or resolve your claim and you wish to pursue your claim, you may bring a lawsuit against the City, if it is **started within one year ninety days from the date of the occurrence.**

    Please note that property damage claims can take several months to investigate because, as part of our investigation, we must obtain necessary reports.  We would appreciate it if you take this into account before calling us regarding the status of your claim.  If, however, you have any other questions regarding your claim, please feel free to contact us.

Michael Aaronson
Bureau Chief
Bureau of Law and Adjustment



199 WATER STREET   NEW YORK, N.Y  10038   TEL: 212-577-3530   FAX: 212-509-8433   www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

John Boston
*Project Director*
*Prisoners' Rights Project*

June 18, 2007

James Brown
349-06-20801
GRVC
09-09 Hazen Street
East Elmhurst, NY 11370

Dear Mr. Brown:

Enclosed is a letter written on your behalf to Mr. Richard White Deputy Commissioner of Investigations and Ms. Florence Hutner, General Counsel of the Department of Corrections. We will advise you of any response we receive.

In the meantime, please let us know if you receive any response or there is any further investigation into this matter. Please do not hesitate to contact us if you have any further questions on this matter.

Sincerely,

DARCY L. HIRSH
Legal Assistant

*Ingles*
*V*
*Too So engl*
*c v 6279l*



199 WATER STREET  NEW YORK, N.Y.  10038  TEL: 212-577-3530  FAX: 212-509-8433  www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

John Boston
*Project Director*
*Prisoners' Rights Project*

June 7, 2007

**BY FAX**

Mr. Richard White
Deputy Commissioner, Investigations
Department of Correction
60 Hudson Street
New York, NY, 10013

Re:   James Brown
349-06-20801
GRVC

Dear Deputy Commissioner White:

I am writing to request an investigation into an incident in which Mr. Brown alleges that he was subject to excessive and unnecessary force orchestrated and implemented by Captain Donovan on April 5, 2007 at OBCC at or around 9:25 a.m. Mr. Brown sustained serious injuries to his teeth, face, and head. Jonathan Chasan and I met with Mr. Brown at GRVC on June 5, 2007.

Mr. Brown has alleged to us that on April 5th he was on the way to the law library when an alarm sounded elsewhere in the jail and he was stopped, handcuffed, taken to intake and put in a pen. Two officers, Officer Sarno and Officer Suriel, were in the pen and stood on either side of him. Captain Campbell told the officers to take his handcuffs off, but Captain Donovan intervened and told them not to. Captain Donovan, who was in the doorway of the cell, then told Brown to face the wall and put his knees on the bench.

Mr. Brown told us that he did not understand Captain Donovan's order. Donovan then ordered the inmates in the cell across to be moved away. Mr. Brown turned to see why the inmates were being moved and Donovan hit him in the back of the head with his forearm, resulting in Mr. Brown smashing his face into the wall, causing extensive injury to his teeth and mouth. Captain Donovan then punched him repeatedly.

Mr. Brown was brought to the clinic and then to the dentist where tooth fragments were extracted and he had gum surgery. He also received stitches in his lower and upper lips and has since been given prosthetic teeth for the space where he is now missing his front

teeth. Mr. Brown also complained to us of loss of hearing in his right ear following the assault by Captain Donovan, as well as reduced vision and headaches. Mr. Brown was infracted for this incident and given 90 days in punitive segregation.

Mr. Brown informed us that he was rear-cuffed the entire time that he was in the intake pen and denies striking Captain Donovan. This is the second incident about which we have written to you concerning this captain in the past month. On May 17th, we wrote on behalf of Rayvon Baker 141-07-07022, who alleged that he was assaulted by Captain Donovan and other OBCC staff on April 30, 2007.

Please advise me of the outcome of your investigation.

Thank you.

Sincerely,

DARCY L. HIRSH
Legal Assistant

cc: Florence Hutner, DOC

**HARDING & MOORE**
ATTORNEYS AT LAW
80-59 LEFFERTS BOULEVARD
KEW GARDENS, NEW YORK 11415

JAMES P. HARDING
A. PATRICIA MOORE

(718) 805-1500
FAX (718) 805-1503
E-MAIL: hardingandmoore@yahoo.com

NASSAU COUNTY OFFICE
58 HILTON AVENUE
HEMPSTEAD, N.Y. 11550
(516) 352-1700

June 29, 2007

The City of New York
Office of the Comptroller
1 Centre Street
New York, New York  10007

Att:  Bureau of Law & Adjustment-Room 1220

Re:  Claim No.:  2207PI1015801
Claimant:  James Brown
Date of incident:  4/05/07
Place of incident:  GRVC Rikers Island

Dear Sir:

This law firm has been retained to represent Mr. James Brown, the above-referenced claimant.

Mr. Brown originally filed his Notice of Claim pro se. He mailed his Notice of Claim on May 19, 2007.

It was assigned the above-referenced number.

Please be sure to note the change of representation and forward all correspondence to the undersigned at our Kew Gardens office including notices of any hearing dates.

Our client is still in the custody of the New York City Department of Correction because he has two pending cases in Supreme Court, New York County.

We acknowledge your right to a statutory hearing.

Please contact us if you need any further information.

Very truly yours,

JAMES P. HARDING

JPH:eb

09-09 Hazen Street (G.R.V.C.)

East Elmhurst, N.Y. 11370

July 26, 2007

On 7-25-07 I was found guilty of weapons possession.
I disagree with the adjudication Captain Jenkins disciplinary disposition
of 50 days punitive segregation as I maintain my plea of " Not Guilty ".
I appeal this disposition on the following grounds:

#1) The alleged weapons recovered are not mine.

#2) I was not present at the search to observe my cell being searched.

#3) I was just released from punitive segregation on 7-20-07 and was not in
   10-A-30 cell no. more than 48 hours.

#4) On 7-23-07 at approx. time 12:30 a.m. my cell was searched by ERU and
   no contraband was found. Upon waking up later on that morning another
   search was conducted  out of my presence, and now three alleged weapons
   were found in my cell ventilator .

#5) I was removed from search on alleged reasons that I was being disruptive
   and in non-compliance with search procedures. This is a blatant and out
   right fabricated report against my person. On 7-23-07 in the vicinity
   of 10-A-30 cell the cameras clearly shows me wearing a gray D.O.C.
   jump suit thats required for me to wear as part of the procedures of a
   search when you have a I.C.R. green I.D. card . The fact that I had on
   a gray jump suit gives substance and merit to my claims and sufficient
   enough evidance to support my allegations that I was in full compliance
   with the search being conducted.

#6) My removal from the search is a blatant and obvious criminal attempt to
   frame me of weapons posession in retaliation of a current and pending
   law suit I have against The Department Of Corrections. My pending law
   suit was the topic of a article in The Village Voice Newspaper  the week
   of July 11-17 of 2007 .

#7) I did not receive a copy of my infraction, I do not know the tape
   number to the hearing; but the hearing was held on July 25, 2007 .

James Brown #37862620801
09-09 Hazen Street
East Elmhurst, N.Y. 11370

August 1, 2007

Dear Mr. Harding,

This Is The grounds That I'm Appealing my Infraction of Weapons Possession. Can you Forward a letter To my Criminal Case Judge (Gregory Carro) and ask him To move me off Rikers Island For Security Reasons. I'm being Harassed and Set up by Corr. Staff In Retaliation To my Pending lawsuit. Please Advise me what Else Can be done!

Very Truly Yours,

James Brown

I served a unjustly 90 days in punitive segregation from April 24th, 2007 to July 20th, 2007 as cover up for a cruel and brutal assault against my person from a Captain. Upon my release from punitive segregation on July 20th, 2007 ... My pending lawsuit claim against the city was publicized in the Village Voice Newspaper and the entire corr. staff was aware of my incident and has since than been harrasing me and threaten to do me physical harm as in retaliation of my claim. I was framed with weapon charges during a search that I was not even present for as a ploy to impeach and discredit me to counter attack my lawsuit claim against the city and the department of corrections.

I was released from punitive segregation on July 20, 2007 at approx. time 9:30 p.m. - on July 23,2007 approx. time 12:15 a.m. a search was conducted of my cell by E.R.U. officers and no weapons was recovered. At approx. time 0815 HRS. on July 23, 2007 my cell was once again searched and now suddenly they claim weapons were found in my cell ventilator during a search I was not even present for.

I respectfully request that my punitive segregation disposition of 50 days be exonerated and exponged from my institutional record as I have never ever had weapons on my record. This is a obvous criminal attempt to frame me in retaliation of my lawsuit claim against the city. My claim is publicized in the Village Voice Newspaper the week of July 11-17 of 2007 .

Very Truly Yours,

*James Brown*

James Brown



**DR. EDWARD BERGER**
333 Hoosick Street
Troy, NY 12180
518-270-LENS
518-225-3300 Cellular

**CORRECTIONAL EYE CARE**
NETWORK SERVICES

**DR. MARK MAXON**
P.O. Box 2040
Lake Placid, NY 12946
518-523-0111
518-574-2848 Pager

## EYE GLASS ORDER FORM

1. Inmate Name: _BROWN, James_    Date Received: _05/24/07_

   Facility Name: _____    Billing Date: _____

2.

| | SPHERE | CYL | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| **R** (DISTANCE) | -025 | -050 | X 90 | | | |
| **L** | -050 | SM | | | | |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| **R** (NEAR) | +1.00 | | | | |
| **L** | +1.00 | | | | |

| PD | DIST | NEAR |
|---|---|---|
| | 69 | 66 |

### FAX FORM INSTRUCTIONS

1. Enter Name & Facility
2. Copy Rx into
   a. Sphere, Cyl & Axis
   b. Include +/-1
   c. Near Power if Bifocal
3. Enter Frame Info
   a. Style
   b. Size
   c. Color
4. Enter any Options
   Tint, Hardcoat
   Upgrade Lens Material
5. Enter Account Name & Address

**FAX TO or Contact us at:**

Correctional Eye Care Network Services
333 Hoosick Street
Troy, NY 12180

Phone: 518-270-5367

**FAX: 518-272-2032**

3.

| FRAME INFORMATION | | |
|---|---|---|
| STYLE | SIZE | COLOR |

4.

| LENS INFORMATION | | | |
|---|---|---|---|
| PLASTIC | POLY | PGX | HI IND |

HARDCOAT:    YES    NO

**COLORS**

| | | |
|---|---|---|
| ROSE ____ % | PGX | |
| GREEN ____ % | | |
| GRAY ____ % | TRANSITIONS | |
| BROWN ____ % | | |
| SOLID-GRADIENT | U.V. | |

| BILLING | |
|---|---|
| FRAME | |
| LENS | |
| METAL | |
| HARDCOAT | |
| PGX | |
| CASE | |
| | |
| | |
| SHIPPING | |
| **TOTAL** | |

5. Account Name: _____

   Address: _____

**NOTES/COMMENTS:**

**Austin White**
**Optometrist**

_VW 0576_

Brown, James
349-06-20801                                          07/01/07
Apply     twice a day.
Aplique     dos veces al dia.
DENTURE ADHESIVE CREAM 21 GM

1 x 21   g
                                                     07/31/07
          10 DAY(S) SUPPLY

---

**Brown, James**                              VGP
349-06-20801                                  07/19/07
Take one capsule(s) by mouth once a day.
Toma una capsule(s) por boca una veces
al dia.
ESOMEPRAZOLE 40 MG DR CAP
6 x 40 mg
                                              08/02/07
          7 DAY(S) SUPPLY

---

**Brown, James**                              VGP
349-06-20801                                  07/24/07
Take two tablet(s) by mouth twice a day.
Toma dos tablet(s) por boca dos veces
al dia.
NAPROXEN 250 MG TABLET
16 x 250 mg
                                              07/28/07
          4 DAY(S) SUPPLY

JAMES BROWN                                     August 6, 2007

Prescriptions

Esomeprazole 40 mg ("Remiron") -prescribed by Mental Health

Naproxen 250 mg - prescribed for pain

Denture adhesive cream  21 gm for dental bridge



# PRISON HEALTH SERVICES
## *Contracted by* NYC Department of Health and Mental Hygiene

### CERTIFICATION

I, Cyril Joseph, Assistant Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of, and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

BROWN, JAMES
_____
(Name of Patient)

3749 08 20801
_____
( Book and Case Number)

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to make such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter.

The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

5/3/07
_____
(Date)

C. Joseph
_____
Cyril Joseph
Assistant Director of Medical Records

### DELEGATION OF AUTHORITY

I, PETRINA MARINER, Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, CYRIL JOSEPH, Assistant Director of Medical Records, of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature appears above is a responsible employee of this program. I hereby authorize him to certify records of this program as accurate and complete records of this program, such records having been made in the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

_____
Petrina Mariner.
Director of Medical Records.



HEL

Search
Pre H&P
  Vitals
  Questions
  Labs and Tests
History
  Incarceration Hist.
  Allergies
  Childhood Illness
  Diabetes
  Tuberculosis
  HIV
  STDs
  Asthma
  Seizure
  Cardiology
  Female
  Surgery
  Drugs
  Alcohol
  Smoking
  Mental Health
Physical
  Gen Appearance
  Gen Appearance2
  Mental Status
  Miscellaneous
Problem List
  Problems
  Medications
  Allergies
Appointments
Labs
Alerts
Vaccinations
Printed Forms
Reports
Lab Printing
Unlock Labs
Logout

## PROBLEM LIST

Patient Name: Brown, James        NYSID: 5513644R        Book & Case: --- 349-06-20801        D

### Problem List and Assessment

|  | Type | Problem | Appt Type | Labs/Imaging | Medic: |
|---|---|---|---|---|---|
| Select | Medical | Smoker |  |  |  |
| Select | Medical | smoker-educ |  |  |  |
| Select | Medical | carries-dental | Dental |  |  |
| Select | Medical | s/p recent l chest stab,chest tube-stable |  |  |  |

1 2

Found 7 records

◉ Show outstanding  ○ Show resolved  ○ Show all

### Problem Detail

Problem Type    Medical                    ·    Encounter Type   F....      Laser

Problem                                              D. 1

Assessment      Nonrestorable...id, rec extraction #36...s with one...pbc.....onsult written. P#H:REVIEWED.

Lab/Image                                  Appt

Last Intake



Rikers Island                                           HEL

Search
Pre H&P
 Vitals
 Questions
 Labs and Tests
History
 Incarceration Hist.
 Allergies
 Childhood Illness
 Diabetes
 Tuberculosis
 HIV
 STDs
 Asthma
 Seizure
 Cardiology
 Female
 Surgery
 Drugs
 Alcohol
 Smoking
 Mental Health
Physical
 Gen Appearance
 Gen Appearance2
 Mental Status
 Miscellaneous
Problem List
 Problems
 Medications
 Allergies
Appointments
Labs
Alerts
Vaccinations
Printed Forms
Reports
 Lab Printing
Unlock Labs
Logout

## PROBLEM LIST

| Patient Name: Brown, James | NYSID: 5513644R | Book & Case: ...  349-06-20801 | D |

### Problem List and Assessment

|  | Type | Problem | Appt Type | Labs/Imaging | Medic: |
|---|---|---|---|---|---|
| Select | Medical | Smoker |  |  |  |
| Select | Medical | smoker-educ |  |  |  |
| Select | Medical | carnes-dental | Dental |  |  |
| Select | Medical | s/p recent l chest stab,chest tube-stable |  |  |  |

1 2 3 4

Found 16 records

◉ Show outstanding    ○ Show resolved    ○ Show all

### Problem Detail

Problem Type                                    Encounter Type

Problem

Assessment

Lab/Image                                        Appt

[ Last Intake ]

**NYC Health**

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

# PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Brown | James |

| Book & Case Number | NYSID Number |
|---|---|
| 349-06-20801 | 5513644R |

| DOB | ALLERGIES: NKA |
|---|---|
| 4/27/1968 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED | PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|---|---|
| Smoker | 11/22/2006 | hosp for drugs by mh for 1 day 10yrs ago | 11/22/2006 |
| smoker-educ | 11/22/2006 | | |
| carries-dental | 11/22/2006 | | |
| s/p recent l chest stab,chest tube-stable | 11/22/2006 | | |
| crack abuse-educ | 11/22/2006 | | |
| Dental | 2/23/2007 | | |
| Dental | 3/5/2007 | | |
| Dental | 3/9/2007 | | DATE ON / DATE OFF |
| injury # 257 Fx front teeth | 4/12/2007 | | |
| Dental | 4/23/2007 | SUICIDE WATCH | |
| Glast feet , request POD. | 4/23/2007 | | |
| Request mouth wash | 4/23/2007 | | |
| Dyspepsia | 4/23/2007 | | |
| | | SUICIDE RISKS | DATE LISTED |
| | | | |
| | | | |

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**
*Medically contraindicated if the patient has*   ☐ Asthma   ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**
*Medically contraindicated if the patient has ANY of the following conditions:*   **(Check All That Apply)**

☐ Pregnancy   ☐ Hypertension   ☐ Pace Maker   ☐ Asthma   ☐ Seizure   ☐ Diabetes   ☐ Cardiac Disease

☒ **NO CONTRAINDICATIONS**

Signature:   Peter Herz                                         Date:   11/22/2006

CHS-289 (REV. 09/05)                     Brown, James  - 349-06-20801                     4/23/2007 3:32:20 PM        Page 1 of 3

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 11/22/2006 | not produced, in court, r/s. read on 11/25/2006, result 00mm | 11/25/2006 | paraisrp |

| IMMUNIZATION | DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| PPD | 11/22/2006 | not produced, in court, r/s. read on 11/25/2006, result 00mm | | | | |
| RPR | 11/22/2006 | normal | | | | |
| Dipstick | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | pos coc | | | | |
| RPR | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | | | | | |
| HIV Rapid | 11/25/2006 | 2nd hiv decl | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - HIV Rapid Refused | 11/22/2006 | HIV Rapid Refusal | AMKC | |
| Dental - carries | 11/22/2006 | Dental | AMKC | |
| Medical Followup - f/u chest xray and rib series | 11/25/2006 | Abnormal Labs | AMKC | |
| Specialty - 2/6/07 | 2/7/2007 | Podiatry | WF | |
| Specialty - 2/23/07 | 2/28/2007 | Oral Surgery | OBCC | |
| Specialty - 2/23/07 | 3/9/2007 | Oral Surgery | OBCC | 3/19/2007 |
| Specialty - 3/9/07 | 3/13/2007 | Oral Surgery | OBCC | |
| Specialty - 3/9/07 | 4/12/2007 | Oral Surgery | OBCC | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MEDICATION LIST**

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| 1/31/2007 | Motrin - Tab - 400MG - 1 tab po bid | 2/4/2007 |
| 1/31/2007 | Pen-Vee K - Tab - 500MG - 1 tab po qid | 2/10/2007 |
| 2/2/2007 | Tramadol HCl - Tab - 50MG - BID | 2/6/2007 |
| 2/2/2007 | Imodium - Cap - 2MG - BID PRN | 2/5/2007 |
| 3/5/2007 | Amoxicillin - Cap - 500MG - tid | 3/9/2007 |
| 3/9/2007 | Clindamycin HCl - Cap - 150MG - 2 caps tid | 3/16/2007 |
| 3/23/2007 | Motrin - Tab - 400MG - 1 tab/BID | 3/27/2007 |
| 3/23/2007 | Peridex - Solution - 0.12% - QS/rinses/BID | 4/6/2007 |
| 4/23/2007 | Peridex - Solution - 0.12% - 10 cc po mouth wash bid | 4/30/2007 |
| 4/23/2007 | Nexium - Capsule - 40MG - 1 cap po od | 5/7/2007 |
| 4/23/2007 | Motrin - Tab - 400MG - 1 tab po bid pc prn | 4/26/2007 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |