**HARDING & MOORE**
ATTORNEYS AT LAW
80-59 LEFFERTS BOULEVARD
KEW GARDENS, NEW YORK 11415

JAMES P. HARDING
A. PATRICIA MOORE
_____

TEL: (718) 805-1500
FAX: (718) 805-1503
E-MAIL: hardingandmoore@yahoo.com

NASSAU COUNTY OFFICE
58 HILTON AVENUE
HEMPSTEAD, N.Y. 11550
(516) 352-1700

August 26, 2008

Michael A. Cardozo
Corporation Counsel
The City of New York
100 Church Street
New York, New York 10007

Attention: Shawn D. Fabian,
          Assistant Corporation Counsel
          Special Federal Litigation Division

Re:   James Brown v. Donovan, et al.
      No.:  08-CV-06133(GEL)

Dear Mr. Fabian:

Enclosed please find our Initial Disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

The following are the items provided as plaintiff's Initial Disclosure:

     1. Inmate Grievant's Statement Form dated April 24, 2007.

     2. Letter Appeal (undated) to Ms. Breland, Deputy Warden of Security.

     3. Hearing report and Notice of Disciplinary Disposition dated April 19-April 20, 2007, signed by James Brown and Captain A. Taylor (two-sided document).

     4. Report and Notice of Infraction dated April 5, 2007.

     5. Pro Se Notice of Claim dated April 24, 2007.

     6. Disallowance based on insufficient proof from Office of the Comptroller dated May 10, 2007.

(continued on Page 2)

Michael A. Cardozo, Corporation Counsel
<u>Attention</u>: Shawn D. Fabian, Assistant Corporation Counsel
August 26, 2008
Re:  James Brown v. Donovan, et al.
     No.:  08-CV-06133(GEL)
Page 2

       7.  Second <u>Pro</u> <u>Se</u> Notice of Claim dated May 19, 2007.

       8.  Acknowledgement of Tort Claim number 2007PI013676 from Office of the Comptroller dated May 9, 2007.

       9.  Letter dated June 18, 2007 from Darcy L. Hirsh, Legal Aid Society, to James Brown.

       10.  Letter dated June 7, 2007 from Darcy L. Hirsh, Legal Aid Society, to Richard White, Deputy Commissioner of Investigations, New York City Department of Corrections.

       11.  Letter of representation dated June 29, 2007 from Harding & Moore, Esqs. to Office of the Comptroller on Claim Number 2007PI1015801.

       12.  Appeal (undated) by James Brown from Decision on Infraction Number 283/2007.

       13.  Eye Glass Order Form dated May 24, 2008 for James Brown.

       14.  Copies of prescriptions for denture adhesive cream, Esoneprazole, and Naproxen.

       15.  Prison Health Services Chart for James Brown, including records of treatment for injuries alleged in Complaint.

       16.  Copy of article written by Graham Rayman in <u>Village Voice</u> of July 11/July 17, 2007 referring (at pages 6 and 7) to James Brown incident and statement by James Brown.

       17.  Notice of 50-H Hearing dated September 5, 2007.

       18.  Stipulation dated October 18, 2007 regarding 50-H Hearing.

(continued on Page 3)

Michael A. Cardozo, Corporation Counsel
<u>Attention</u>: Shawn D. Fabian, Assistant Corporation Counsel
August 26, 2008
Re:  James Brown v. Donovan, et al.
     No.:  08-CV-06133(GEL)
Page 3


    19.  Felony Complaint filed in Criminal Court of the City
of New York, County of New York under Docket No. 2006NY079825
and dated November 20, 2006, charging James Brown with two
counts of Robbery in the First Degree.

    20.  Copy of Indictment filed in Supreme Court, New York
County, charging James Brown with Robbery in the First Degree.

    21.  People's Voluntary Disclosure Form filed in Supreme
Court, New York County.

We will continue to provide Initial Disclosure as required.  We
believe that the enclosed make our Initial Disclosure
substantially complete.   We are still awaiting signed
Authorizations from our client.

Do not hesitate to contact us should you have any questions.

                              Very truly yours,

                              James P. Harding

JPH/lr
Enclosures
via Priority Mail and via ECF

---------------------------------------------------x

Claimant,                    NOTICE OF CLAIM

JAMES BROWN

-against-

THE CITY OF NEW YORK,

Defendant.

---------------------------------------------------x

TO: COMPTROLLER OF THE CITY OF NEW YORK:

PLEASE TAKE NOTICE that the claimant herein hereby makes claim and demand against the City of New York as follows: I was severely assaulted by a Captain, my teethe were knocked out and my mandable crushed .

1.  The name and post-office address of the claimant is as follows:

Mr. JAMES BROWN
# 3490620801
G.R.V.C.
09-09 Hazen Street
East Elmhurst, NY 11370

2.  The nature of the claim is as follows: I was severely assaulted by a Capt. while I was in handcuffs, my face was smashed against a cell wall crushing my mandable. I had to have extensive surgery done too remove two teethe of mine, I also have a concussion to my head.

3.  The time when, the place where, and the manner in which the claim arose:

The assault against my person took place in the main Intake area in pen # 11, the time of Incident was 0925 HRS. I was handcuffed and severely assaulted by a Captain, I had to receive extensive surgery to have my teethe removed. I was assaulted by a Captain Donovan shield "# 787, several officers witnessed this assault and did not stop it.

4. The items of damage or injuries claimed are:

I had two teethe surgically removed, my mandable was crushed, I received upper and bottom sutures in my mouth, I have a head concussion, I have soreness to my neck, shoulders, and chest area.

The claim and demand is hereby presented for adjustment and payment.

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing, in default of the City of New York to pay to the claimant his claim within the time limited for compliance with this demand by the City of New York by the applicable statutes, claimant intends to commence an action against the City of New York to recover his damages with interest and costs.

Pay claimant the sum of: TWENTY MILLION DOLLARS (20.000.000)

Dated:  East Elmhurst, New York
April 24, _____, 2007.

Respectfully yours,

JAMES BROWN

Claimant Pro-se

2

—— V E R I F I C A T I O N ——

STATE OF NEW YORK)
COUNTY OF BRONX ) SS.:

**JAMES BROWN** _____ being duly sworn, deposes and says:

I am the claimant above named; I have read the foregoing Notice of claim against the City of New York and know its contents; the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

_James Brown_
**JAMES BROWN**

Sworn to before me this

___ day of _____, 2007

~~~~~~~~~~~~~~~~
N O T A R Y   P U B L I C

*Jesus Caldwell*
*Commissioner of Deeds*
*City of New York No. #1-6863*
*New York County*
*Commission Expires March 1, 2005*

# GRIEVANT'S STATEMENT FORM
## Form 7316

Facility: __G.R.V.C__                    Grievance number: _____

Grievant's name: __James Brown__              Date: __April 24, 2007__

This form should be hand written by the grievant only. It should be used as a work sheet from which grievance is typed onto the inmates Grievance Form and remains on file in the Grievant's Folder.

ID# __3490620801__          Cat _____          House __1A -12 cell__

On April 5, 2007 at the O.B.C.C. CORR. FAC. Approx. time of Incident 0925 HRS. I was escorted to the main Intake In handcuffs, while I was facing the wall I was brutally assaulted by Captain Donovan while I was handcuffed behind my back. My teeethe were knocked out and extensive surgery had to be performed on me .

Action Requested __My grievant placed In file, full compensation to cover my medical expenses, physical and mental compensation,__

Grievant agrees to have his statement edited for clarification by the I.G.R.P.

__April 24, 2007__

Dated:

*James Brown*

Grievant's signature

_____

Witness I.G.R.P. Representative

James Brown     3490620801
09-09 Hazen Street (G.R.V.C.)
East Elmhurst, N.Y. 11370


Ms. Breland, W.D. Of Security
09-09 Hazen Street (G.R.V.C.)
East Elmhurst, N.Y. 11370


       Dear Ms. Breland,

           I James Brown respectfully write this appeal to you and pray, with the grace of God, that you can consider viewing the validity and merits of my situation, and In conclusion grant me relief from the punitive segregation unit.

       Ma'am, I am clearly a victem of Departmental corruption, and my Infraction is marely a concocted report to cover up a untimely assault against my person that lead up to my receiving extensive Injuries that required Immediate surgery and had to be noted and accounted for with the medical dept. as well as the private investigating unit.

       I was assaulted by a Captain Donovan while I was handcuffed behind my back, I diligently expressed all the out right blatant fabricated inconsistencies pertinent to my Infraction to the hearing Captain Taylor and yet, I was stioll found guilty of assault on staff. Capt. Taylors fact finding reasons of guilt was based on his investigation of all relevant reports by staff regarding this incident. In each "Use Of Force Report" there are different events and accounts as to what truly transpired, Inwich gives tremendous presidence to my stead fast convictions that I was brutally and viciously assaulted while I was handcuffed; and the fabricated reports are marely standard procedure attempting to cover up a assault against my person.

- done on my case to prepare an adequite defense to vindicate myself of alleged charges against my person. I cannot do much of anything if I'm to remain in this ungodly situation based on my being assaulted and the situation being maliciously swept under the rug to avoid a lawsuit that's inevitable in my circumstances, my teethe has to be replaced. Besides, the Captain has admitted to being the cause of the injuries I sustained. Please see " USE OF FORCE REPORT ".

In conclusion of my appeal to you, with all of the above said, I strongly feel the over all ramification of this situation has proven to be quite primitive and unjustly and unbecoming of the D.O.C. to say the leasty. Please inspect the reports gouverning this incident and view the tapes of my hearing, and thus you will see that I am innocent and I was marely a victem in this entire incident.

To receive or hear anything from you on this matter wil be Greatly and Immensely appreciated. Thank You for your time, consideration, and over-all patience!!

Respectfuly Yours,

James Brown

James Brown # 3490620801
09-09 Hazen STREET
EAST ELMHURST, N.Y.

 

 

I JAMES BROWN AM APPEALING DISCIPLINARY DISPOSITION DATED
APRIL 20, 2007 INFRACTION # 283/07.

MY GROUNDS FOR APPEAL ARE AS FOLLOWS:

ALL PARTIES PERTAINING TO MY INFRACTION WROTE FABRICATED REPORTS
OF CONFLICTING FALSE STATEMENTS AS TO THE EVENTS OF THE INCIDENT. PLEASE
SEE OFFICER B. HOLCOMB # 15969 INITIAL INFRACTION AGAINST MY PERSON. HE
STATES I PUNCHED CAPTAIN DONOVAN # 787 IN THE LEFT SIDE OF THE FACE, AND
CAPTAIN DONOVAN DEFENDED HIMSELF BY THROWING PUNCHES TO THE SUBJECTS FACIAL
AREA. HOWEVER, IN CAPTAINS DONOVAN USE OF FORCE REPORT HE STATES HE DEFENDED
HIMSELF BY HITTING ME IN THE STOMACH AREA AND THROWING ME AGAINST THE WALL
CAUSING MY FACE TO SMASH AGAINST THE WALL. HE NEVER STATED HE THREW PUNCHES
TO MY FACIAL AREA AS OFFICER B. HOLCOMB STATES HE DID IN HIS REPORT. THIS
GIVES SUFFICIENT ENOUGH EVIDENCE TO SUPPORT MY ALLEGATIONS THAT MY INFRACTION
WAS COMPLETELY CONCOCTED TO SAY THE LEAST. FURTHERMORE, IN OFFICER SARNO OR
SURIEL SUPPORTING REPORT STATES HE HEARD A NOISE FROM THE BACK AREA AND
IMMEDIATELY RESPONDED TO THE AREA, IF THIS WAS TRUE THIS ALSO GIVES SUBSTANCE
AND MERIT TO THE VALIDITY OF MY ARGUEMENT THAT THE INFRACTION IS COMPLETELY
FABRICATED. HOW IS IT POSSIBLE FOR OFFICER SARNO OR SURIEL TO BE PRESENT
FIRST ON THE SCENE TO ASSIST CAPTAIN DONOVAN IN USING BODY CONTROL HOLDS TO
PLACE ME ON THE FLOOR TERMINATING THE INCIDENT, WHEN IN FACT OFFICER B.
HOLCOMB REPORT STATES HE OBSERVED ENTIRE INCIDENT, BUT YET HE PLAYED NO
ACTIVE ROLE IN ASSISSTING CAPTAIN DONOVAN WORTH-SO-EVER AND MARELY ACTED AS
A SILENT OBSERVER IS TOTALLY PERPOSTUROUS; AND DEFINETELY NOT THE STANDARDS,
ETHICS, OR PROTOCAL OF THE D.O.C. RULES AND REGULATIONS.

IN ADDITION TO MY PLEA OF NOT GUILTY AND APPEAL OF THIS MATTER,
I HAD PHOTO'S TAKEN OF MY HANDS TO SHOW THAT THERE WAS NO ABRASIVES OR
MARKINGS ON MY HANDS THAT DICTATES SIGNS OF PHYSICAL VIOLENCE ON MY PART.
ALSO A URINALYSIS TEST WAS IMMEDIATELY CONDUCTED ON ME IMMEDIATELY THEREIN
AFTER INCIDENT INWHICH I WAS CLEAN AND VOID OF ANY CHEMICAL MIND INDUCING
DRUGS OR ALCOHOL THAT COULD POSSIBLY RENDER ME IMPAIRED TO RESORT TO
VIOLENCE ON ANYONE BE IT STAFF, INMATE, OR MYSELF. ALSO THERE WAS AN
ADJOURNMENT OF ADJUDICATION CAPTAIN TAYLOR # 597 BASED ON CAPTAIN DONOVANS
FAILURE TO TURN IN A USE OF FORCE REPORT IN A TIMELY MANNER, THIS REFLECTS-
AND DEMONSTRATES CAPTAIN DONOVANS LACK OF PROFESSIONALISM AND ETHICS AND
GIVES PRESIDENCE TO MY CLAIMS THAT HIS REPORT WAS INDEED CONCOCTED TO SAY
THE LEAST.

CAPTAIN DONOVANS ASSAULT AGAINST MY PERSON WHILE I WAS
IN HANDCUFFS WAS PREMEDITATED, AND ALL OFFICERS THAT PARTICIPATED IN THIS
INCIDENT (INCLUDING INVESTIGATING CAPTAINS TAYLOR # 597 AND CAPT. ERSKINE -
- # 342) ARE MERELY AIDING AND ABETTING CAPTAIN DONOVANS CRIME OF ASSAULTING
ME WHILE I WAS IN HANDCUFFS, AND THE INTERACTION, HEARING, AND INVESTIGATION
PROCEEDINGS OF THIS MATTER IS NOTHING MORE THAN A "SHAM" AND A "MISCARRAIGE-
- OF JUSTICE" AND REFLECTS THE D.O.C. IN A VERY POOR LIGHT THAT MAKES THE
PARTIES IN PARTICULAR NO BETTER THAN THE INMATES THEY GOVERN OVER IN
RESPECTS TO CARE, CUSTODY, AND CONTROL.

IN CONCLUSION OF MY APPEAL,  I WOULD LIKE IT TO BE NOTED THAT
THERE WAS NO MOTIVE AT ALL FOR ME TO ASSAULT ANYONE, AND THERE WAS NO REPORT
OF ANY KIND OF ME BEING DISRUPTIVE IN 3 NORTH HOUSING AREA THAT WARRANTED
ME TO BE ESCORTED TO THE INTAKE. IN FACT, I WAS GIVEN A LAW LIBRARY PASS
AND PASSED SECURITY POINTS OF TWO DOORS AND TWO ESSENTIAL GATES ENROUTE TO TO
THE LAW LIBRARY ON MY OWN ACCORD BEFORE I WAS ACTUALLY HANDCUFFED AND ESCORTED
TO THE INTAKE.

THE EXTENT OF MY INJURIES SUSTAINED DUE TO CAPTAIN
DONOVANS ASSAULT AGAINST MY PERSON ARE AS FOLLOWS:

MY UPPER MANDABLE WAS SEVERELY CRUSHED DUE TO THE FORCEFUL IMPACT OF MY FACE BEING VIOLENTLY SMASHED INTO THE WALL. I HAD TO HAVE EXTENSIVE SURGERY ON MY UPPER MANDABLE, A FEW OF MY TEETHE WERE IRREPAIRABLY DAMAGED AND HAD TO BE SURGICALLY REMOVED, MY UPPER AND BOTTOM GUM HAD TO RECEIVE SUBSTANTIAL AMOUNT OF SUTURES, MY TEETHE TORE THROUGH THEM FROM THE BRUTAL WAY MY FACE WAS SMASHED AGAINST THE WALL. I HAVE A CONCUSSION OF THE HEAD AND SERIOUS MIGRAINE HEADACHES DUE TO MY HEAD BEING BANGED SEVERAL TIMES ON THE WALL. MY VISION IS SLIGHTLY BLURRED AS A RESULT OF THIS ASSAULT AGAINST MY PERSON. I ALSO HAVE SEVERE SPEACH IMPEDIMENT PROBLEM NOW AS A RESUL' OF MY TEETHE BEING SURGICALLY REMOVED. THERE'S A SLIGHT DISFIGUREMENT OF MY FACIAL STRUCTURE AS MY UPPER LIP NOW HAS A INWARD INDENTION DUE TO A CRUSHED MANDABLE AND LOSS OF TEETHE. I HAVE ACUTE PHOBIA OF BEING HANDCUFFED AND FEAR OF BEING HANDCUFFED IN THE VICINITY OF ANY STAFF OF THE D.O.C. . I ALSO HAVE LOSS OF HEARING IN MY RIGHT EAR.

PLEASE NOTE THAT IT WOULD BE NATURAL REFLEXES AND SURVIVAL INSTINCTS FOR ANY ONE TO SHIELD OR BLOCK WITH HIS/HER ARM OR HANDS TO PREVENT OR BREAK A FULL FRONTAL FACIAL FALL AGAINST A WALL OR THE GROUND, I WAS DEPRIVED THAT OPPORTUNITY BECAUSE I WAS HANDCUFFED BEHIND MY BACK DURING THE ENTIRE TIME OF CAPTAIN DONOVANS ASSAULT AGAINST MY PERSON.

I RECEIVED 90 DAYS AT HEARING, WHEN IN FACT, IF MY INCIDENT WAS TRULY INVESTIGATED IN THE INTEREST OF JUSTICE, THE CORRECTIONAL STAFF INVOLVED IN THIS INCIDENT VERY OWN REPORTS WOULD EXONERATE ME BEYOND A SHADOW OF A DOUBT. I DID NOT ASSAULT ANY ONE, MY APPEAL IS BASED ON THE MANY CONFLICTING REPORTS OF WHAT THE STAFF HAD TO SAY ATTEMPTING TO COVER UP AN ASSAULT AGAINST MY PERSON, PLEASE VIEW ALL REPORTS OF PARTIES INVOLVED AND INCONCLUSION SEE THE VALIDITY AND MERITS OF MY CLAIMS OF NOT GUILTY AND EXONERATE ME OF CHARGE.

TO RECEIVE OR HEAR ANYTHING FROM YOU ON THIS MATTER WILL BE GREATLY AND IMMENSELY APPRECIATED. THANK YOU FOR YOUR TIME AND PATIENCE!!!

RESPECTFULLY YOURS,

JAMES BROWN

Ms. Breland, with respect, I cannot rightfully state that within the D.O.C. it's considered code of ethics for one officer not to go against another, especially to side with that of a inmate.

I understand perfectly the dynamics of prison and how it's not designed to accomodate a individuals precise specifications as that of the Marriot hotel, untimely events can and will happen in prison. I do seriously ponder at what point, without the scrutiny of cameras and witnisses, do D.O.C staff level of professionalism and ethics are demonstrated and the Integrity of the uniform is upheld with prestige and honor.

I'm quite sure that it's not considered protocol for each time potential resistance is met, that corporal punishment is implemented as a ending remedy. In addition to my defense of this matter, I am not mentally or psychologically ill, nor do I take any prescription or non prescription drugs that can alter my physical demeanor to react without any given cause, provocation, or warning in a violent way as a solvent to any potential would be issue. The initial situation was not grave or serious in nature like that to warrant a violent response from me as described in report.

It's to my understanding that the Captain who assaulted me has a history of assaulting inmates for any mis-begots. It's clearly expected that he nor any of the staff involved will openly admit that I was unlawfully assaulted while In handcuffs, no one wants to be named as a defendant in a lawsuit action.

Ms. Breland, In all fairness, and in the interest of justice, I ask and Implore you to please intervene and incorporate something within reason to relieve me from a undeserving disposition of 90 days punitive segregation. I'm pleading with you Ma'am to please try to empathize with my situation and clearly see that I was handcuffed, beat up, teethe knocked out, facial - disfigurement, and other physical ailments bestowed upon me due to this incident. I was abruptly thrown in the Ring for 90 days (which is the entire - summer), and to add salt to a injury and open wound; I have a rather serious open criminal case I'm fighting that I can possibly receive a life sentence for. Being in punitive segregation makes my access to the law library very limited. I'm already at pre-trial hearings and I still have much needed work

CORRECTION DEPARTMENT
CITY OF NEW YORK

ATTACHMENT A

**REPORT AND NOTICE OF INFRACTION**

Form: 6500A
Rev. : 02/09/07
Ref. : Dir. #6500R-D

| Infraction #: | Institution: O.B.C.C. | Date of Incident: 04/05/2007 | Date of Report: 04/05/2007 |
|---|---|---|---|
| Inmate Name (Last, First): BROWN, JAMES | | B&C/ Sentence #: 349-06-20801M | NYSID # 5513644R |
| Location of Incident (Be Specific): MAIN INTAKE PEN # 11 | | Housing Area Location 3 NORTH | Approximate Time of Incident: 0925 HRS. |

| Charge # 101.10 | Offense Assault on Staff | Charge # | Offense |
|---|---|---|---|
| | | | |

Reporting Official (Print Name, Rank and Shield #): B. HOLCOMB, OFFICER # 15969

Reporting Official (Signature):

**Details of Incident (Include details as to How, When and Where Infraction was Committed.)** On April 5, 2007 at appx. 0925 hours while in the main intake pen # 11 inmate Brown, James # 3490620801M of housing area 3 North was being interviewed by Security Captain Donovan # 787 with regards to being disruptive in housing area 3 north. Capt Donovan upon removing the handcuffs from subject inmate without warning or provocation was punched on the left side of face by inmate Brown resulting in a assault on staff. Capt Donovan defended himself throwing punches to the subject's facial area. Officers S. Sarno # 16084 and J. Suriel # 14377 responded to the area and assisted Capt Donovan by using body control holds to place inmate Brown, James on the floor terminating the incident.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate an you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be Served with charges and held for a hearing. The Department will make every effort to hold this hearing within Three (3) business days of the service of this notice. This Three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via Teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.

2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.

3. Right to present material evidence.

4. Right to present witnesses.

5. Right to the assistance of a Hearing Facilitator if Adjudication Captain deems one is necessary.

6. Right to an interpreter if you cannot communicate well enough in English.

7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.

2. Loss of privileges.

3. Loss of good time if you are a sentenced inmate.

4. Punitive segregation for up to ninety (90) days for each applicable individual charge.

5. Restitution for intentionally damaging or destroying City property.

A twenty-five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense. You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes (if yes, include what language)_____ | ☒ No |
|---|---|---|
| Hearing Facilitator Requested: | ☐ Yes | ☒ No |
| Witness(es) Requested: | ☐ Yes (if yes, include witness(es) Name, Book and Case Number (if inmate) or Shield/ID (if staff) and Location (if inmate) or Post (if staff). | ☒ No |

| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
|---|---|---|
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |

I certify that I received a copy of this notice: Signature _____  Date: 4/9/07  Time: 1305

Served by (Print Name, Rank and Shield #): _____

Signature of Server

**FACILITY COPY**

**HARDING & MOORE**
ATTORNEYS AT LAW
80-59 LEFFERTS BOULEVARD
KEW GARDENS, NEW YORK 11415

JAMES P. HARDING
A. PATRICIA MOORE
_____

TEL: (718) 805-1500
FAX: (718) 805-1503
E-MAIL: hardingandmoore@yahoo.com

NASSAU COUNTY OFFICE
58 HILTON AVENUE
HEMPSTEAD, N.Y. 11550
(516) 352-1700

August 26, 2008

Michael A. Cardozo
Corporation Counsel
The City of New York
100 Church Street
New York, New York 10007

Attention: Shawn D. Fabian,
           Assistant Corporation Counsel
           Special Federal Litigation Division

Re:  James Brown v. Donovan, et al.
     No.:  08-CV-06133(GEL)

Dear Mr. Fabian:

Enclosed please find our Initial Disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

The following are the items provided as plaintiff's Initial Disclosure:

    1. Inmate Grievant's Statement Form dated April 24, 2007.

    2. Letter Appeal (undated) to Ms. Breland, Deputy Warden of Security.

    3. Hearing report and Notice of Disciplinary Disposition dated April 19-April 20, 2007, signed by James Brown and Captain A. Taylor (two-sided document).

    4. Report and Notice of Infraction dated April 5, 2007.

    5. Pro Se Notice of Claim dated April 24, 2007.

    6. Disallowance based on insufficient proof from Office of the Comptroller dated May 10, 2007.

(continued on Page 2)

Michael A. Cardozo, Corporation Counsel
<u>Attention</u>: Shawn D. Fabian, Assistant Corporation Counsel
August 26, 2008
Re:  James Brown v. Donovan, et al.
     No.:  08-CV-06133(GEL)
Page 2


        7.   Second <u>Pro</u> <u>Se</u> Notice of Claim dated May 19, 2007.

        8.   Acknowledgement of Tort Claim number 2007PI013676
from Office of the Comptroller dated May 9, 2007.

        9.   Letter dated June 18, 2007 from Darcy L. Hirsh, Legal
Aid Society, to James Brown.

        10.  Letter dated June 7, 2007 from Darcy L. Hirsh, Legal
Aid  Society,  to  Richard  White,  Deputy  Commissioner  of
Investigations, New York City Department of Corrections.

        11.  Letter of representation dated June 29, 2007 from
Harding & Moore, Esqs. to Office of the Comptroller on Claim
Number 2007PI1015801.

        12.  Appeal (undated) by James Brown from Decision on
Infraction Number 283/2007.

        13.  Eye Glass Order Form dated May 24, 2008 for James
Brown.

        14.  Copies of prescriptions for denture adhesive cream,
Esoneprazole, and Naproxen.

        15.  Prison Health Services Chart for James Brown,
including  records  of  treatment  for  injuries  alleged  in
Complaint.

        16.  Copy of article written by Graham Rayman in <u>Village</u>
<u>Voice</u> of July 11/July 17, 2007 referring (at pages 6 and 7) to
James Brown incident and statement by James Brown.

        17.  Notice of 50-H Hearing dated September 5, 2007.

        18.  Stipulation dated October 18, 2007 regarding 50-H
Hearing.


(continued on Page 3)

Michael A. Cardozo, Corporation Counsel
<u>Attention</u>: Shawn D. Fabian, Assistant Corporation Counsel
August 26, 2008
Re:  James Brown v. Donovan, et al.
     No.:  08-CV-06133(GEL)
Page 3

19.  Felony Complaint filed in Criminal Court of the City of New York, County of New York under Docket No. 2006NY079825 and dated November 20, 2006, charging James Brown with two counts of Robbery in the First Degree.

20.  Copy of Indictment filed in Supreme Court, New York County, charging James Brown with Robbery in the First Degree.

21.  People's Voluntary Disclosure Form filed in Supreme Court, New York County.

We will continue to provide Initial Disclosure as required.  We believe that the enclosed make our Initial Disclosure substantially complete.  We are still awaiting signed Authorizations from our client.

Do not hesitate to contact us should you have any questions.

Very truly yours,

James P. Harding

JPH/lr
Enclosures
via Priority Mail and via ECF

---------------------------------------------------x

Claimant,                    NOTICE OF CLAIM

JAMES BROWN
        -against-

THE CITY OF NEW YORK,

                Defendant.
---------------------------------------------------x

TO: COMPTROLLER OF THE CITY OF NEW YORK:

PLEASE TAKE NOTICE that the claimant herein hereby makes claim and demand against the City of New York as follows: I was severely assaulted by a Captain, my teethe were knocked out and my mandable crushed .

1. The name and post-office address of the claimant is as follows:

Mr. JAMES BROWN
# 3490620801
G.R.V.C.
09-09 Hazen Street
East Elmhurst, NY 11370

2. The nature of the claim is as follows: I was severely assaulted by a Capt. while I was in handcuffs, my face was smashed against a cell wall crushing my mandable. I had to have extensive surgery done too remove two teethe of mine, I also have a concussion to my head.

3. The time when, the place where, and the manner in which the claim arose:

The assault against my person took place in the main Intake area in pen # 11, the time of Incident was 0925 HRS. I was handcuffed and severely assaulted by a Captain, I had to receive extensive surgery to have my teethe removed. I was assaulted by a Captain Donovan shield "# 787, several officers witnessed this assault and did not stop it.

1

4. The items of damage or injuries claimed are:

I had two teethe surgically removed, my mandable was crushed, I received upper and bottom sutures in my mouth, I have a head concussion, I have soreness to my neck, shoulders, and chest area.

The claim and demand is hereby presented for adjustment and payment.

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing, in default of the City of New York to pay to the claimant his claim within the time limited for compliance with this demand by the City of New York by the applicable statutes, claimant intends to commence an action against the City of New York to recover his damages with interest and costs.

Pay claimant the sum of: TWENTY MILLION DOLLARS (20.000.000)

Dated:  East Elmhurst, New York

April 24, _____, 2007.

Respectfully yours,

JAMES BROWN

Claimant Pro-se

2

— V E R I F I C A T I O N —

STATE OF NEW YORK)
COUNTY OF BRONX ) SS.:

JAMES BROWN _____ being duly sworn, deposes and says:

I am the claimant above named; I have read the foregoing Notice of claim against the City of New York and know its contents; the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

JAMES BROWN

Sworn to before me this
____ day of _____, 2007

NOTARY PUBLIC

Jared Caldwell
Commissioner of Deeds
City of New York No. #1-6863
New York County
Commission Expires March 1, 2009

# GRIEVANT'S STATEMENT FORM
## Form 7316

Facility:___G.R.V.C___        Grievance number:_____

Grievant's name:__James Brown___        __Date:__April 24, 2007__

This form should be hand written by the grievant only.  It should be used as a work sheet from which grievance is typed onto the inmates Grievance Form and remains on file in the Grievant's Folder.

ID#__3490620801_____Cat_____House__1A_-12 cell__

____On April 5, 2007 at the O.B.C.C. CORR. FAC. Approx. time of Incident 0925 HRS. I was escorted to the main Intake In handcuffs, while I was facing the wall I was brutally assaulted by Captain Donovan while I was handcuffed behind my back. My teeethe were knocked out and extensive surgery had to be performed on me.

_____

_____

_____

Action
Requested__My grievant placed In file, full compensation to cover my medical expenses, physical and mental compensation,__

Grievant agrees to have his statement edited for clarification by the I.G.R.P.

__April 24, 2007__

Dated:

*James Brown*
Grievant's signature

_____
Witness I.G.R.P. Representative

James Brown    3490820801
09-09 Hazen Street (G.R.V.C.)
East Elmhurst, N.Y. 11370


Ms. Breland, W.D. Of Security
09-09 Hazen Street (G.R.V.C.)
East Elmhurst, N.Y. 11370


      Dear Ms. Breland,

           I James Brown respectfully write this appeal to you and pray, with the grace of God, that you can consider viewing the validity and merits of my situation, and In conclusion grant me relief from the punitive segregation unit.

      Ma'am, I am clearly a victem of Departmental corruption, and my Infraction is marely a concocted report to cover up a untimely assault against my person that lead up to my receiving extensive Injuries that required Immediate surgery and had to be noted and accounted for with the medical dept. as well as the private investigating unit.

      I was assaulted by a Captain Donovan while I was handcuffed behind my back, I diligently expressed all the out right blatant fabricated inconsistencies pertinent to my Infraction to the hearing Captain Taylor and yet, I was stioll found guilty of assault on staff. Capt. Taylors fact finding reasons of guilt was based on his investigation of all relevant reports by staff regarding this incident. In each "Use Of Force Report" there are different events and accounts as to what truly transpired, Inwich gives tremendous presidence to my stead fast convictions that I was brutally and viciously assaulted while I was handcuffed; and the fabricated reports are marely standard procedure attempting to cover up a assault against my person.

- done on my case to prepare an adequite defense to vindicate myself of alleged charges against my person. I cannot do much of anything if I'm to remain in this ungodly situation based on my being assaulted and the situation being maliciously swept under the rug to avoid a lawsuit that's inevitable in my circumstances, my teethe has to be replaced. Besides, the Captain has admitted to being the cause of the injuries I sustained. Please see " USE OF FORCE REPORT ".

In conclusion of my appeal to you, with all of the above said, I strongly feel the over all ramification of this situation has proven to be quite primitive and unjustly and unbecoming of the D.O.C. to say the leasty. Please inspect the reports gouverning this incident and view the tapes of my hearing, and thus you will see that I am innocent and I was marely a victem in this entire incident.

To receive or hear anything from you on this matter wil be Greatly and Immensely appreciated. Thank You for your time, consideration, and over-all patience!!

Respectfuly Yours,

*James Brown*

James Brown

James Brown # 3490620801
09-09 Hazen STREET
EAST ELMHURST, N.Y.

I JAMES BROWN AM APPEALING DISCIPLINARY DISPOSITION DATED
APRIL 20, 2007 INFRACTION # 283/07.

### MY GROUNDS FOR APPEAL ARE AS FOLLOWS:

ALL PARTIES PERTAINING TO MY INFRACTION WROTE FABRICATED REPORTS
OF CONFLICTING FALSE STATEMENTS AS TO THE EVENTS OF THE INCIDENT. PLEASE
SEE OFFICER B. HOLCOMB # 15969 INITIAL INFRACTION AGAINST MY PERSON. HE
STATES I PUNCHED CAPTAIN DONOVAN # 787 IN THE LEFT SIDE OF THE FACE, AND
CAPTAIN DONOVAN DEFENDED HIMSELF BY THROWING PUNCHES TO THE SUBJECTS FACIAL
AREA. HOWEVER, IN CAPTAINS DONOVAN USE OF FORCE REPORT HE STATES HE DEFENDED
HIMSELF BY HITTING ME IN THE STOMACH AREA AND THROWING ME AGAINST THE WALL
CAUSING MY FACE TO SMASH AGAINST THE WALL. HE NEVER STATED HE THREW PUNCHES
TO MY FACIAL AREA AS OFFICER B. HOLCOMB STATES HE DID IN HIS REPORT. THIS
GIVES SUFFICIENT ENOUGH EVIDENCE TO SUPPORT MY ALLEGATIONS THAT MY INFRACTION
WAS COMPLETELY CONCOCTED TO SAY THE LEAST. FURTHERMORE, IN OFFICER SARNO OR
SURIEL SUPPORTING REPORT STATES HE HEARD A NOISE FROM THE BACK AREA AND
IMMEDIATELY RESPONDED TO THE AREA, IF THIS WAS TRUE THIS ALSO GIVES SUBSTANCE
AND MERIT TO THE VALIDITY OF MY ARGUEMENT THAT THE INFRACTION IS COMPLETELY
FABRICATED. HOW IS IT POSSIBLE FOR OFFICER SARNO OR SURIEL TO BE PRESENT
FIRST ON THE SCENE TO ASSIST CAPTAIN DONOVAN IN USING BODY CONTROL HOLDS TO
PLACE ME ON THE FLOOR TERMINATING THE INCIDENT, WHEN IN FACT OFFICER B.
HOLCOMB REPORT STATES HE OBSERVED ENTIRE INCIDENT, BUT YET HE PLAYED NO
ACTIVE ROLE IN ASSISSTING CAPTAIN DONOVAN WORTH-SO-EVER AND MARELY ACTED AS
A SILENT OBSERVER IS TOTALLY PERPOSTUROUS; AND DEFINETELY NOT THE STANDARDS,
ETHICS, OR PROTOCAL OF THE D.O.C. RULES AND REGULATIONS.

IN ADDITION TO MY PLEA OF NOT GUILTY AND APPEAL OF THIS MATTER,
I HAD PHOTO'S TAKEN OF MY HANDS TO SHOW THAT THERE WAS NO ABRASIONS OR
MARKINGS ON MY HANDS THAT DICTATES SIGNS OF PHYSICAL VIOLENCE ON MY PART.
ALSO A URINALYSIS TEST WAS IMMEDIATELY CONDUCTED ON ME IMMEDIATELY THEREIN
AFTER INCIDENT INWHICH I WAS CLEAN AND VOID OF ANY CHEMICAL MIND INDUCING
DRUGS OR ALCOHOL THAT COULD POSSIBLY RENDER ME IMPAIRED TO RESORT TO
VIOLENCE ON ANYONE BE IT STAFF, INMATE, OR MYSELF. ALSO THERE WAS AN
ADJOURNMENT OF ADJUDICATION CAPTAIN TAYLOR # 597 BASED ON CAPTAIN DONOVANS
FAILURE TO TURN IN A USE OF FORCE REPORT IN A TIMELY MANNER, THIS REFLECTS~
AND DEMONSTRATES CAPTAIN DONOVANS LACK OF PROFESSIONALISM AND ETHICS AND
GIVES PRESIDENCE TO MY CLAIMS THAT HIS REPORT WAS INDEED CONCOCTED TO SAY
THE LEAST.

CAPTAIN DONOVANS ASSAULT AGAINST MY PERSON WHILE I WAS
IN HANDCUFFS WAS PREMEDITATED, AND ALL OFFICERS THAT PARTICIPATED IN THIS
INCIDENT (INCLUDING INVESTIGATING CAPTAINS TAYLOR # 597 AND CAPT. ERSKINE -
- # 342) ARE MARELY AIDING AND ABETTING CAPTAIN DONOVANS CRIME OF ASSAULTING
ME WHILE I WAS IN HANDCUFFS, AND THE INTERACTION, HEARING, AND INVESTIGATION
PROCEEDINGS OF THIS MATTER IS NOTHING MORE THAN A "SHAM" AND A "MISCARRAIGE-
- OF JUSTICE" AND REFLECTS THE D.O.C. IN A VERY POOR LIGHT THAT MAKES THE
PARTIES IN PARTICULAR NO BETTER THAN THE INMATES THEY GOVERN OVER IN
RESPECTS TO CARE, CUSTODY, AND CONTROL.

IN CONCLUSION OF MY APPEAL, I WOULD LIKE IT TO BE NOTED THAT
THERE WAS NO MOTIVE AT ALL FOR ME TO ASSAULT ANYONE, AND THERE WAS NO REPORT
OF ANY KIND OF MY BEING DISRUPTIVE IN 3 NORTH HOUSING AREA THAT WARRANTED
ME TO BE ESCORTED TO THE INTAKE. IN FACT, I WAS GIVEN A LAW LIBRARY PASS
AND PASSED SECURITY POINTS OF TWO DOORS AND TWO ESSENTIAL GATES ENROUTE TO TO
THE LAW LIBRARY ON MY OWN ACCORD BEFORE I WAS ACTUALLY HANDCUFFED AND ESCORTED
TO THE INTAKE.

THE EXTENT OF MY INJURIES SUSTAINED DUE TO CAPTAIN
DONOVANS ASSAULT AGAINST MY PERSON ARE AS FOLLOWS:

MY UPPER MANDABLE WAS SEVERELY CRUSHED DUE TO THE FORCEFUL IMPACT
OF MY FACE BEING VIOLENTLY SMASHED INTO THE WALL. I HAD TO HAVE EXTENSIVE
SURGERY ON MY UPPER MANDABLE, A FEW OF MY TEETHE WERE IRREPAIRABLY
DAMAGED AND HAD TO BE SURGICALLY REMOVED, MY UPPER AND BOTTOM GUM HAD TO
RECEIVE SUBSTANTIAL AMOUNT OF SUTURES AS MY TEETHE TORE THROUGH THEM FROM
THE BRUTAL WAY MY FACE WAS SMASHED AGAINST THE WALL. I HAVE A CONCUSSION OF
THE HEAD AND SERIOUS MIGRAINE HEADACHES DUE TO MY HEAD BEING BANGED SEVERAL
TIMES ON THE WALL. MY VISION IS SLIGHTLY BLURRED AS A RESULT OF THIS ASSAULT
AGAINST MY PERSON. I ALSO HAVE SEVERE SPEACH IMPEDIMENT PROBLEM NOW AS A RESUL.
OF MY TEETHE BEING SURGICALLY REMOVED. THERE'S A SLIGHT DISFIGUREMENT OF MY
FACIAL STRUCTURE AS MY UPPER LIP NOW HAS A INWARD INDENTION DUE TO A CRUSHED
MANDABLE AND LOSS OF TEETHE. I HAVE ACUTE PHOBIA OF BEING HANDCUFFED AND
FEAR OF BEING HANDCUFFED IN THE VICINITY OF ANY STAFF OF THE D.O.C.. I ALSO
HAVE LOSS OF HEARING IN MY RIGHT EAR.

PLEASE NOTE THAT IT WOULD BE NATURAL REFLEXES AND SURVIVAL
INSTINCTS FOR ANY ONE TO SHIELD OR BLOCK WITH HIS/HER ARM OR HANDS TO
PREVENT OR BREAK A FULL FRONTAL FACIAL FALL AGAINST A WALL OR THE GROUND,
I WAS DEPRIVED THAT OPPORTUNITY BECAUSE I WAS HANDCUFFED BEHIND MY BACK
DURING THE ENTIRE TIME OF CAPTAIN DONOVANS ASSAULT AGAINST MY PERSON.

I RECEIVED 90 DAYS AT HEARING, WHEN IN FACT, IF MY INCIDENT WAS
TRULY INVESTIGATED IN THE INTEREST OF JUSTICE, THE CORRECTIONAL STAFF
INVOLVED IN THIS INCIDENT VERY OWN REPORTS WOULD EXONERATE ME BEYOND A
SHADOW OF A DOUBT. I DID NOT ASSAULT ANY ONE, MY APPEAL IS BASED ON THE MANY
CONFLICTING REPORTS OF WHAT THE STAFF HAD TO SAY ATTEMPTING TO COVER UP
AN ASSAULT AGAINST MY PERSON, PLEASE VIEW ALL REPORTS OF PARTIES INVOLVED
AND INCONCULSION SEE THE VALIDITY AND MERITS OF MY CLAIMS OF NOT GUILTY AND
EXONERATE ME OF CHARGE.

TO RECEIVE OR HEAR ANYTHING FROM YOU ON THIS MATTER WILL BE GREATLY
AND IMMENSELY APPRECIATED. THANK YOU FOR YOUR TIME AND PATIENCE!!!

RESPECTFULLY YOURS,

JAMES BROWN

Ms. Breland, with respect, I cannot rightfully state that within the D.O.C. it's considered code of ethics for one officer not to go against another, especially to side with that of a inmate.

I understand perfectly the dynamics of prison and how it's not designed to accomodate a individuals precise specifications as that of the Marriot hotel, untimely events can and will happen in prison. I do seriously ponder at what point, without the scrutiny of cameras and witnisses, do D.O.C staff level of professionalism and ethics are demonstrated and the Integrity of the uniform is upheld with prestige and honor.

I'm quite sure that it's not considered protocol for each time potential resistance is met, that corporal punishment is implemented as a ending remedy. In addition to my defense of this matter, I am not mentally or psychologically ill, nor do I take any prescription or non prescription drugs that can alter my physical demeanor to react without any given cause, provacation, or warning in a violent way as a solvent to any potential would be issue. The initial situation was not grave or serious in nature like that to warrant a violent response from me as described in report.

It's to my understanding that the Captain who assaulted me has a history of assaulting inmates for any mis-begots. It's clearly expected that he nor any of the staff involved will openly admit that I was unlawfully assaulted while In handcuffs, no one wants to be named as a defendant in a lawsuit action.

Ms. Breland, In all fairness, and in the interest of justice, I ask and implore you to please intervene and incorporate something within reason to relieve me from a undeserving disposition of 90 days punitive segregation. I'm pleading with you Ma'am to please try to empathize with my situation and clearly see that I was handcuffed, beat up, teethe knocked out, facial - disfigurement, and other physical ailments bestowed upon me due to this incident. I was abruptly thrown in the Ring for 90 days (which is the entire - summer), and to add salt to a injury and open wound; I have a rather serious open criminal case I'm fighting that I can possibly receive a life sentence for. Being in punitive segregation makes my access to the law library very limited. I'm already at pre-trial hearings and I still have much needed work

CIT OF NEW YORK

ATTACHMENT A

**REPORT AND NOTICE OF INFRACTION**

| Form: 6500A |
|---|
| Rev. : 02/09/07 |
| Ref. : Dir. #6500R-D |

| Infraction #: | Institution: O.B.C.C. | Date of Incident: 04/05/2007 | Date of Report: 04/05/2007 |
|---|---|---|---|
| Inmate Name (Last, First): BROWN, JAMES | | B&C/ Sentence #: 349-06-20801M | NYSID # 5513644R |
| Location of Incident (Be Specific): MAIN INTAKE PEN # 11 | | Housing Area Location  3 NORTH | Approximate Time of Incident: 0925 HRS. |

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 101.10 | Assault on Staff | | |
| | | | |
| | | | |

| Reporting Official (Print Name, Rank and Shield #): B. HOLCOMB, OFFICER # 15969 | Reporting Official (Signature): |
|---|---|

**Details of Incident (Include details as to How, When and Where Infraction was Committed.)** On April 5, 2007 at appx. 0925 hours while in the main intake pen # 11 inmate Brown, James # 3490620801M of housing area 3 North was being interviewed by Security Captain Donovan # 787 with regards to being disruptive in housing area 3 north. Capt Donovan upon removing the handcuffs from subject inmate without warning or provocation was punched on the left side of face by inmate Brown resulting in a assault on staff. Capt Donovan defended himself throwing punches to the subject's facial area. Officers S. Sarno # 16084 and J. Suriel # 14377 responded to the area and assisted Capt Donovan by using body control holds to place inmate Brown, James on the floor terminating the incident.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate an you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be Served with charges and held for a hearing. The Department will make every effort to hold this hearing within Three (3) business days of the service of this notice. This Three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via Teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.

2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.

3. Right to present material evidence.

4. Right to present witnesses.

5. Right to the assistance of a Hearing Facilitator if Adjudication Captain deems one is necessary.

6. Right to an interpreter if you cannot communicate well enough in English.

7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.

2. Loss of privileges.

3. Loss of good time if you are a sentenced inmate.

4. Punitive segregation for up to ninety (90) days for each applicable individual charge.

5. Restitution for intentionally damaging or destroying City property.

A twenty-five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense.
You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: ☐ Yes (if yes, include what language) _____ | ☒ No |
|---|---|
| Hearing Facilitator Requested: ☐ Yes | ☒ No |
| Witness(es) Requested: ☐ Yes (if yes, include witness(es) Name, Book and Case Number (if inmate) or Shield/ID (if staff) and Location (if inmate) or Post (if staff). | ☒ No |

| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
|---|---|---|
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |

| I certify that I received Signature a copy of this notice: | | Date: 4/9/07 | Time: 1305 |
|---|---|---|---|
| Served by (Print Name, Rank and Shield #): | | Signature of Server | |

**FACILITY COPY**

RECEIVED
AUG 29 09

```
------------------------------------
                    Claimant,
James Brown

        -against-

The City Of Newyork,

                    Defendant.
------------------------------------
```

NOTICE OF CLAIM

To: Comptroller Of The City Of NewYork

     Please take notice that the claimant herein hereby makes claim and demand against the City Of NewYork as follows:  I James Brown was brutally and viciously attacked and assaulted by a Captain while I was In handcuffs behind my back. This Incident happened on April 5, 2007 at the O.B.C.C. CORR. FAC. : 1600 Hazen Street, East Elmhurst, N.Y. 11370.

    1. The name and post-office address of the claimant is as follows:

        Mr. James Brown # 3490620801
        09-09 Hazen Street (G.R.V.C.)
        EAST ELMHURST, N.Y. 11370

    2.  The nature of the claim is as follows:

    I was brutally and viciously assaulted by a Captain while I was handcuffed behind my back by a Captain, my upper Mandable was severely crushed due to the forceful Impact of my face being violentely smashed Into the wall. I had to have extensive surgery on my upper Mandable, a few of my teethe were Irrepairably damaged and had to be surgically removed. My upper and bottom gum had to receive substantial amount of sutures as my teethe tore through the gums from the brutal way my face was smashed against the wall. I have a concussion of the head and serious migraine headaches due to my head being banged several of times on the wall by the Captain. My vision is slightly blurred as a result of this assault against my person. I also have a severe speach Impediment problem now as a result of my teethe being

- surgically removed . I have a slight disfigurement of my facial
structure as above my upper lip I now have a Inward Indention due to a
crushed mandable and loss of teethe. I have loss of hearing in my right
ear, and I have an acute Phobia of being handcuffed withen the vicinity of
of any Corr. Officer In the D.O.C.  . The Captain who assaulted me has
admitted to this assault against my person in his "Use Of Force Report",
extreme excessive use of force and cruel and unusual punishment and
extensive Injuries against my person is a blatant violation against my
civil rights.  The Captain who assaulted me name is Donovan # 787.

3.  **The time when, the place where, and the manner in which the claim arose:**

The assault against my person took place in the Main Intake area
in pen # 11, the time of Incident was 0925 HRS. I was severely
assaulted by a Captain while I was in handcuffs, I had to receive
extensive surgery to have my teethe removed and other serious
Injuries. A few officers witnessed this assault and did not stop it.

4.  **The items of damage or injuries claimed are:**

My teethe had to be surgically removed, I have a speach Impediment
problem as a result of my injuries, I have loss of hearing In my
right ear, I suffer a head concussion and migraine headaches, I have
slightly blurred vision, and my upper Mandable is severely crushed.
I also have a disfigurement above my upper lip as I suffer from a
Inward Indention as a result of my Injuries that now makes my facial
structure disfigured. I have soreness to my neck, shoulders, and
chest area. **PLEASE SEE MY MEDICAL RECORDS.**

**The claim and demand is hereby presented for adjustment and payment.**

**Please Take Further Notice that by reason of the foregoing,
in default of the City Of NewYork to pay to the claimant his claim
withen the time limited for compliance with this demand by the
City Of NewYork by the applicable statutes, claimant intends to
commence an action against the City Of NewYork to recover his
damages with interest and cost.**

Pay claimant the sum of: Twenty Million Dollars (20.000.000)


09-09 Hazen Street
East Elmhurst, N.Y. 11370


Dated:  April 24, 2007.


Respectfully Yours,


James Brown
CLAIMANT PRO-SE

<u>V E R I F I C A T I O N</u>

STATE OF NEW YORK)
COUNTY OF BRONX ) SS.:

<u>JAMES BROWN</u> _____, being duly sworn, deposes and says:

I am the claimant above named; I have read the foregoing Notice of claim against the City of New York and know its contents; the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

JAMES BROWN

_James Brown_

Sworn to before me this

2⁴ day of Jan, 2007

N O T A R Y  P U B L I C

*Jewel Caldwell*
*Commissioner of Deeds*
*City of New York No #1-6863*
*New York County*
*Commission Expires March 1, 2009*

3



# THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
## CENTRE STREET, NEW YORK, N.Y 10007-2341

### WILLIAM C. THOMPSON, JR.
#### COMPTROLLER

015 - 158

Date:   5/10/2007

RE:  Disallowance - Insuff. Proof
 JAMES BROWN 3490620801
Claim number:    2007PI013676
Agency: DEPT. OF CORRECTION

JAMES BROWN 3490620801
09-09 HAZEN ST
E ELMHURST, NY 11370

   Your claim has been disallowed.  You failed to provide one of the following items:  the date, location and description of the alleged accident and the manner in which the claim arose, as required by General Municipal Law Section 50-e.

   If you wish to pursue your claim you must start an action within one year and ninety days from the date of occurrence.

   If you have been scheduled for a Comptroller's hearing pursuant to General Municipal Law, Section 50-h) you should deem the hearing canceled.

Bureau of Law & Adjustment

By: _Verna Baptiste_

PERSONAL INJURY
(212) 669-4445

Claimant,                    NOTICE OF CLAIM

James Brown

        -against-

The City Of Newyork
                Defendant,
_____

To: Comptroller Of The City Of Newyork

    Please take notice that the claimant herein hereby makes claim and
and demand against the City Of Newyork as follows:  On April 5th, 2007 at
the O.B.C.C. CORR. FAC. 1600 Hazen Street, East Elmhurst, N.Y. 11370. I
James Brown was visciously and brutally attacked by a Captain while I was
in handcuffs behind my back.

1. The name and post-office address of the claimant is as follows:

            Mr. James Brown # 3490620801
            09-09 Hazen Street (G.R.V.C.)
            East Elmhurst, Newyork. 11370

2. The nature of the claim is as follows:

    On April 5, 2007 I was visciously and brutally assaulted by a
Captain while I was handcuffed behind my back at the O.B.C.C. CORR. FAC.
located at 1600 Hazen Street, East Elmhurst N.Y. 11370 . The incident took
place at the intake back area in pin # 11. My face was severely smashed
against a wall immediately crushing my upper Gums, I received extensive
surgery on my upper Gums. A few of my teethe were instantly broken and
irrepairably damaged and had to be surgically removed. My upper and bottom
Gums and lips had to receive substantial amount of sutures as my teethe
tore through them from the brutal way my face was smashed against the wall.
I have a concussion of the head and serious migraine headaches due to my
head being banged several of times against the wall. My vision is slightly
blurred as a result of this incident. I also have a severe speach impediment
problem.

I have a slight disfigurement of my facial structure as my upper lip now have a inward indention due to a crushed Gum and loss of teethe. I have loss of hearing in my right ear, I feel I have Post Traumatic Stress Disorder. I have developed a phobia and severely fear being handcuffed withen the vicinity of any Law Enforcement Personnel. The Captain who assaulted me has admitted to this assault in his "use of force report", extreme excessive use of force and cruel and unusual punishment causing extensive injuries against my person is a blatant violation against my civil rights. The Captain who assaulted me name is Donovan # 787.

3. The time when, the place where, and the manner Inwhich the claim arose:

On April 5, 2007 at the O.B.C.C. CORR. FAC. 1600 Hazen Street East Elmhurst, N.Y. 11370. The assault against my person took place in the main intake in pin # 11, and the time of incident was 0925 HRS. I was severely assaulted by a Captain while I was handcuffed behind my back. A few officers witnessed this assault against my person and did not stop it.

4. The items of damage or injuries claimed are:

I received extensive surgery on my upper gums, several of my teethe had to be surgically removed, I have slight facial disfigurement, my eye sight is blurred, I have loss of hearing in my right ear, I have a head concussion and migraine headaches, I received substantial amount of sutures in my upper Gums and my upper and bottom lips received substantial amount of sutures, I have soreness to my neck, shoulders, and chest area. I have Post Traumatic Stress Disorder as a result of this incident. I have developed a phobia and seriously fear being handcuffed in the vicinity of any Law Enforcement Personnel. I also have digestive and defecation issues. Please view my medical records.

The claim and demand is hereby presented for adjustment and payment.

Please take further notice that by reason of the foregoing, in default of the City Of Newyork to pay to the claimant his claim withen the time limited for compliance with this demand by the

City Of Newyork by the applicable statutes, claimant intends to commence an action against the City Of Newyork to recover his damages with interest and cost.

Pay claimant the sum of: Twenty Million Dollars (20,000.000)

09-09 Hazen Street (G.RV.C.)
East Elmhurst, N.Y. 11370

Dated: May 19, 2007

Respectfully Yours,

James Brown

James Brown
_____
Claimant Pro-Se

## VERIFICATION

STATE OF NEWYORK )
COUNTY OF BRONX )SS:

_____James Brown_____, being duly sworn and says:

   I am the claimant above named, I have read the foregoing Notice Of Claim against The City Of Newyork and know its contents, the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

James Brown

*James Brown*

Sworn to before me this

____19th____ day of ___May___ 2007

Notary Public

ALFONSO A. REYES
COMMISSIONER OF DEEDS, CITY OF NEW YORK
NO. 4-6836 CERT. FILED IN NEW YORK COUNTY
COMMISSION EXPIRES 01 JAN 2009



1 CENTRE REET, NEW YORK, N.Y. 10007-234.

### WILLIAM C. THOMPSON, JR.
#### COMPTROLLER

015-151

Date: 5/9/2007
RE: Acknowledgment - Tort
JAMES BROWN 3490620801
Claim number: 2007PI013676

JAMES BROWN 3490620801
09-09 HAZEN ST
E ELMHURST, NY 11370

      Receipt is hereby acknowledged of your claim. Please refer to the above claim number on any correspondence or inquiry you may have with this office.

      Your claim is currently under investigation. Please be aware of the fact that we receive thousands of claims each year. Once we have completed our investigation, we may be in a position to make a settlement offer. It is also possible, however, that we will not. If we are unable for any reason to settle or resolve your claim and you wish to pursue your claim, you may bring a lawsuit against the City, if it is **started within one year ninety days from the date of the occurrence.**

    Please note that property damage claims can take several months to investigate because, as part of our investigation, we must obtain necessary reports. We would appreciate it if you take this into account before calling us regarding the status of your claim. If, however, you have any other questions regarding your claim, please feel free to contact us.

Michael Aaronson
Bureau Chief
Bureau of Law and Adjustment



199 WATER STREET  NEW YORK, N.Y  10038  TEL: 212-577-3530  FAX: 212-509-8433  www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

John Boston
*Project Director*
*Prisoners' Rights Project*

June 18, 2007

James Brown
349-06-20801
GRVC
09-09 Hazen Street
East Elmhurst, NY 11370

Dear Mr. Brown:

Enclosed is a letter written on your behalf to Mr. Richard White Deputy Commissioner of Investigations and Ms. Florence Hutner, General Counsel of the Department of Corrections. We will advise you of any response we receive.

In the meantime, please let us know if you receive any response or there is any further investigation into this matter. Please do not hesitate to contact us if you have any further questions on this matter.

Sincerely,

DARCY L. HIRSH
Legal Assistant

*Ingles*
*v*
*To SO Engl*
*C V Españ*



199 WATER STREET  NEW YORK, N.Y.  10038  TEL: 212-577-3530  FAX: 212-509-8433  www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

John Boston
*Project Director*
*Prisoners' Rights Project*

June 7, 2007

**BY FAX**

Mr. Richard White
Deputy Commissioner, Investigations
Department of Correction
60 Hudson Street
New York, NY, 10013

Re:    James Brown
349-06-20801
GRVC

Dear Deputy Commissioner White:

I am writing to request an investigation into an incident in which Mr. Brown alleges that he was subject to excessive and unnecessary force orchestrated and implemented by Captain Donovan on April 5, 2007 at OBCC at or around 9:25 a.m. Mr. Brown sustained serious injuries to his teeth, face, and head. Jonathan Chasan and I met with Mr. Brown at GRVC on June 5, 2007.

Mr. Brown has alleged to us that on April 5th he was on the way to the law library when an alarm sounded elsewhere in the jail and he was stopped, handcuffed, taken to intake and put in a pen. Two officers, Officer Sarno and Officer Suriel, were in the pen and stood on either side of him. Captain Campbell told the officers to take his handcuffs off, but Captain Donovan intervened and told them not to. Captain Donovan, who was in the doorway of the cell, then told Brown to face the wall and put his knees on the bench.

Mr. Brown told us that he did not understand Captain Donovan's order. Donovan then ordered the inmates in the cell across to be moved away. Mr. Brown turned to see why the inmates were being moved and Donovan hit him in the back of the head with his forearm, resulting in Mr. Brown smashing his face into the wall, causing extensive injury to his teeth and mouth. Captain Donovan then punched him repeatedly.

Mr. Brown was brought to the clinic and then to the dentist where tooth fragments were extracted and he had gum surgery. He also received stitches in his lower and upper lips and has since been given prosthetic teeth for the space where he is now missing his front

teeth. Mr. Brown also complained to us of loss of hearing in his right ear following the assault by Captain Donovan, as well as reduced vision and headaches. Mr. Brown was infracted for this incident and given 90 days in punitive segregation.

Mr. Brown informed us that he was rear-cuffed the entire time that he was in the intake pen and denies striking Captain Donovan. This is the second incident about which we have written to you concerning this captain in the past month. On May 17th, we wrote on behalf of Rayvon Baker 141-07-07022, who alleged that he was assaulted by Captain Donovan and other OBCC staff on April 30, 2007.

Please advise me of the outcome of your investigation.

Thank you.

                                        Sincerely,


                                        DARCY L. HIRSH
                                        Legal Assistant

cc: Florence Hutner, DOC

**HARDING & MOORE**
ATTORNEYS AT LAW
80-59 LEFFERTS BOULEVARD
KEW GARDENS, NEW YORK 11415

JAMES P. HARDING
A. PATRICIA MOORE

(718) 805-1500
FAX (718) 805-1503
E-MAIL:  hardingandmoore@yahoo.com

NASSAU COUNTY OFFICE
58 HILTON AVENUE
HEMPSTEAD, N.Y. 11550
(516) 352-1700

June 29, 2007

The City of New York
Office of the Comptroller
1 Centre Street
New York, New York  10007

Att:  Bureau of Law & Adjustment-Room 1220

Re:  Claim No.:  2207PI1015801
Claimant:  James Brown
Date of incident:  4/05/07
Place of incident:  GRVC Rikers Island

Dear Sir:

This law firm has been retained to represent Mr. James Brown, the above-referenced claimant.

Mr. Brown originally filed his Notice of Claim pro se. He mailed his Notice of Claim on May 19, 2007.

It was assigned the above-referenced number.

Please be sure to note the change of representation and forward all correspondence to the undersigned at our Kew Gardens office including notices of any hearing dates.

Our client is still in the custody of the New York City Department of Correction because he has two pending cases in Supreme Court, New York County.

We acknowledge your right to a statutory hearing.

Please contact us if you need any further information.

Very truly yours,

JAMES P. HARDING

JPH:eb

09-09 Hazen Street (G.R.V.C.)
East Elmhurst, N.Y. 11370

July 26, 2007

On 7-25-07 I was found guilty of weapons possession.
I disagree with the adjudication Captain Jenkins disciplinary disposition
of 50 days punitive segregation as I maintain my plea of " Not Guilty ".
I appeal this disposition on the following grounds:

#1) The alleged weapons recovered are not mine.

#2) I was not present at the search to observe my cell being searched.

#3) I was just released from punitive segregation on 7-20-07 and was not in
     10-A-30 cell no more than 48 hours.

#4) On 7-23-07 at approx. time 12:30 a.m. my cell was searched by ERU and
     no contraband was found. Upon waking up later on that morning another
     search was conducted out of my presence, and now three alleged weapons
     were found in my cell ventilator .

#5) I was removed from search on alleged reasons that I was being disruptive
     and in non-compliance with search procedures. This is a blatant and out
     right fabricated report against my person. On 7-23-07 in the vicinity
     of 10-A-30 cell the cameras clearly shows me wearing a gray D.O.C.
     jump suit thats required for me to wear as part of the procedures of a
     search when you have a I.C.R. green I.D. card . The fact that I had on
     a gray jump suit gives substance and merit to my claims and sufficient
     enough evidance to support my allegations that I was in full compliance
     with the search being conducted.

#6) My removal from the search is a blatant and obvious criminal attempt to
     frame me of weapons posession in retaliation of a current and pending
     law suit I have against The Department Of Corrections. My pending law
     suit was the topic of a article in The Village Voice Newspaper the week
     of July 11-17 of 2007 .

#7) I did not receive a copy of my infraction, I do not know the tape
     number to the hearing; but the hearing was held on July 25, 2007 .

James Brown #37806C0801

09-09 Hazen Street
East Elmhurst, N.Y. 11370

RECEIVED
8/6/07

August 1, 2007

Dear Mr. Harding,

This is the grounds that I'm Appealing my Infraction of Weapons Possession. Can you forward a letter to my Criminal Case Judge (Gregory Carro) and ask him to move me off Rikers Island for Security Reasons. I'm being Harassed and Set up by Corr. Staff in Retaliation to my Pending lawsuit. Please Advise me what Else can be done!

Very Truly Yours,

James Brown

I served a unjustly 90 days in punitive segregation from April 24th, 2007 to July 20th, 2007 as cover up for a cruel and brutal assault against my person from a Captain. Upon my release from punitive segregation on July 20th, 2007 ... My pending lawsuit claim against the city was publicized in the Village Voice Newspaper and the entire corr. staff was aware of my incident and has since than been harrasing me and threaten to do me physical harm as in retaliation of my claim. I was framed with weapon charges during a search that I was not even present for as a ploy to impeach and discredit me to counter attack my lawsuit claim against the city and the department of corrections.

I was released from punitive segregation on July 20, 2007 at approx. time 9:30 p.m. - on July 23,2007 approx. time 12:15 a.m. a search was conducted of my cell by E.R.U. officers and no weapons was recovered. At approx. time 0815 HRS. on July 23, 2007 my cell was once again searched and now suddenly they claim weapons were found in my cell ventilator during a search I was not even present for.

I respectfully request that my punitive segregation disposition of 50 days be exonerated and exponged from my institutional record as I have never ever had weapons on my record. This is a obvous criminal attempt to frame me in retaliation of my lawsuit claim against the city. My claim is publicized in the Village Voice Newspaper the week of July 11-17 of 2007 .

Very Truly Yours,

*James Brown*

James Brown



**DR. EDWARD BERGER**
333 Hoosick Street
Troy, NY 12180
518-270-LENS
518-225-3300 Cellular

**CORRECTIONAL**
**EYE CARE**
**NETWORK SERVICES**

**DR. MARK MAXON**
P.O. Box 2040
Lake Placid, NY 12946
518-523-0111
518-574-2848 Pager

## EYE GLASS ORDER FORM

1. Inmate Name: _BROWN, James_     Date Received: _05/24/07_

   Facility Name: _____     Billing Date: _____

2.

| | SPHERE | CYL | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| **DISTANCE R** | -0.25 | -0.50 | X 90 | | | |
| **L** | -0.50 | SM | | | | |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| **NEAR R** | +1.00 | | | | |
| **L** | +1.00 | | | | |

| PD | DIST | NEAR |
|---|---|---|
| | 69 | 66 |

**FAX FORM INSTRUCTIONS**

1. Enter Name & Facility
2. Copy Rx Info
   a. Sphere, Cyl & Axis
   b. Include +/-1
   c. Near Power if Bifocal
3. Enter Frame Info
   a. Style
   b. Size
   c. Color
4. Enter any Options
   Tint, Hardcoat
   Upgrade Lens Material
5. Enter Account Name & Address

**FAX TO or Contact us at:**

Correctional Eye Care Network Services
333 Hoosick Street
Troy, NY 12180

Phone: 518-270-5367

**FAX: 518-272-2032**

3.

| FRAME INFORMATION | | |
|---|---|---|
| STYLE | SIZE | COLOR |

4.

| LENS INFORMATION | | | |
|---|---|---|---|
| PLASTIC | POLY | PGX | HI IND |

HARDCOAT:     YES     NO

| COLORS |
|---|
| ROSE _____ %       PGX |
| GREEN _____ % |
| GRAY _____ %       TRANSITIONS |
| BROWN _____ % |
| SOLID-GRADIENT       U.V. |

| BILLING | |
|---|---|
| FRAME | |
| LENS | |
| METAL | |
| HARDCOAT | |
| PGX | |
| CASE | |
| | |
| | |
| SHIPPING | |
| TOTAL | |

5. Account Name: _____

   Address: _____

**NOTES/COMMENTS:**
**Austin White**
**Optometrist**

_VW 0576_

Brown,James
349-06-20801                                    07/01/07
Apply     twice a day.
Aplique     dos veces al dia.
DENTURE ADHESIVE CREAM 21 GM

1 x 21   g
                                               07/31/07

            10 DAY(S) SUPPLY

**Brown,James**                                VGP
349-06-20801                                   07/19/07
Take one capsule(s) by mouth once a day.
Toma una capsule(s) por boca una veces
al dia.
ESOMEPRAZOLE 40 MG DR CAP
6 x 40 mg

                                               08/02/07
            7 DAY(S) SUPPLY

**Brown,James**                                VGP
349-06-20801                                   07/24/07
Take two tablet(s) by mouth twice a day.
Toma dos tablet(s) por boca dos veces
al dia.
NAPROXEN 250 MG TABLET
16 x 250 mg

                                               07/28/07
            4 DAY(S) SUPPLY

JAMES BROWN                                    August 6, 2007

Prescriptions

Esomeprazole 40 mg ("Remiron") -prescribed by Mental Health

Naproxen 250 mg - prescribed for pain

Denture adhesive cream  21 gm for dental bridge



# PRISON HEALTH SERVICES
## _Contracted by_ NYC Department of Health and Mental Hygiene

### CERTIFICATION

I, Cyril Joseph, Assistant Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of, and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

BROWN, JAMES
_____
(Name of Patient)

349 08 20801
_____
( Book and Case Number)

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to make such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter.

The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

5/3/07
_____
(Date)

C. Joseph
_____
Cyril Joseph
Assistant Director of Medical Records

### DELEGATION OF AUTHORITY

I, **PETRINA MARINER**, Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, **CYRIL JOSEPH, Assistant Director of Medical Records,** of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature appears above is a responsible employee of this program. I hereby authorize him to certify records of this program as accurate and complete records of this program, such records having been made in the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

_____
**Petrina Mariner.**
**Director of Medical Records.**

**Rikers Island**

HEL

Search
Pre H&P
  Vitals
  Questions
  Labs and Tests
History
  Incarceration Hist.
  Allergies
  Childhood Illness
  Diabetes
  Tuberculosis
  HIV
  STDs
  Asthma
  Seizure
  Cardiology
  Female
  Surgery
  Drugs
  Alcohol
  Smoking
  Mental Health
Physical
  Gen Appearance
  Gen Appearance2
  Mental Status
  Miscellaneous
Problem List
  Problems
  Medications
  Allergies
Appointments
Labs
Alerts
Vaccinations
Printed Forms
Reports
Lab Printing
Unlock Labs
Logout

## PROBLEM LIST

| Patient Name: Brown, James | NYSID: 5513644R | Book & Case: --- | 349-06-20801 | D |

### Problem List and Assessment

|        | Type    | Problem                                   | Appt Type | Labs/Imaging | Medic: |
|--------|---------|-------------------------------------------|-----------|--------------|--------|
| Select | Medical | Smoker                                    |           |              |        |
| Select | Medical | smoker-educ                               |           |              |        |
| Select | Medical | carries-dental                            | Dental    |              |        |
| Select | Medical | s/p recent l chest stab,chest tube-stable |           |              |        |

1 2

Found 7 records

◉ Show outstanding   ◯ Show resolved   ◯ Show all

### Problem Detail

| Problem Type | Medical | • | Encounter Type | Fac... |
| Problem | | | Dr. |
| Assessment | Nonrestorable lul, rec extraction #30, u s with one, pho... consult written. PHH:REVIEWED. |

Lab/Image                                      Appt

Last Intake

| Last Intake |



**Rikers Island**                                                                                    HEL

Search
Pre H&P
  Vitals
  Questions
  Labs and Tests
History
  Incarceration Hist.
  Allergies
  Childhood Illness
  Diabetes
  Tuberculosis
  HIV
  STDs
  Asthma
  Seizure
  Cardiology
  Female
  Surgery
  Drugs
  Alcohol
  Smoking
  Mental Health
Physical
  Gen Appearance
  Gen Appearance2
  Mental Status
  Miscellaneous
Problem List
  Problems
  Medications
  Allergies
Appointments
Labs
Alerts
Vaccinations
Printed Forms
Reports
Lab Printing
Unlock Labs
Logout

## PROBLEM LIST

Patient Name: Brown, James          NYSID: 5513644R          Book & Case: ...   349-06-20801          D

### Problem List and Assessment

| Select | Type | Problem | Appt Type | Labs/Imaging | Medic... |
|---|---|---|---|---|---|
| Select | Medical | Smoker | | | |
| Select | Medical | smoker-educ | | | |
| Select | Medical | carries-dental | Dental | | |
| Select | Medical | s/p recent l chest stab,chest tube-stable | | | |

1 2 3 4

Found 16 records

◉ Show outstanding   ○ Show resolved   ○ Show all

### Problem Detail

Problem Type                                          Encounter Type

Problem

Assessment

Lab/Image                                              Appt

[ Last Intake ]

*(handwritten)* R.Z
SATTER
5|15|07

**NYC Health**

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

## PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Brown | James |

| Book & Case Number | NYSID Number |
|---|---|
| 349-06-20801 | 5513644R |

| DOB | ALLERGIES: NKA |
|---|---|
| 4/27/1968 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED | PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|---|---|
| Smoker | 11/22/2006 | hosp for drugs by mh for 1 day 10yrs ago | 11/22/2006 |
| smoker-educ | 11/22/2006 | | |
| carries-dental | 11/22/2006 | | |
| s/p recent l chest stab,chest tube-stable | 11/22/2006 | | |
| crack abuse-educ | 11/22/2006 | | |
| Dental | 2/23/2007 | | |
| Dental | 3/5/2007 | | |

| | | DATE ON | DATE OFF |
|---|---|---|---|
| Dental | 3/9/2007 | | |
| injury # 257 Fx front teeth | 4/12/2007 | | |
| Dental | 4/23/2007 | SUICIDE WATCH | |
| FGlast feet , request POD. | 4/23/2007 | | |
| Request mouth wash | 4/23/2007 | | |
| Dyspepsia | 4/23/2007 | | |

| | | SUICIDE RISKS | DATE LISTED |
|---|---|---|---|
| | | | |

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**

*Medically contraindicated if the patient has*    ☐ Asthma    ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**

*Medically contraindicated if the patient has ANY of the following conditions:*    (Check All That Apply)

☐ Pregnancy    ☐ Hypertension    ☐ Pace Maker    ☐ Asthma    ☐ Seizure    ☐ Diabetes    ☐ Cardiac Disease

☒ NO CONTRAINDICATIONS

Signature:    Peter Herz    Date:    11/22/2006

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 11/22/2006 | not produced, in court, r/s. read on 11/25/2006,result 00mm | 11/25/2006 | paraisrp |

| IMMUNIZATION | | DATE | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| PPD | 11/22/2006 | not produced, in court, r/s. read on 11/25/2006,result 00mm | | | | |
| RPR | 11/22/2006 | normal | | | | |
| Dipstick | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | pos coc | | | | |
| RPR | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | | | | | |
| HIV Rapid | 11/25/2006 | 2nd hiv decl | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - HIV Rapid Refused | 11/22/2006 | HIV Rapid Refusal | AMKC | |
| Dental - carries | 11/22/2006 | Dental | AMKC | |
| Medical Followup - f/u chest xray and rib series | 11/25/2006 | Abnormal Labs | AMKC | |
| Specialty - 2/6/07 | 2/7/2007 | Podiatry | WF | |
| Specialty - 2/23/07 | 2/28/2007 | Oral Surgery | OBCC | |
| Specialty - 2/23/07 | 3/9/2007 | Oral Surgery | OBCC | 3/19/2007 |
| Specialty - 3/9/07 | 3/13/2007 | Oral Surgery | OBCC | |
| Specialty - 3/9/07 | 4/12/2007 | Oral Surgery | OBCC | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MEDICATION LIST**

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| 1/31/2007 | Motrin - Tab - 400MG - 1 tab po bid | 2/4/2007 |
| 1/31/2007 | Pen-Vee K - Tab - 500MG - 1 tab po qid | 2/10/2007 |
| 2/2/2007 | Tramadol HCl - Tab - 50MG - BID | 2/6/2007 |
| 2/2/2007 | Imodium - Cap - 2MG - BID PRN | 2/5/2007 |
| 3/5/2007 | Amoxicillin - Cap - 500MG - tid | 3/9/2007 |
| 3/9/2007 | Clindamycin HCl - Cap - 150MG - 2 caps tid | 3/16/2007 |
| 3/23/2007 | Motrin - Tab - 400MG - 1 tab/BID | 3/27/2007 |
| 3/23/2007 | Peridex - Solution - 0.12% - QS/rinses/BID | 4/6/2007 |
| 4/23/2007 | Peridex - Solution - 0.12% - 10 cc po mouth wash bid | 4/30/2007 |
| 4/23/2007 | Nexium - Capsule - 40MG - 1 cap po od | 5/7/2007 |
| 4/23/2007 | Motrin - Tab - 400MG - 1 tab po bid pc prn | 4/26/2007 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 11/22/2006 | not produced, in court, r/s. read on 11/25/2006, result 00mm | 11/25/2006 | paraisrp |
| | | | |

| IMMUNIZATION | DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| PPD | 11/22/2006 | not produced, in court, r/s. read on 11/25/2006, result 00mm | | | | |
| RPR | 11/22/2006 | normal | | | | |
| Dipstick | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | pos coc | | | | |
| RPR | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | | | | | |
| HIV Rapid | 11/25/2006 | 2nd hiv decl | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - HIV Rapid Refused | 11/22/2006 | HIV Rapid Refusal | AMKC | |
| Dental - carries | 11/22/2006 | Dental | AMKC | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROBLEM LIST

| Patient's Last Name | First Name | |
|---|---|---|
| Brown | James | |

| Book & Case Number | NYSID Number | |
|---|---|---|
| 349-06-20801 | 5513644R | |

| DOB 4/27/1968 | ALLERGIES: NKA |
|---|---|

| CHRONIC MEDICAL PROBLEMS | DATE LISTED | PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|---|---|
| Smoker | 11/22/2006 | hosp for drugs by mh for 1 day 10yrs ago | 11/22/2006 |
| smoker-educ | 11/22/2006 | | |
| carries-dental | 11/22/2006 | | |
| s/p recent l chest stab,chest tube-stable | 11/22/2006 | | |
| crack abuse-educ | 11/22/2006 | | |
| | | | |

| | | | DATE ON | DATE OFF |
|---|---|---|---|---|
| | | SUICIDE WATCH | | |

| | | SUICIDE RISKS | DATE LISTED |
|---|---|---|---|

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**

*Medically contraindicated if the patient has*  ☐ Asthma  ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**

*Medically contraindicated if the patient has ANY of the following conditions:*    (Check All That Apply)

☐ Pregnancy  ☐ Hypertension  ☐ Pace Maker  ☐ Asthma  ☐ Seizure  ☐ Diabetes  ☐ Cardiac Disease

☒ **NO CONTRAINDICATIONS**

| Signature: | Peter Herz | | Date: | 11/22/2006 |
|---|---|---|---|---|

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 11/22/2006 | | | |
| | | | |
| | | | |

| IMMUNIZATION | | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| PPD | 11/22/2006 | | | | | |
| RPR | 11/22/2006 | normal | | | | |
| Dipstick | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | pos coc | | | | |
| RPR | 11/22/2006 | | | | | |
| Drug Urine Screen | 11/22/2006 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - HIV Rapid Refused | 11/22/2006 | HIV Rapid Refusal | AMKC | |
| Dental - carries | 11/22/2006 | Dental | AMKC | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



## MEDICATION LIST

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |





**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

**INTAKE**
**HISTORY AND PHYSICAL EXAM**

PLACE MEDICAL LABEL HERE

| PATIENT'S LAST NAME | FIRST NAME |
|---|---|
| Brown | James |

| BOOK & CASE NUMBER | NYSID NUMBER | DOB | IS PATIENT EMANCIPATED? |
|---|---|---|---|
| 349-06-20801 | 5513644R | 4/27/1968 | ☒ YES  ☐ NO |

| DATE 11/22/2006 | TIME 02:32 ☐ AM ☒ PM | FACILITY AMKC | HAVE YOU PREVIOUSLY BEEN INCARCERATED? ☒ YES ☐ NO<br>If yes, where? ☒ RIKERS ☐ ELSEWHERE N/A<br>If yes, when? 11/2006 | DO YOU HAVE MEDICAID OR ANY HEALTH INSURANCE? ☐ YES ☒ NO<br>WHERE DO YOU CURRENTLY GET MEDICAL CARE?<br>none |
|---|---|---|---|---|

| 1. DO YOU HAVE ANY ALLERGIES?<br>☐ YES ☒ NO | Reaction Type<br>☐ HIVES ☐ RASH<br>☐ SOB ☐ ANAPHYLAXIS<br>☐ DON'T KNOW | ALLERGIES TO MEDICATIONS?<br>N/A<br>OTHER?<br>N/A | 2. HAVE YOU EVER HAD CHICKEN POX?<br>☒ YES ☐ NO<br>☐ DON'T KNOW | 3. HAVE YOU EVER HAD HIGH BLOOD SUGAR OR DIABETES?<br>☐ YES ☒ NO<br>IF YES, CURRENT MEDICATIONS?<br>☐ YES ☒ NO<br>(List on Page 2) | FINGER STICK (ON ADMISSION)<br>N/A |
|---|---|---|---|---|---|

| 4. EVER HAD A +TST?<br>☐ YES ☒ NO ☐ DON'T KNOW<br>DATE OF LAST TB SKIN TEST:<br>N/A<br>RESULT:<br>☐ POS ☒ NEG ☐ DON'T KNOW | EVER GIVEN INH?<br>☐ YES ☒ NO<br>How long taken? N/A<br>What country were you born in?<br>N/A<br>Have you ever been homeless or lived in a homeless shelter? ☐ YES ☒ NO | HAVE YOU EVER HAD TB?<br>☐ YES ☒ NO<br>Where diagnosed?<br>N/A<br>Age of Onset? N/A | Do you have?<br>Weight loss ☐ YES ☒ NO<br>Night Sweats ☐ YES ☒ NO<br>Fever ☐ YES ☒ NO<br>Cough > 2 Wks ☐ YES ☒ NO<br>Malaise/Fatigue ☐ YES ☒ NO | Chest X-ray done?<br>☐ YES ☒ NO<br>If yes,<br>☐ Normal ☐ Abnormal<br>N/A<br>When? _____ | Current and Past TB Medications Taken?<br>N/A<br>How long taken?<br>N/A |
|---|---|---|---|---|---|

| 5. HAVE YOU EVER HAD: | | HAVE YOU EVER HAD: | | Do you have HIV Infection or AIDS? |
|---|---|---|---|---|
| ● Multiple Sex partners? ☒ YES ☐ NO<br>● Unprotected sex? ☒ YES ☐ NO<br>● Sex with substance abusers? ☒ YES ☐ NO<br>● Same sex relationship? ☐ YES ☒ NO<br>● Injection Drug Use? ☐ YES ☒ NO | | ● Syphilis? ☐ YES ☒ NO ● Gonorrhea? ☒ YES ☐ NO<br>● Chlamydia? ☐ YES ☒ NO ● Hepatitis A? ☐ YES ☒ NO<br>● Hepatitis B? ☐ YES ☒ NO ● Hepatitis C? ☐ YES ☒ NO<br>Any current tx? ☒ YES ☐ NO | | ☐ YES ☒ NO<br><br>(If yes, complete HIV Flow Sheet) |

| 6. RAPID HIV TEST | REASONS FOR DECLINING RAPID HIV TEST | HIV Ab Testing done? | Viral Load ☐ YES ☒ NO |
|---|---|---|---|
| ☐ Wants Rapid HIV Test<br>☒ Declines HIV Testing<br>☐ Undecided<br>☐ Confirmatory<br>☐ Retest | ☐ Known HIV Positive<br>☐ Prefer Conventional Test<br>☒ Had Negative HIV Result, < 3 months ago<br>☐ Not Ready to get test results today<br>☐ Don't want test now/today<br>☐ Other | ☒ YES ☐ NO<br>When?<br>11/2006 | # N/A<br>When? N/A<br>Latest T-Cell (CD4)<br># N/A<br>When? N/A |

| 7. EVER HAD ASTHMA?<br>☐ YES ☒ NO<br>If yes, Current Medications?<br>☐ YES ☒ NO<br>(List in Page 2) | Last ER Visit? N/A<br>Last Attack? N/A<br>Ever Admitted? ☐ YES ☒ NO | Ever Intubated?<br>☐ YES ☒ NO<br>When?<br>N/A | 8. EVER HAD A SEIZURE?<br>☐ YES ☒ NO<br>If yes, Current Medications?<br>☐ YES ☒ NO<br>(List on Page 2) | Last Seizure?<br>N/A | 9. EVER HAD HYPERTENSION?<br>☐ YES ☒ NO<br>If yes, Current Medications?<br>☐ YES ☒ NO<br>(List in Page 2) |
|---|---|---|---|---|---|

| 10. DO YOU HAVE:<br>☐ PND ☐ SOB<br>☐ Palpitations ☐ DOE<br>☐ Pedal Edema ☒ N/A | Chest Pain?<br>☐ YES ☒ NO<br>When? N/A | Syncope?<br>☐ YES ☒ NO<br>When? N/A | Family history of sudden death under age 55?<br>☐ YES ☒ NO | Ever had Heart Disease?<br>☐ YES ☒ NO | Ever had a heart attack?<br>☐ YES ☒ NO<br>When? N/A |
|---|---|---|---|---|---|

| 11. HAVE YOU RECENTLY DELIVERED A BABY? ☐ YES ☐ NO ☒ N/A<br>● IF YES, WITHIN THE LAST SIX (6) WEEKS? ☐ YES ☐ NO ☒ N/A<br>● ARE YOU PREGNANT? ☐ YES ☐ NO ☐ Don't know ☒ N/A<br>● DATE OF LAST MENSTRUAL PERIOD: ☒ N/A | 12. HAVE YOU HAD A MAMMOGRAM IN THE LAST 12 MONTHS?<br>☐ YES ☐ NO ☒ N/A<br>If yes, when? N/A | 13. HAVE YOU HAD A PAP SMEAR IN THE LAST 12 MONTHS?<br>☐ YES ☐ NO ☒ N/A<br>If yes, when? N/A |
|---|---|---|

**If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.**

Brown, James - 349-06-20801

| 14. DO YOU USE DRUGS?<br>☒ YES  ☐ NO | When last drug use?<br>11/04/2006 | Drugs used: ☐ HEROIN   ☐ BARBITURATES   ☐ MARIJUANA   ☒ CRACK<br>☐ COCAINE   ☐ CRYSTAL METH   ☐ METHADONE |
|---|---|---|
| DRUG AMOUNT: $300/day. | | ☐ OTHER: N/A |

| 15. ARE YOU CURRENTLY IN A METHADONE PROGRAM?<br>☐ YES  ☒ NO | Where? N/A<br><br>Dose N/A | 16. DO YOU USE ALCOHOL?<br>☐ YES  ☒ NO<br><br>AMOUNT: N/A | Have you considered cutting down drinking?   ☐ YES ☒ NO | When last drink?<br>N/A |
|---|---|---|---|---|
| | | | Annoyed by people asking about your drinking? ☐ YES ☒ NO | |
| | | | Ever had guilty feelings about your drinking?   ☐ YES ☒ NO | |
| | | | Ever needed a drink as an "eye opener"?   ☐ YES ☒ NO | |

| 17. DO YOU SMOKE?<br>☒ CURRENT  ☐ FORMER<br>☐ NEVER  ☐ NOT ASSESSED | 18. HISTORY OF DENTAL PROBLEMS (pain, missing teeth, etc)<br>☒ YES  ☐ NO<br>IF YES, EXPLAIN   carries | 19. HISTORY OF HOSPITALIZATION<br>☒ YES  ☐ NO<br>IF YES, DESCRIBE   knife wound- l chest tube-10/2006-St Vincent |
|---|---|---|

| 20. ANY ADDITIONAL MEDICAL PROBLEMS?<br>☐ YES  ☒ NO | List<br>N/A |
|---|---|

| 21. TREATED OR HOSPITALIZED FOR NERVOUS / MENTAL PROBLEMS?<br>☒ YES  ☐ NO<br>When? 1996 | Where? BVH<br><br>Why?   drugs | 22. ARE YOU TAKING MEDICATION FOR NERVES/MENTAL PROBLEMS?<br>☐ YES  ☒ NO | Medications / Dosage:<br>N/A |
|---|---|---|---|

| 23. HAVE YOU TRIED TO HURT OR KILL YOURSELF?<br>☐ YES  ☒ NO<br>When?<br>N/A | How? N/A<br><br>Why? N/A | 24. HAVE YOU EVER BEEN ASSAULTED (SEXUALLY/PHYSICALLY)?<br>☒ YES  ☐ NO | 25. IN THE PAST YEAR, HAVE YOU OR YOUR CHILDREN BEEN HIT, HURT, OR THREATENED BY AN INTIMATE PARTNER?<br>☐ YES  ☐ NO  ☒ N/A<br>If yes, do you want to talk with someone about this?<br>☐ YES  ☐ NO  ☐ N/A<br>*(If yes, STEPS Referral)* |
|---|---|---|---|

| 26. HAVE YOU BEEN CHARGED WITH A VIOLENT ACT (RAPE, ASSAULT)?<br>☐ YES  ☒ NO<br>CHARGES REVIEWED?<br>☒ YES  ☐ NO | 27. HAVE YOU HURT ANYONE WHEN YOU WERE ANGRY OR UPSET?<br>☒ YES  ☐ NO | When? 2005<br><br>Who? jail fight | How? fists<br><br>Why? was jumped |
|---|---|---|---|

| 28. FAMILY HISTORY OF MENTAL ILLNESS?  ☐ YES  ☒ NO<br>If Yes, List Who:<br>N/A | 29. FAMILY HISTORY OF SUICIDE?  ☐ YES  ☒ NO<br>If Yes, List Who:<br>N/A |
|---|---|

| 30. HAVE YOU EXPERIENCED ANY RECENT LOSSES? (i.e., death, employment, relationships, etc)<br>☐ YES  ☒ NO | Explain<br>N/A |
|---|---|

**SUMMARY OF CURRENT MEDICATIONS** *(Please List)*

N/A

| COMPLETED BY *(Print Name)*   Peter Herz | REVIEWED BY:  Peter Herz | | |
|---|---|---|---|
| Peter Herz | Physician | 11/22/2006 | 4:36 PM |
| Electronic Signature of person completing form | | Date | Time |

**If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.**

**NYC Health**

**DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

## PHYSICAL EXAMINATION

| Patient Last Name | | | First Name | | | |
|---|---|---|---|---|---|---|
| Brown | | | James | | | |

| Ht | Wt | Temp | Pulse | RR | Peak Flow | BP |
|---|---|---|---|---|---|---|
| 5' 10" | 210 | 96.5 | 76 | 14 | | 90 / 62 |

**VSS Taken by (Full Name)**  Christopher Pridgen

**Electronic Signature**  Christopher Pridgen

---

### GENERAL APPEARANCE: (Include body habitus, nutritional status, and state of distress.)
wdwn

| HEENT | | Describe |
|---|---|---|
| ☒ NL | ☐ Scalp lesions | N/A |
| ☐ Traumatic | ☐ Abnormal Pupils | |
| ☐ Lacerations | ☐ Conjunctivitis | |
| ☐ Icteric | ☐ Pale sclera | |
| | ☐ Other | |

| SKIN | | Describe |
|---|---|---|
| ☐ NL | ☐ Jaundice | see chest |
| ☐ Rash | ☐ Tattoos | |
| ☐ Lesions | ☐ Tracks | |
| ☐ Scars | ☐ Other | |

| ORAL CAVITY | | Describe |
|---|---|---|
| ☐ NL | ☒ Filled cavities | carries |
| ☐ Lesions | ☐ Dentures loose | |
| ☐ Swellings | ☐ Missing teeth | |
| | ☐ Other | |

| BREASTS | | Describe |
|---|---|---|
| ☒ NL | ☐ Discharge | N/A |
| | ☐ Masses | |
| | ☐ Other | |

| CHEST | | Describe |
|---|---|---|
| ☐ NL | ☐ Rubs | good bilat bs- l ant scar-stab and l |
| ☐ Wheezes | ☐ Rhonchi | nidaxillary chest tube scar |
| ☐ Rales | ☒ Other | |

| HEART | | Describe |
|---|---|---|
| ☐ NL / RRR | | N/A |
| ☐ Murmur | ☐ Gallop | |
| ☐ Rub | ☐ Other | |

| FUNDUS | OTOSCOPIC | | LYMPH NODES | | Describe | NECK THYROID | |
|---|---|---|---|---|---|---|---|
| ☒ Normal  ☐ Not Visualized  ☐ Other | ☒ NL Canal  ☐ Cerumen<br>☒ NL TM  ☐ Abnl | | l tot cnl | | | ☒ NL  ☐ Carotid Bruit<br>☐ Thyroid enlargement/mass | |

| ABDOMEN | | Describe |
|---|---|---|
| ☒ NL | ☐ Ascites | N/A |
| ☐ Tenderness | ☐ Other | |
| ☐ Hypo/Hyperactive Bowel sounds | | |
| ☐ Organomegaly | | |

| GENITALIA | | Describe |
|---|---|---|
| ☒ NL | ☐ Lesions | ext male |
| ☐ Sores | ☐ Warts | |
| ☐ Discharge | ☐ Other | |

| PELVIC EXAM (Adnexa, Uterus) | | Describe |
|---|---|---|
| ☒ N/A | ☐ Refused | N/A |
| ☐ NL | ☐ Adnexal Mass | |
| ☐ Discharge from Cervix | ☐ Tenderness | |
| ☐ Uterine Mass | ☐ Other | |

| PAP SMEAR | | Describe |
|---|---|---|
| ☐ Performed | ☒ Refused  N/A | |
| ☐ Chlamydia/Gonorrhea Test | ☐ Deferred | |
| ☐ Culture | | |
| ☐ Other (Describe) | | |

| RECTAL | | Describe |
|---|---|---|
| ☐ NL | ☒ Not Indicated PT less than 40 yrs old | N/A |
| ☐ Hemorrhoids | ☐ Sores | |
| ☐ Fissures | ☐ Refused | |
| ☐ Warts | ☐ Other | |

| EXTREMITIES | | Describe |
|---|---|---|
| ☒ NL | ☐ Pulse | N/A |
| ☐ Edema | ☐ Clubbing | |
| ☐ Cyanosis | ☐ Other | |

---

### MENTAL STATUS

| ORIENTATION TO | PSYCHOMOTOR | SPEECH | MOOD | AFFECT | THOUGHT PROCESS | ANY PROBLEMS WITH SLEEP OR APPETITE OR ANY FEELINGS OF HOPELESSNESS OR BEING WORTHLESS? |
|---|---|---|---|---|---|---|
| ☒ Time | ☒ WNL | ☐ Coherent | ☒ Euthymic  ☐ Irritable | ☒ Appropriate to mood | ☒ Logical | |
| ☒ Place | ☐ Retardation | ☐ Incoherent | ☐ Anxious  ☐ Elated | ☐ Inappropriate to mood | ☐ Illogical | ☐ YES  ☒ NO |
| ☒ Person | ☐ Agitation | ☒ Normal Rate | ☐ Depressed  ☐ Angry | ☐ Labile | ☒ Relevant | N/A |
| | | ☐ Pressured | ☐ Embarrased/Humiliated | | ☐ Irrelevant | |
| | | ☐ Spontaneous | | | | |

| SUICIDAL IDEATION? ☐ YES  ☒ NO | HOMICIDAL IDEATION? ☐ YES  ☒ NO |
|---|---|
| N/A | N/A |

| DELUSIONS | HALLUCINATIONS  Does patient exhibit any? | DOES PT EXHIBIT ANY SIGN OF GROSS MENTAL RETARDATION? |
|---|---|---|
| ☒ None  ☐ Grandiose (Do you have special abilities or features?) | ☒ None | |
| ☐ Persecutory (Do you think anyone is plotting against you?) | ☐ Auditory | ☐ YES  ☒ NO |
| ☐ Somatic  ☐ Other | ☐ Visual | |

**NEUROLOGIC (Sensory, Motor, DTR, Gait, Cerebellar, Cranial Nerves)**  DESCRIBE (If abnormal, give details in assessment)
No neurological deficit

---

**If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.**

CHS-283 (Rev. 06/06)

Brown, James- 849-06-20801

## ADDITIONAL COMMENTS (Please Include Question Number with each Additional Comments Section)

| ASSESSMENT | PLAN |
|---|---|
| smoker-educ | stable |
| carries-dental | stable |
| s/p recent l chest stab,chest tube-stable | good-bilat bs,sutures are out-f/u prn |
| track abuse-educ | stable |
| Smoker | Current Smoker - Patient Educated |

**DISPOSITION**

☐ TST Criteria Indicated:  ☐ YES  ☒ NO

☐ Medical Isolation Reason:
N/A

☐ Detox
N/A

**HOUSING :**  ☒ GP  ☐ CDU
☐ INFIRMARY  ☐ C-71  ☐ MO
☐ OTHER:

**CONSULTS:**  ☐ URGICARE
☐ ER/HOSPITAL  ☐ MH EMERGENCY
☐ MH ROUTINE  ☐ OTHER:

**BROCHURES GIVEN?**
REACH HIV-STD  ☒ YES  ☐ NO
Health Information  ☒ YES  ☐ NO
Dental Brochure  ☒ YES  ☐ NO

| ELECTRONIC SIGNATURE | DATE/TIME |
|---|---|
| PRINT NAME | TITLE |

**REVIEWED BY:**

| PRINT NAME | SIGNATURE | DATE/TIME |
|---|---|---|

**Please use the Additional Comments area on the top of this page for any "YES" question requiring additional space.**

NYC
Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

## NOTIFICATION OF PATIENT NEED FOR AIR CONDITIONED HOUSING

**PATIENT NAME:** _Brown James_

**BOOK AND CASE NO.:** _349062 08 01_    **FACILITY:** _ORVC_

### TO BE USED WITH ALL PATIENTS TO SCREEN AND INDICATE WHERE APPLICABLE

❑ Sickle Cell Disease

❑ ≥ 65 Years

❑ Parkinson's Disease

❑ Documented Hx of hospitalization for heatstroke

❑ Requires Infirmary Care

❑ Type I or Type II Diabetes, ≥ 60 Years

❑ Hx of congestive heart failure or myocardial infarction

❑ Dementia (documented diagnosis of dementia)

❑ Depression (active major depressive episode)

❑ Mental Retardation (Significantly sub average intellectual functioning with impairments in present adaptive functioning)

❑ Suicidal Tendencies (Suicide Watch)

❑ Appears Confused (Patient is determined by medical clinician/psychiatrist to be incapable of self-managing during periods of high heat because of his/her mental status)

❑ Antiparkinsonian Agents
  • Benztropine; Trihexyphenidyl

❑ Calcium Channel Antagonists
  • Amlodipine; Diltiazem; Nifedipine; Verapamil

❑ Beta-adrenergic Antagonists
  • Metoprolol; Atenolol; Propranolol

❑ Diuretics
  • Furosemide; Hydrochlorothiazide

❑ Lithium

❑ Antipsychotics
  • Chlorpromazine (Thorazine); Fluphenazine (Prolixin); Haloperidol (Haldol); Thioridazine (Mellaril); Thiothixene (Navane); Mesoridazine (Serentil)

❑ Other (Explain):
_____
_____

(Issues to be considered include sickle cell trait, current symptoms of illness, or a combination of drugs raising the risk of heart-related illness. DOC confers the authority upon clinicians to request transfers of air conditioned beds on a case-by-case basis.)

_____
**Clinician Signature**

Claude J. Pernier, MD
_04/07/07  7:32a_
**Clinician Print Name / Date / Time**

**If M.O. Housing Required:**

_____
**Facility Name**

**Check One:**

Dorm: _____    Cell: _____

_____
**DOC SIGNATURE/SHIELD NUMBER**

_____
**DATE**

CHS 205 (Rev. 6/06)    **MEDICAL RECORD COPY**



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## HIV PRE/POST TEST COUNSELING TRACKING FORM

| PATIENT'S LAST NAME | FIRST NAME | DATE OF BIRTH |
|---|---|---|
| Brown | James | 4/27/1968 |

| BOOK AND CASE | NYSID | ☒ MALE ☐ FEMALE | FACILITY | TOUR |
|---|---|---|---|---|
| 349-06-20801 | 5513644R | | AMKC | 8-4 |

| ADMISSION DATE | ZIP CODE | COUNTRY OF ORIGIN |
|---|---|---|
| 11/21/2006 | | ☐ USA  ☐ OTHER WHERE? |

**RACE/ETHNICITY:** ☐ WHITE, NON-HISPANIC  ☒ BLACK, NON HISPANIC  ☐ HISPANIC  ☐ ASIAN/PACIFIC ISLANDER  ☐ NAT

**PRIOR HIV TESTING:** ☒ YES  ☐ NO   When? 3 whs ago   Where? Clinic

**PATIENT'S DECISION:** ☐ Agrees to Rapid HIV Testing  ☒ Declines Rapid HIV Testing  ☐ Undecided
☐ Confirmatory  ☐ Retest

**REASONS FOR DECLINING TEST:** ☐ Known HIV Positive  ☒ HIV Negative Result < 3 months  ☐ Prefer Conventional Test
☐ Not Ready to get test results today  ☐ Don't want test now/today
☐ Other (specify): _____

Time Counseling Started: _____   Time of Finger Stick: _____
Time Results Available: _____   Post Test Completed: _____
Rapid HIV Test:   Lot#: _____   Expiration Date: _____

**RAPID HIV TEST RESULT:** ☐ Negative (Non-Reactive)   ☐ Positive (Preliminary)   ☐ Invalid
☐ Confirmatory Blood Drawn   Specimen #: _____

### HIV RISK FACTORS

☐ (a) Unprotected Sex w/Male   ☐ (b) Unprotected Sex w/Female   ☐ (c) Injection Drugs
☐ (d) STD Diagnosis   ☐ (e) Sex Partner IDU   ☐ (f) Sex Partner HIV
☐ (g) No Risk Acknowledged   ☐ (h) Unknown   ☐ (i) Other

### REASON FOR CONTACT

☐ PRE-TEST  ☐ SUPPORTIVE COUNSELING  ☒ FOLLOW-UP  ☐ POST TEST COUNSELING
☐ POST TEST SESSION/RESULT NOT AVAILABLE  ☐ REPEAT TEST

### PRENATAL

**PREGNANT:**   YES ☐   NO ☐   HOW FAR INTO PREGNANCY? _____

SCHEDULED TO RETURN TO CLINIC. _____

COUNSELOR/NURSE NAME _____
PRINT NAME

(One Copy for Chart)          (One Copy for Counselor)          (One Copy for Tracking)
11/22/2006 12:51:27 PM



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

## PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Brown, James

349-06-20801, 5513644R

4/27/1968, M

| DATE | OBSERVATIONS |
|------|--------------|
| 5/21/07 GRVC 7:15 pm | Nurse Note S. 5 complaints O. Brought to clinic for F/U BP BP was 140/98 this evening. A. none at this time. P. Presently back in housing area — Richards Rn |
| 5/22/07 GRVC 5:29 p | MD note Re: Bing Rounds Requesting med for headache, dentist exam and optometry exam — because of blurry vision MD: motrin ordered on 5/22/07 for headache was referred to oral surg by Dentist on 4/23/07 and per documentation did not show on 5/8/07 ① Resubmit consult to ORAL Surg ② Refer to Optometrist Dr. Rhonald Hyngman, MD PLAN NOD |
| 5/24/07 | Pt was seen 5/23/07 Medical problem ordered - f/u in clinic complaints |

CHS 288 (Rev 9/05)



NYC Health
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

BROWNS JAMES
349 06 20801

| DATE | OBSERVATIONS |
|------|--------------|
| 5/22/07 | [illegible handwritten clinical notes] |
| | |
| | |
| | Thomas Schwaner, PA |
| 5/2/07 | Patient requesting motrin for pain |
| | Dr. Ronald Hyndman, MD |
| | [illegible] client reviewed. Pt has motrin order. |
| | [illegible signature] |
| 05/30/07 | [illegible clinical notes] |
| 12:40 | Jane Sanjose, MD |
| | |
| | Roberto DeGuzman, M[ ] |



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Brown Jame
349 062080
DOB 04/27/68

| DATE | OBSERVATIONS |
|------|-------------|
| 05/7/07 | Big Arm |
|  | S° I Need eye doctor for reading glass |
|  | I Need tylenol at ting for mild |
|  | front al "Headache" |
|  | Patient gives RX _____ |
|  | B optometry consult |
|  | Tylenol 650 mg (2 tabs oral PRN × 3 dy) |
|  | BP check Mon 05/21/07 |
|  | Edger Roche RPA |
|  | Roberto DeGuzman M.D. 05/21/07 |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

*Brown James*
*34906 20801*

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 05/16/07 11:15 A | Being fed — required frequent — suctioned 5/15/07 |
| | *Roberto DeGuzman, M.* |
| GNVC 5/17/07 10:30 A | **NURSING LABS** <br> S: Follow-up specimen collection. *h. Pylori* <br> O: Specimen collected for ____ <br> A: Specimen collection completed/not complete. <br> P: Labs pending. F/U MD/PA ____ <br> Sig: C Smolinski    (Date) 5/17/07 |
| GNVC 5/17/07 10:30 p | Pt to Clinic for BP ✓. Pt AtoX 3 - Ambulates c steady gait. BP = 110/68  P = 74  R - 18 even/unlabored. Ø Complaints offered. Denis c/i, SOB, Dizziness or Nv. Flu as needed. C Smolinski RN |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

### TRANSFER CHART REVIEW

Brown James # 349 06 20801

| DATE | | OBSERVATIONS | | |
|---|---|---|---|---|
| 4 6 07 | NEW FACILITY: GRVC | | PREVIOUS FACILITY: AMKC | |
| TIME: 11.10 pm | DOC ADMISSION DATE: 11/21/06 | | | |
| INTAKE | NURSING REVIEW | INTAKE HISTORY & PHYSICAL DOCUMENTED | [ ]YES [ ]NO | |
| RPR RE | | RPR RESULTS  11/23/06 | [ ]POS [✓]NEG | |
| U/A RES | | UA RESULTS  11/22/06 | [ ] POS [✓]NEG | |
| PPD RE | | PPD RESULT  11/25/06 | [ ] POS [✓]NEG | |
| CCCC | | CXR RESULT IN CHART | [ ]YES [ ]NO [✓]NA | |
| NURSIN | NURSING FOLLOW-UP SCHEDULED: [✓]N/A  [ ]YES, FOR | | F/U DATE: | |
| PRIORIT | PRIORITY CHART FOR CLINICIAN: [✓]NO  [ ]YES, REASONS: | | | |
| | IF YES, CHART GIVEN TO: | | | |
| COMPL | COMPLETED BY: (signature)  PRINT/STAMP: Constance Van-Lare, RN-PD  DATE: 4/6/07 | | | |

4 07 07
MD/PA REVIEW
TIME: 7.00 (signature)

ALLERGIES: [✓]NONE  [ ]YES

MEDICAL PROBLEMS REQUIRING FOLLOW-UP: [ ]NONE [✓]YES          FOLLOW-UP TYPE & DATE:

1. Depression                    4. MH F/U
2. Edentulous Loose Teeth        5. Dental F/U
3. Root Tip                      6. Podiatry

LAB/XRAY FOLLOW-UP: [✓]NONE  [ ]YES:

MEDICATIONS RE-WRITTEN (TRANSFERS FROM VCBC, NIC, CDU ONLY): [ ]N/A  [ ]YES, LIST:

CONSULTS RE-WRITTEN (IF PAST DUE OR NO RECORD IN CHART) [✓]N/A  [ ]YES:

DIETARY CONSULT WRITTEN:  [✓]N/A  [ ]YES:

MENTAL HEALTH F/U:  [ ]N/A  [✓]YES, ROUTINE CONSULT  [ ]YES, STAT CONSULT

PATIENT CALLED TO CLINIC: [✓]N/A  [ ]YES (SEE PROGRESS NOTE)

DISPOSITION:  [✓]GP  [ ]DETOX  [ ]MO  [ ]INF  [ ]CDU  [ ]ER  [ ]URGI

OK FOR FOOD HANDLERS CERTIFICATE  [✓]YES [ ]NO, REASONS:

HEAT SENSITIVE HOUSING  [ ] YES  [✓]NO

COMPLETED BY (signature)  PRINT/STAMP  Claude J. Pernier, MD  DATE 4/07/7

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT



## CORRECTION DEPARTMENT
## CITY OF NEW YORK
### TRANSFER IDENTIFICATION FORM

OPERATIONS
SECURITY UNIT

FORM PD OSU 14
REV. 3/16/90
REF. OP. ORDER #25/90



| TRANSFER COMMAND:<br>**GMDC** | RECEIVING COMMAND:<br>OBCC | DATE:<br>03/26/2007 |
|---|---|---|

INMATE'S NAME
**BROWN , JAMES**

BOOK AND CASE NUMBER:
**349-06-20801**

CHECK APPROPRIATE BOX                                   CL. 17                                      6 UPPER

☒ GENERAL SECURITY TRANSFER                  ☐ ADMINISTRATIVE/PC TRANSFER

☐ CMC/MAXIMUM SECURITY TRANSFER          ☐ OTHER (PLEASE SPECIFY BELOW

☐ OSU/OPERATIONS DIVISION TRANSFER          OSU NUMBER _____ (IF AVAILABLE)

☐ TRANSFER RE: SERIOUS INCIDENT               INFRACTION NUMBER _____ (IF AVAILABLE)

INJURY REPORT NUMBER _____ (IF AVAILABLE)

**DESCRIPTION (PROVIDE BREIF REASON OR INCIDENT INFORMATION INIATING THIS TRANSFER)**

## SWAP WITH OBCC FOR INMATE:  MITCHELL , JEROME # 541-07-00225 CL. 17

### NAMCU #  14449

| TRANSFER<br>FACILITY<br>NOTIFICATION | NAME OR PERSON NOTIFIED IN RECEIVING FACILITY:<br>**OHARA # 401** | TITLE:<br>**CAPT.** | DATE:<br>03/26/07 | TIME:<br>1400 |
|---|---|---|---|---|

| VERIFICATION<br>INFORMATION | FROM PREPARED BY(Print Name, Rank, Shield Number):<br>**R.WASHINGTON # 11579** | **CORRECTION OFFICER** |
|---|---|---|
| | PRINT NAME OF DW FOR SECURITY (OR DESIGNEE)<br>**MCCOMBS   CAPT. # 1040** | DW(OR DESIGNEE) SIGNATURE |

SPECIAL INSTRUCTIONS: This form is not to be used for either <u>NEW ADMISSIONS OVERFLOW OR OVERLOAD</u>
<u>TRANSFERS.</u> The only transfers to be documented on this form are listed above, or any other security related
Transfers. If this transfer is due to a serious incident, indicate infraction and / or injury report number if any. If this
Transfer / was ordered by OSU  / Operations Division, indicate the OSU number if available.

DISTRIBUTION: ORIGINAL – Attached to Accompanying Card of inmate.
     Copy – To Deputy Warden – Security, Transferring facility
     Copy – To OSU/Operations Division (if this was an OSU/Oper. Div. Transfer only)



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

BRoWN Jame
349 0620 80/
DoB 04/27/68

| DATE | OBSERVATIONS |
|------|-------------|
| 05/15/07 CMC 12⁰⁰ Pm | By Round |
| | S⁰ Renew my Medication for Acid |
| | "I Need Tylens for H/A" → 3/10" |
| | FAN HN ATT |
| | ① Nexium 40 mg [ 0 Q D X 14 dy |
| | 1⁵ᵗ futuri AS [ BP check for 05/17/07 |
| | Tylend 650 mg [ 0 bid or PRN X 3 dy |
| | Edzer Roche, RPA |
| | Roberto Bockingham |
| | 05/15/07 |

CHS 288 (Rev 3/05)



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

BROWN, JAMES
349 06 20 801

| DATE | OBSERVATIONS |
|------|--------------|
| 4/26/07 | BING ROUNDS THIS AM |
| GRVC 5 | REFUSING OBCC W.F. |
| 1:15 pm | ALREADY SEEN ON N.U. |
| | O) ORIENT x 3 FULL RANGE AFFECT |
| | A) REFUSING OBCC ORAL SURGERY |
| | P) UNDERSTANDS ↑ RISK PAIN MORBIDITY / MORTALITY |
| | FROM INFECTION / MD PA EVAL IF ILL PER UNDERSTANDS |
| | Thomas Schwaner, PA |
| 4/28/07 | Bing |
| C73 | Patient requesting to see the eye doctor for |
| 11am | reading glasses. no distress. Able to |
| | perform his daily activities without distress. |
| | A/p- Optometrist Consult submitted |
| | Larry Blackman, PA |
| 05/14/07 | Asking for "dental bridge." |
| GRVC | Plan: Dental Consult |
| 11 pm | Roberto deGuzman, MD       Edwardo Cochran, RPA |



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Brown, James

349-06-20801, 5513644R

4/27/1968, M

| DATE | OBSERVATIONS |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

CHS 288 (Rev 9/05)



**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 04/23/07 8am 3:21 | *[handwritten clinical notes, largely illegible]* |
| 7/9/7 CRVC | Dr. _____ result for confirm — no _____ |

*[signatures:]* Valsa Madhava, MD    Roberto DeGuzman, MD

CHS 288 (Rev 3/05)

**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Brown, James
349 06 20801

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 4/9/07<br>GRVC<br>1:30 pm | Clinical Supervisor's Note<br>Pt. is a recent transfer-in to GRVC w/ hx of MH contact. Pt. was seen for c/o depression + report of AH on 12/2/06 related to death in family. Pt. also has significant substance abuse hx. Remeron was started on 12/2/06 but D/C'ed on 12/7/06, and case was closed as there was no verification of h/o MH tx. Pt. not in distress, + not invested in MH tx. Pt. seen again by clinician today + viewed as stable + not in need of MH services. Case will remain closed for MH f/u.<br><br>David Jurich, PhD<br>Clinical Supervisor |
| 4/20/07<br>5 pm<br>GRVC | Clinical Supervisor's Note<br>Chart reviewed for CPSU clearance. Although pt's case was closed in Dec '06 due to suspected malingering of psychiatric symptoms, he will be cleared for MHAUII housing rather than regular CPSU for closer monitoring + evaluation given his report of past AH + a past hanging attempt. Pt. will be assigned to Clinician upon movement to MHAUII unit.<br><br>David Jurich, PhD<br>Clinical Supervisor |

CHS 288 (Rev. 3/05)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

Brown, James
349.06.20801

| DATE | OBSERVATIONS |
|------|-------------|
| 4/5/07 OBCC 11 Am | PA note. Injury |
| | Pt seen after he was in a use of force. |
| | Pt is alert & oriented x-3 in NAD |
| | T98.6, P82, R16  B/P 110/76 |
| | Oral: front teeth are loose and push back |
| | Lungs clear    Heart S1 S2 |
| | Abd. soft, soft, non-tender no mass ABS |
| | Ext full ROM no edema no discoloration or swelling |
| | CN II to XII intact. No sensory or motor loss. reflex 2+ |
| | A: Pts front teeth are loose. |
| | P: Dental Clinic ASAP |
| | ~~Ron Williams, P.~~ Ron Williams, P |
| 4/9/07 GRVC 6P 10:15 AM | MH note: |
| | Pt seen on med referral. Pt reports no distress & currently not prescribed psychotropic medication. Pt denies s/i idiation. Also nulls a psychosis. On pt per chart review pt was D/C from MH on 12/13/06 from AMKC & pt signed refusal of tx on 3/30/07 from OBCC. Pt denies past psy hx, however on yellow forms/intake & psy assess he reports hx of medication & hx. Thise feels pt was using MH for secondary gain. O alert, Ox3, euthymic & app, easily engaged a pt is goal checked & future oriented, p. pt is not a candidate for MH services at this time. Ct informs pt that MH services are always available if needed in the future. 6P no f/u necessary. |

Angela Taglione, MH
MH Clinician

CHS 288 (Rev. 3/05)



**NYC Health** — THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

349 06 20 80 1

Brown, James

| DATE | OBSERVATIONS |
|------|-------------|
| 3/30/07 R.R. OBCC 12 noon | *Mental Health Note.* S: Pt. denies having any M.H. issues, denies anxiety, depression or hallucinations. Pt. does not display any symptoms of the above. Pt. signs (pt refusal.) Consequences explained. ⊙ denies suicidal/homicidal ideation/intent. A: Pt. appears stable in G.P., not a threat to himself or/others. P: Pt signed pt refusal, pt will be rescheduled. Fred Gay LCSW-R  Fred Gay LCSW-R |

CHS 288 (Rev. 3/05)



**NYC Health**

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

BROWN, JAMES
3490620801

| DATE | M.H NOTE: OBSERVATIONS |
|------|------------------------|
| 3/28/07 08:00 | Pt was to be seen by M.H for a screening however pt not produced by DOC to be rescheduled. |
| | Marissa Voltaggio, MA Mental Health Clinician |

CHS 288 (Rev. 3/05)



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CAR ... CESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

BROWN, ... ES  00000000
713 E 108TH ST                    1C  2229
NYC, NY 10026
27-APR-68 B N M 5'10"  210 BRO BLK
NY N
ROBINSON, SHIRLEY
15903 LITTON LANE 1H, ACOREEK, MD        GF
...                5512644B 21 NOV 06

## TRANSFER CHART R

| DATE | OBSERVATIONS | |
|---|---|---|
| 3/27/7 | NEW FACILITY: OBCC | PREVIOUS FACILITY: GMDC |
| TIME: 440/A | DOC ADMISSION DATE: 11/21/06 | |
| | NURSING REVIEW | |
| | INTAKE HISTORY & PHYSICAL DOCUMENTED | [✓] YES [ ] NO |
| | RPR RESULTS | [ ] POS [✓] NEG |
| | U/A RESULTS | [ ] POS [✓] NEG |
| | PPD RESULTS | [ ] POS [✓] NEG |
| | CXR RESULT IN CHART | [ ] YES [ ] NO [ ] N/A |
| | NURSING FOLLOW-UP SCHEDULED: [✓] N/A [ ] YES  F/U DATE: | |
| | PRIORITY CHART FOR CLINICIAN: [✓] NO [ ] YES, REASONS: | |
| | IF YES, CHART GIVEN TO: | |
| | COMPLETED BY: | PRINT/STAMP:  DATE: |
| ( / / ) | MD/PA REVIEW | |
| TIME: | ALLERGIES: [✓] NONE [ ] YES: | |
| | MEDICAL PROBLEMS REQUIRING FOLLOW-UP: [ ] NONE [ ] YES  FOLLOW-UP TYPE & DATE: | |
| | 1. h/o Depression    4. | |
| | 2. Dental Disea...    5. | |
| | 3.                    6. | |
| | LAB/XRAY FOLLOW-UP: [✓] NONE [ ] YES: | |
| | MEDICATIONS RE-WRITTEN (TRANSFERS FROM VCBC, NIC, CDU ONLY): [✓] N/A [ ] YES, LIST: | |
| | CONSULTS RE-WRITTEN (IF PAST DUE OR NO RECORD IN CHART) [ ] N/A [✓] YES: Dental | |
| | DIETARY CONSULT WRITTEN: [✓] N/A [ ] YES: | |
| | MENTAL HEALTH F/U: [ ] N/A [✓] YES, ROUTINE CONSULT [ ] YES, STAT CONSULT | |
| | PATIENT CALLED TO CLINIC: [✓] N/A [ ] YES (SEE PROGRESS NOTE) | |
| | DISPOSITION: [✓] GP [ ] DETOX [ ] MO [ ] INF [ ] CDU [ ] ER [ ] URGI | |
| | OK FOR FOOD HANDLERS CERTIFICATE [✓] YES [ ] NO, REASONS: | |
| | HEAT SENSITIVE HOUSING [ ] YES [✓] NO | |
| | COMPLETED BY: | PRINT/STAMP: Leslie Beckford, PA  DATE: 3/27/7 |
| | | vs  Virdon Evans, MD |

288D (Rev. 5/05)        REMINDER: FULLY COMPLETE THE PROBLEM LIST        Page 1 of 1



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Brown, James
3490620801



| DATE | OBSERVATIONS |
|------|-------------|

Lynn Devivo, PA

CHS 288 (Rev. 3/05)

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

MENTAL HEALTH
TRANSFER IN CHART REVIEW

EVERY ENTRY MUST BE DATED AND SIGNED

Brown, Jamie

349-06-20801

| DATE | OBSERVATIONS |
|---|---|
| Date: 2/6/17 | NEW FACILITY: G M D C    TRANSFERRED FROM: AMKC (C95) |
| Time: 11:31 | TRANSFERRED IN DATE: 2/5/17 |
| C-73 | |
| GP / MO | **MENTAL HEALTH DOCUMENTATION:** |
| | ☑ All required assessment(s) and documentation are in the medical record and up to date. |
| | Screening completed: 12/2/06    PS/CTP completed: |
| | Psychiatric Assessment completed on: 12/2/06          Case |
| | ☐ The last Treatment Plan Review (TPR) was completed on:          Closed |
| | 12/13/06 at |
| | ☐ The next Treatment Plan Review (TPR) is due:    AMKC. Meds D/C |
| | 12/7/06. |
| | ☐ The following assessment(s) and/or documentation are missing from the medical record: |
| | ☐ Mental Health Screening (SCR)    ☐ Psychiatric Assessment (PA) |
| | ☐ Psychosocial Assessment (PS)    ☐ Comprehensive Treatment Plan (CTP) |
| | ☐ Treatment Plan Review (TPR)    ☐ Discharge Service Needs (DSN) |
| | ☐ Discharge Service Needs Update (DSNU) |
| | ☐ The following assessment(s) and/or documents are due: |
| | ☐ MH Screening Due:    ☐ PA Due: |
| | ☐ PS Due:    ☐ CTP Due: |
| | ☐ TPR Due:    ☐ DSN Due: |
| | ☐ DSNU Due: |
| | ☐ Case assigned to Mental Health Professional:          (Initials) |
| | ☐ Case assigned to Psychiatrist/Nurse Practitioner:          (Initials) |
| | ☑ OTHER: R/O Substance Induced Mood Disorder / Cocaine / Alcohol |
| | Dep. R/O Substance Induced personality Disorder |
| | According to Caseload Discharge Summary note (12/13/16), |
| | pt was not presented for Mental treatment at hearing [illegible] |
| | medication (Remeron) was D/C on 12/7/06. Case closed |
| | at this time. |
| | Della Johnson, LCSW-R |
| | Mental Health Assistant Unit Chief |

*Reminder: Fully Complete the Problem List*

Health

## TRANSFER CHART REVIEW

Brown James
349-06-20801

| | | OBSERVATIONS | |
|---|---|---|---|
| **DATE** 2 6 07 | NEW FACILITY: *HmDC* | | PREVIOUS FACILITY: *AMKC* |
| TIME: *4Am* | DOC ADMISSION DATE: *11/21/06* | | |

DOC NU **NURSING REVIEW**

INTAKE HISTORY&PHYSICAL DOCUMENTED    [X]YES    [ ]NO

RPR RESULTS    [ ]POS    [X]NEG

U/A RESULTS    [ ]POS    [X]NEG

PPD RESULTS    [ ]POS    [X]NEG

NURSIN NURSING FOLLOW-UP SCHEDULED: [X]N/A    [ ]YES, FOR          F/U DATE:

PRIORIT PRIORITY CHART FOR CLINICIAN: [X]NO    [ ]YES, REASONS:

IF YES, CHART GIVEN TO:

COMPL COMPLETED BY: *R Pratt RN*    PRINT/STAMP *Roselyn Bean-Pratt, RN*    DATE: *2/6/07*    TIM

**MD/PA REVIEW**

ALLERGIES: [X]NONE    [ ]YES:

MEDICAL PROBLEMS REQUIRING FOLLOW-UP: [ ]NONE    [ ]YES    FOLLOW-UP TYPE & DATE:

1. *Mental Health*
2. *S/o Chest tube - F/U PM*
3

LAB/XRAY FOLLOW-UP: [X]NONE    [ ]YES:

MEDICATIONS RE-WRITTEN (TRANSFERS FROM VCBC, NIC, CDU ONLY): [X]N/A    [ ]YES, LIST:

IMMUNIZATIONS: 1.PNEUMOVAX: [X]NOT INDICATED
[ ]YES, GIVEN    [ ]YES, REFUSED    [ ]YES, F/U DATE:

2.FLU VACCINE (IN SEASON): [X]NOT INDICATED
[ ]YES, GIVEN    [ ]YES, REFUSED    [ ]YES, F/U DATE:

CONSULTS RE-WRITTEN (IF PAST DUE OR NO RECORD IN CHART) [X]N/A    [ ]YES:

DIETARY CONSULT WRITTEN: [X]N/A    [ ]YES:

HIV TESTING: [ ]DONE    [X]DECLINED    [ ]RE-OFFERED, DATE:

MENTAL HEALTH F/U: [ ]N/A    [X]YES, ROUTINE CONSULT    [ ]YES, STAT CONSULT

PATIENT CALLED TO CLINIC [X]N/A    [ ]YES (SEE PROGRESS NOTE)

DISPOSITION    [X]GP    [ ]DETOX    [ ]MO    [ ]INF    [ ]CDU    [ ]ER    [ ]URGI

OK FOR SEGREGATED HOUSING [X]YES    [ ]NO, REASONS:

OK FOR FOOD HANDLERS CERTIFICATE [ ]YES    [X]NO, REASONS:

HEAT SENSITIVE HOUSING    [ ]YES    [X]NO

*Laurence Rezkalla, MD*    2/6/7

**AMKC – C 95 Mental Health**
**GP Caseload Discharge Summary**

11/21

Date: 12/13/06

Patient: Brown, James  B&C: 3490620801

Date admitted to caseload: 12/06

Reason for admission: report of h/o MH tx (not verified)

Initial diagnosis    Axis I    r/o SI MD ; Alcohol ¢
r/o SI PD  Cocaine Dep

Axis II    ASPD

Axis III    asthma

Reason for termination: Pt denies distress or psychosis.
He denies need for MH tx. Pt presents
w/ out investment in verbal tx.

Medication as discharge: None (Remeron d/c'd 12/7/06)

Psychiatrist's signature and date noted:

X_____ Date: _____

Discharge diagnosis:    Axis I Alcohol ¢ Cocaine Dep
Axis II  ASPD
Axis III  asthma

Jennifer Gibson, MA
Clinician's signature  X_____  Date: 12/13/06
Mental Health Clinician
Supervisor's signature X_____  Date: DEC 1 3 2006
Janet A. Sendar, Psy.D
Clinical Supervisor/Public Health

NYC HEALTH AND HOSPITALS CORPORATION
CORRECTIONAL HEALTH SERVICES

**MENTAL HEALTH PROGRESS NOTE**

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

Brown
James

BKC #:

3490620801

12/13/06
10:30 am
GP
AMKC

**S:** Seen today. Meds d/c'd 12/7/06. Pt denies psychogenic distress.

**O:** General Appearance: Alert.

Mood: Neutral          Affect: Expansive

Thought Process: NO FTD.

Perceptions: ⊖ A/H ⊖ S/H ideation/intent.

Insight: poor          Judgment: impaired     Impulse Control: variable

**A:** Pt is attention-seeking and provocative. When asked by this writer to cease such behavior pt became hostile, verbally abusive, disrespectful and threatened physical harm to this writer. Pt presents w/out investment in verbal therapy. No report of recent MH tx (not reliable).

Axis I:
Axis II:
Axis III:
Axis IV:
**P:**

[ ✓ ] Pt to be discharged from mental health services.

[ ] Pt signed Refusal of Treatment form.

P: D/c from MH tx. NVC MH f/u.

_Signature of Mental Health Staff_

Jennifer Gibson, MA
~~Mental Name~~ of Mental Health Staff
Mental Health Clinician

***Reminder: Fully Complete the Problem List***

CHS 288 (Rev. 06/03)



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

Brown James
349-66-20801

| DATE | OBSERVATIONS |
|---|---|
| 2/6/07 | P.H. NOTE |
| GMOE/59 8:20 p | ⑤ Pt c/o toothache started on PCN VK a Tramadol while in intake requesting for see tw[specialist] ⑤ #2 also requesting note to keep his sneakers |
| | ⊙ VS 98' 110/80 18 72 |
| | month (B) lower 1st molar c cracked un saved carii ↓ gums. swell pustule buccal abras lisdoce |
| | Text: wrl |
| | ⊙ Dental caries labs 38 |
| | A/c no plan... |
| | ⊙ Dental consult |
| | interim wound meds |
| | Podiatry consult |
| | f. u. |
| | on Parks, R.A. |
| | Frantz Medard, MD |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

BROWN JAMES
34906 20801

| DATE | OBSERVATIONS |
|------|-------------|
| 11/25/06 10:40am AMKC | Emergency Call Called to see a patient who was said to be having problem breathing |
| | c/o — "I am okay, I just wanted to see a Doctor so that I won't be asked to do push ups. I am breathing fine & I do not want any Cx R" |
| | Ye L young man in no acute respiratory distress |
| | BP 120/70 P72 R16 T98 |
| | chest — clean clinically |
| | — surgical scar present on the (L) axilla + (R) areolae c keloids |
| | — good ale bilaterally |
| | CVS — S1S2 (R) |
| | Abd — B+O, NT |
| | Neuro — AAOx3 |
| | Ext — ⊖ edema |
| | Impression — clinically stable isnt will under a routine Cxr because of the history of lung injury & repair ADD Pt a Cxr than ⌐ for a follow up visit |
| | 11/26/06 — MD/PA for evaluation ⌐ will gims |

**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# NEW ADMISSION PROGRESS NOTE
EVERY ENTRY MUST BE DATED AND SIGNED

Brown, James
349-06-20801, 5513644R
4/27/1968, M

| DATE | OBSERVATIONS |
|---|---|
| 095 | Check appropriate boxes: |
| 8-4 | O Assessed patient's knowledge about the HIV video shown:   ☐ Seen   ☒ Not seen |
| 11/22/06 | O Completed HIV referral form:   ☐ Accepted   ☒ Declined   ☐ NA |
| | O Conducted Pre- test counseling:   ☐ Yes   ☒ No |
| | O Conducted HIV rapid testing:   ☐ Yes   ☒ No |
| | O Conducted Post- test counseling:   ☐ Yes   ☒ No |
| | O Conducted urine testing:   ☒ DSL urine   ☒ Drug screen |
| | O Prepared urine specimen for Lab:   ☐ Chlamydia/GC urine |
| | ☒ Obtained vital signs and weight: 210 lbs  5'10"  76, 14  96.5  90/62 |
| | ☒ Implanted PPD:   ☐ Yes   ☐ No   ☐ NA |
| | O Completed Asthma Education:   ☐ Yes   ☐ No   ☒ NA |
| | O Obtained peak flow:   ☐ Yes   ☐ No   ☒ NA |
| | O Completed Diabetic initial assessment:   ☐ Yes   ☐ No   ☒ NA |
| | O Offered Hepatitis B.:   ☐ Yes   ☐ No   ☒ NA |
| | O Offered Flu Vaccine:   ☐ Yes   ☐ No   ☒ NA |
| | O Offered Pneumo Vaccine:   ☐ Yes   ☐ No   ☒ NA |
| | O Obtained blood specimen for:   ☒ RPR   ☐ Other _____ |
| | O Obtained blood specimen for HIV confirmatory testing:   ☐ Yes   ☒ No |
| | O Performed EKG:   ☐ Yes   ☐ No   ☒ NA |
| | Nurse's Printed Name and Title: |
| | Nurse's Signature: |
| | ☐ Yes   ☐ No |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

James Brown.
3420620801

| DATE | OBSERVATIONS |
|------|--------------|
| C 95 | |
| 11/25/06 | **PPD** |
| | f      Presents for PPD reading |
| | C _____ 00 MM induration |
| | A ____ ____ negative |
| | I ____ ____ |
| | C_____ |
| | U PDS ____ ____ |
| | ____ Education ____ given on 11/25/06 |
| | S ____ ____                         Ray ____ (R.N.) |
| | |
| | S-Second HIV rapid testing offer.
G-Client refused first rapid HIV offer.
A-Potential for Infection to / unknown HIV status
P- ____ registered
✓ ____
____ ____ Cou ____ ____ HIV counselor
_____              Ray ____ (R.N.) |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Brown James
-349 CG 2C8C1

| DATE | OBSERVATIONS |
|------|--------------|
| 11/25/66 | Nurses Note |
| 1130p | Received emergency call at about 10 Am. Observed pt in 4 main setting No SOB noted. Pt claimed that he was doing push up then having difficulty breathing. Pt wheeled in stretcher to clinic. V/S 98 - 72 - 16 124/70 Pt Stated that he is doing much better and he just want to see a doctor to make sure that he is CK. Pt refused Chest X-ray and no acute respiratory distress noted. For follow up visit itemberew 11/26/66 for Vital and MD/PA re-evaluation. Carmen Napier C. Napier RN |
| 11/26/66 | ⊖ Pt. No vertion from roc for vital sign and revaluation by. |
| C-95 | |
| 1130 pm | MD He come and refused to be seen for above no follow up "in pel go" "I am ceay". He signed refusal form. MD informed |
| | Celia Aquino, RN |
| 12/27/06 | Pt for Sick Call, was Called at 9:50Am but no response |
| AWK | CK·Mir R PA- |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

*Brown James*

*349 062 0801*

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|-------------|
| 1/21/07 1005 CS6 | 34 yo ⊕ Toothache x minimal Swells with ② face gree x No fever no chills. PE ☑ AOx3 NAD BP 80/58 716 98.1 Mouth ① Flexion a ② Jaw greedul No Bleedg No Discharge ① minimal Swelly c ② base of mouth tooth ache. Dental assess ⊕ Plan Pen K 390 mg 1 tab Po BID x 10 days Motrin 400 mg Po BID x 10 day Dental Consult |

Guy Kelly, RPA

CHS 288 (Rev. 3/05)

*Pt has been
refusing MH
services*

*Pt at court 4/25/07*    *pt refused 4/26/07*    5/4/07
*Pt at law library*    *5/ Pt at
law library*

# NYC Health
## DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
## CORRECTIONAL HEALTH SERVICES
# PSYCHOSOCIAL EVALUATION

| PATIENT'S LAST NAME | FIRST NAME | | | | |
|---|---|---|---|---|---|
| Braun | James | | | | |

| BOOK & CASE NUMBER | NYSID NUMBER | DOB | AGE | ETHNICITY | DATE | TIME |
|---|---|---|---|---|---|---|
| 3490620801 | S5136044R | 4/27/68 | 38 | Black | 5/18/07 | 12:45 ☐AM ☒PM |

| FACILITY & HOUSING AREA | HOME ADDRESS | ☐HOMELESS | PRIMARY LANGUAGE | SPEAK ENGLISH EFFECTIVELY | INTERPRETER NEEDED? |
|---|---|---|---|---|---|
| GMC | 415 E. 108th St. Canarsi, NY 11236 | | English | ☒YES ☐NO | ☐YES ☒NO |

**PRESENTING PROBLEM AND SYMPTOMS**  *AS PER PA 12/2/06*

Pt has been refusing MH services and largely uncooperative in MHAUII *

"I'm depressed due to my family"

**HISTORY OF PRESENT ILLNESS (INCLUDE TREATMENT DURING PAST INCARCERATIONS)** *As per PA 12/2/06*

Pt claims to be depressed and poor sleep.

**MENTAL HEALTH COURSE SINCE INCARCERATED / ADMITTED FOR MENTAL HEALTH SERVICES**

Pt has been refusing MH services and since trans to MHAUII has been largely uncooperative

**CURRENT ARRESTS / INCARCERATION INFORMATION**

Pt uncooperative

**PSYCHIATRIC HISTORY**

Prior Diagnosis: ☐ None  ☐ Unknown  ☐ Yes (Describe Below)    Age of Onset

Pt stated he has been "in hospital a lot"

**PRIOR TREATMENT HISTORY**

☐ None  ☐ Inpatient  ☐ Day Treatment  ☐ Outpatient  ☐ Correctional Based

Most Recent Treatment Provider  Name:    Address:

Phone: Pt uncooperative    Date Last Seen:

Patient Response to Last Treatment  ☐ Good  ☐ Fair  ☐ Poor  ☐ Non-Compliant

CHS 282 (Rev. 9/06)    Page 1 of 4



NYC Health
THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Brown, James
34906020801

| DATE | OBSERVATIONS |
|---|---|
| | MH note - |
| | pt seen today for flu and did |
| 5/25/07 | not report any concerns/complaints |
| 10:25AM | at this time. |
| GWC | pt alert, coherent, cooperative, OX3. Mood |
| IA | neutral w/ appropriate affect. Thought process |
| | logical and goal directed. |
| | pt coping, future oriented ⊖SI/HI. No |
| | evidence of psychosocial distress at this |
| | time. |
| | continue in MHAUII w/ MH f/u. |

[signature]
Christina Minervini, MA
Mental Health Clinician

CHS 286 (Rev. 3/05)

NYC Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Brown, James
3490020801

| DATE | OBSERVATIONS |
| --- | --- |
| | MH note - |
| | As per officer Walden pt is at court |
| 4/25/07 | today. Clinician will f/u and reschedule. |
| 9:45AM | |
| GMC | Christina Minervini, MA |
| 1A | Mental Health Clinician |
| | |
| | |
| | MH note |
| | As per CO Marquez, pt was at |
| 5/4/07 | Law library. Clinician will reschedule |
| GMC | pt for f/u + CTP. |
| 9:45AM | Christina Minervini, MA |
| | Mental Health Clinician |

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Brown, James
3490620801

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 4/27/07 GMC 9A | MH note — As per DOC Officer Marquez, pt was at law library. Clinician will reschedule flu. *Christina Minervini, MA / Mental Health Clinician* |
| 5/11/07 GMC 10:00AM 1A | MH note — As per DOC Officer, Pt was at law library. Clinician will reschedule flu and PS/CTP. *Christina Minervini, MA / Mental Health Clinician* |
| 5/18/07 12:45PM GMC 9A | MH note — Pt seen today for PS/CTP (refused to sign). Pt has been uncooperative w/ MH staff. Pt reported headaches & blurry vision. Clinician instructed pt to speak w/ medical staff + clinician notified DOC Officer Booker. Pt tangential, rapid speech loud tone of voice. Alert, OX3 and hyperactive in chair. Pt appeared future oriented & ⊖ SI/HI. He also reported "a fear of cuffs." Continue in MH w/ MH flu 1 wk. *Christina Minervini, MA / Mental Health Clinician* |

CHS 288 (Rev 3/05)

*pt view ucli* *pt refusing MH services*

**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

*pt refused 4/28/07*

# COMPREHENSIVE TREATMENT PLAN AND DISCHARGE SERVICE NEEDS

*pt at court 4/25/07* *pt refused 4/26/07* *pt at law library 4/27/07*

| PATIENT'S LAST NAME | FIRST NAME | BOOK AND CASE NUMBER |
|---|---|---|
| Brown | James | 3490020801 |

| NYSID NUMBER | ☐ MO ☒ GP | FACILITY & HOUSING AREA | DOB | DATE OF ADMIT TO MENTAL HEALTH SERVICES | DATE OF TREATMENT PLAN |
|---|---|---|---|---|---|
| 55130442 | | 2NIC | 4/27/08 | | 5/18/07 |

**DIAGNOSIS** *R/O PH 12/21/0X*

**AXIS I:** R/O SIMD, ETOH & Cocaine Dep.
R/O SIPD

**AXIS II:** ASPD

**AXIS III:** Asthma, collapsed lung.

## PRESENTING SYMPTOMS (Partial List of Symptoms Frequently Presented, Check All that Apply)

**BEHAVIOR**
☐ Aggressive Behavior   ☒ Antisocial Behavior   ☐ Bizarre Behavior   ☐ Feigning of Symptoms   ☒ Non-compliance Treatment   ☐ Poor Self-Care
☐ Repeated Lying   ☐ Self-Mutilating Behavior   ☐ Sexual Preoccupations   ☒ Substance Abuse
☐ Suicidal   ○ Suicidal Ideation   ○ Suicidal Gesture   ☐ Suicidal Attempt   NA

**FEELINGS**
☐ Apathy   ☐ Blunted Affect   ☐ Decrease in Energy or Fatigue   ☐ Decreased Appetite   ☐ Dizziness or Lightheadedness   ☐ Excessive Worrying
☐ Feelings of Hopelessness   ☐ Flat Affect   ☐ Insomnia   ☐ Loss of Interest   ☐ Persistent Anger   ☒ Pressured Speech
☐ Psychomotor Agitation   ☐ Psychomotor Retardation   ☒ Tremors   ☐ Withdrawal/Detox from Drugs
☒ Mood Changes   ○ Anxious   ○ Depressed   ☒ Elevated   ○ Irritable

**THOUGHTS**
☒ Distractibility   ☐ Flight of Ideas   ☐ Hallucinations (Auditory)   ☐ Hallucinations (Visual)   ☐ Incoherence   ☐ Loosening of Association
☒ Memory Impairment   ☒ Racing Thoughts   ☐ Religious Preoccupation
☐ Delusions   ○ Grandeur   ○ Paranoid   ○ Persecutory   ○ Somatic   N/A

**JUDGMENT**
☐ Cognitive Impairment   ☒ Impaired Judgment   ☐ Neglect of Medical Condition

**OTHER (Specify):**
rapid/loud speech.

## STRESSORS (Check All that Apply)

| LEGAL | ☐ Legal Issues (Specify): Pt poor informant |
|---|---|
| INSTITUTIONAL | ☐ Problems with Other Inmates   ☐ Problems with DOC   ☐ 23-Hour Lockdown Issues   Pt poor informant |
| SOCIAL | ☒ Recent Death/Losses   ☐ Spouse/Child Problems   death in 12/2/06 |
| MEDICAL | ☐ Pregnant   ☐ Withdrawal/Detoxification from Drugs   ☒ Severe Medical Problems   collapsed lung. |

**OTHER (Specify):**

## PATIENT CHARACTERISTICS (Check Whether the Following Characteristics are Strengths or Weaknesses of the Patient)

| CHARACTERISTICS | STRENGTH | WEAKNESS | CHARACTERISTICS | STRENGTH | WEAKNESS |
|---|---|---|---|---|---|
| Complaint with Treatment | | ✓ | Work History | | |
| Motivated for Treatment | | ✓ | Interpersonal Skills | | ✓ |
| Support System | ✓ | ✓ | Insight | | |
| Domiciled | | ✓ | Health | | ✓ |
| Education | | | Hospitalizations | | ✓ |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

## COMPREHENSIVE TREATMENT PLAN AND DISCHARGE SERVICE NEEDS

**ASSESSMENT OF PROBLEMS AND NEEDS**

| PROBLEM #1 | GOAL | OBJECTIVE #1 – Patient will... | OBJECTIVE #2 – Patient will... |
|---|---|---|---|
| mood irritability · Instability | ↑ and maintain at euthymic level | ID triggers of change in mood  TARGET DATE: 10/11/07 | comply w/ MH TX  TARGET DATE: 10/11/07 |

| PROBLEM #2 | GOAL | OBJECTIVE #1 – Patient will... | OBJECTIVE #2 – Patient will... |
|---|---|---|---|
| SA | Abstinence | ID stression and Alternative coping skills  TARGET DATE: 10/11/07 | comply w/ MH TX  TARGET DATE: 10/11/07 |

| PROBLEM #3 | GOAL | OBJECTIVE #1 – Patient will... | OBJECTIVE #2 – Patient will... |
|---|---|---|---|
|  |  | TARGET DATE: | TARGET DATE: |

**TREATMENT MODALITY AND FREQUENCY OF SERVICE** *(Check All That Apply and Indicate Frequency of Service)*

| MODALITY | FREQUENCY OF SERVICE | | | | RESPONSIBLE STAFF |
|---|---|---|---|---|---|
| ☑ Clinician Visits | ☑ Weekly | ☐ Bi-Weekly | ☐ Monthly | ☐ Other: | **Christina Minervini, MA**  **Mental Health Clinician** |
| ☐ Psychiatrist Visits | ☐ Weekly | ☐ Bi-Weekly | ☐ Monthly | ☐ Other |  |
| ☐ Group Therapy | ☐ Weekly | ☐ Bi-Weekly | ☐ Monthly | ☐ Other |  |

LEVEL OF CARE: ☐ GP   ☑ MO   ☐ MHC   ☑ 23 HOUR LOCKDOWN   ☐ INFIRMARY

NAME OF MEDICATIONS: _none at this time_



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# COMPREHENSIVE TREATMENT PLAN AND DISCHARGE SERVICE NEEDS

**SENTENCED:**  ❑ YES, Projected Release Date: ___ / ___ / ___    ❑ NO

**ACCEPTED DISCHARGE PLANNING SERVICES:** ❑

**DECLINED DISCHARGE PLANNING SERVICES:** ❑  Date: *N/A*    ❑ Declined Some Discharge Planning Services *(See Declination Form)*

**CURRENT DSM-IV DIAGNOSIS:** *As per PA 12/22/07*

AXIS I:  *R/O SIMD*
*ETOH & Cocaine Dep*
*R/O SIPD*

AXIS II:  *ASPD*

AXIS III:  *Asthma, Collapsed lung*

AXIS IV:  *moderate.*

AXIS V:  *60-70*

**PSYCHOTROPIC MEDICATION FOR MENTAL HEALTH DIAGNOSIS:**

❑ NO    ❑ YES, if yes:  ○ Mood Stabilizers    ○ Antipsychotics    ○ Other: _____

Likely SPMI Designation: ❑ YES   ❑ NO   ❑ CAN'T DETERMINE

CURRENT SPMI Designation:   ❑ YES   ❑ NO   If changed from prior designation, explain rationale: _____

**BOROUGH OF RESIDENCE PRIOR TO ARREST:** ❑ MANHATTAN  ❑ BRONX  ❑ BROOKLYN  ❑ STATEN ISLAND  ❑ QUEENS  ❑ OTHER: _____

HOMELESS UPON ARREST:  ❑ YES  ❑ NO    HOMELESS UPON DISCHARGE:  ❑ YES  ❑ NO

**COMMUNITY TREATMENT:**

| PRIOR TO INCARCERATION | RECOMMENDED UPON RELEASE |
|---|---|
| ❑ Outpatient/Clinic   *Pt poor informant* | ❑ Outpatient/Clinic |
| ❑ Day Treatment | ❑ Day Treatment |
| ❑ Partial Hospitalization | ❑ Partial Hospitalization |
| ❑ Case Management    ❑ AOT | ❑ Case Management    ❑ AOT |
| ❑ MICA:  ❑ Residence   ❑ Outpatient/Clinic   ❑ Day Treatment | ❑ MICA:  ❑ Residence   ❑ Outpatient/Clinic   ❑ Day Treatment |

**ENTITLEMENTS:**

| HAVE | NEED |
|---|---|
| ❑ Medicaid   *Pt poor informant* | ❑ Medicaid |
| ❑ SSI or SSD | ❑ SSI or SSD |
| ❑ Private Insurance | ❑ Private Insurance |
| ❑ Public Assistance | ❑ Public Assistance |

**PATIENT'S STATEMENT OF INVOLVEMENT:**

I have participated in the review of my treatment plan.  I have discussed it with my Clinician/Psychiatrist and agree to participation in the plan.

❑ I want to add something: _____

REVIEWED BY:  *James Brown.*  PATIENT NAME
Christina Milnervini, MA
Mental Health Clinician   SIGNATURE  *Pt refused*   DATE 5/18/07

COMPLETED BY: CLINICIAN NAME  *N/A*   SIGNATURE *N/A*   DATE 5/18/07

REVIEWED AND APPROVED BY:  PSYCHIATRIST
David Jurich, PhD
Clinical Supervisor    SIGNATURE *N/A*   DATE

REVIEWED AND APPROVED BY:  UNIT CHIEF/SUPERVISOR   SIGNATURE   DATE 5/18/07

CHS 286 (Rev. 8/06)

Page 3 of 3

# CORRECTIONAL HEALTH SERVICES
DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT

**NYC Health**

## MENTAL HEALTH INTAKE FORM

11/21

PLACE MEDICAL LABEL HERE

| PATIENT'S LAST NAME: Brown | FIRST NAME: James |
|---|---|

| BOOK & CASE NUMBER | NYSID NUMBER | DOB | AGE | ETHNICITY | DATE | TIME |
|---|---|---|---|---|---|---|
| 349 06 20801 | 5513644R | 4.7.768 | 38 | AA | 12.2.06 | 12:30  ☐AM ☑PM |

| FACILITY & HOUSING AREA | HOME ADDRESS | ☐ HOMELESS | PRIMARY LANGUAGE | Speak English Effectively | Interpreter Needed? |
|---|---|---|---|---|---|
| CQS Q43 13 Lower | 713 East 108 St, Bklyn, 11236 | | English | ☑ Yes  ☐ No | ☐ Yes  ☑ No |

| PATIENT REFERRED BY: DOC | REASON FOR REFERRAL: Bereavement |
|---|---|

## PRESENTING PROBLEM

" I'm depressed due to death in the family.
I'm hearing the voices of my dead sister, and other whispers.
The cell is getting to me."

| # | SCREENING | | COMMENTS |
|---|---|---|---|
| 1. | Are you experiencing depression, anxiety, or hallucinations? | ☑YES ☐NO | Reported hallucinations/auditory |
| 2. | Have you experienced these symptoms in the past? | ☑YES ☐NO | |
| 3. | Have you had any previous mental health treatment? | ☑YES ☐NO | outpt. services |
| 4. | Just prior to your arrest were you taking psychiatric medication? | ☑YES ☐NO | antidepressants; zoloft |
| 5. | Do you currently have a mental health case manager? | ☐YES ☑NO | |
| 6. | Do you or have you ever used alcohol or drugs? (If yes, quantity, duration and type of drug) | ☑YES ☐NO | Crack cocaine 150/daily 5/mos. |
| 7. | Has anyone physically or sexually abused you? | ☐YES ☑NO | |
| 8. | Has anyone in your family ever taken medication or been hospitalized for mental illness? | ☑YES ☐NO | Aunt, mother |
| 9. | Is there any history of family members trying to hurt themselves? | ☑YES ☐NO | Aunt suicide in the 1970's |
| 10. | Have you ever tried to hurt yourself? (If yes, give reason, method, precipitant, and whether hospitalized) | ☑YES ☐NO | 8/2003; hanging |
| 11. | Are you thinking about hurting yourself? (If yes, why and do you have a plan?) | ☐YES ☑NO | |
| 12. | Do you see any other alternatives or solutions to the problem? | ☑YES ☐NO | Only god could help me. |
| 13. | Have you ever hurt anyone when you were angry or upset? | ☐YES ☑NO | |
| 14. | Are you planning to hurt someone? (If yes, who?) | ☐YES ☑NO | |

15. What do you do when you get upset? (Describe coping mechanisms)
Ignore or isolate from others

16. What are some recent stressors? (Include reasons for incarceration, punitive segregation time, or family/community issues)
death of family member.

17. Describe significant medical history
Asthma; 2 lung collapse

18. Are you receiving any entitlements? ☐ SSA  ☐ SSI  ☐ VA  ☐ PA  ☐ FS  ☐ MEDICAID  ☐ OTHER: ☑NONE

## MENTAL STATUS

| ORIENTATION TO | APPEARANCE | RELATEDNESS | PSYCHOMOTOR ACTIVITY | ATTITUDE | SPEECH | MOOD |
|---|---|---|---|---|---|---|
| ☒ Time | ☒ Good | ☒ Good | ☒ WNL | ☐ Good | ☒ Coherent  ☐ Pressured | ☒ Euthymic  ☐ Irritable |
| ☒ Place | ☐ Fair | ☐ Fair | ☐ Retardation | ☒ Fair | ☐ Incoherent  ☐ Spontaneous | ☐ Anxious  ☐ Elated |
| ☒ Person | ☐ Poor | ☐ Poor | ☐ Agitation | ☐ Poor | ☐ Normal Rate | ☐ Depressed  ☐ Angry |

| AFFECT | | THOUGHT PROCESS | | DELUSIONS | | HALLUCINATIONS | |
|---|---|---|---|---|---|---|---|
| ☒ Full Range  ☐ Labile | ☒ Logical  ☐ Circumstantial | ☒ None  ☐ Other: | ☐ None | ☒ Auditory ☐ Tactile |
| ☐ Blunted  ☐ Appropriate to mood | ☐ Illogical  ☐ Tangential | ☐ Persecution ☐ Somatic  ☐ Grandiose | ☐ Visual  ☐ Olfactory |
| ☐ Constricted  ☐ Inappropriate to mood | ☐ Relevant  ☐ LOA | | |
| ☐ Flattened | ☐ Irrelevant  ☐ FOI | Content: | Content: Reported A/ hallu... |

| JUDGMENT | INSIGHT | MEMORY | INTELLIGENCE | IMPULSE CONTROL |
|---|---|---|---|---|
| ☐ Good | ☐ Good | ☒ No Memory Impairment | ☐ Above average | ☐ Good |
| ☒ Fair | ☒ Fair | ☐ Memory Impaired: | ☒ Average | ☒ Fair  this one |
| ☐ Impaired | ☐ Poor | ○ Remote  ○ Recent  ○ Immediate | ☐ Below average | ☐ Poor |
| | | | ☐ Cognitive Impairment | |

### CLINICAL FORMULATION AND DIAGNOSIS

Pt. is a 38 y.o. AA male. He reported a Hx. of mental health treatment (outpt.) and anti-depressants (Zoloft.) He also reported crack/cocaine daily for 5 mos. 150/daily. He denied EtOH. Hx. of suicide attempt in 2003 via attempted hanging. Speech lucid; gait unremarkable; 0x3; affect full range c̄ euthymic mood. T/P ⊖A/V hallu... T/c ⊖del/ 4ht content. Judgment and insight appears fair. ⊖memory problems. Denies current S/H/I plan and intent. Impulse control fair. Pt. appears to be malingering ⟶ in office he c/o melancholic feelings, but in the hallway he was fraternizing c̄ officers and medical staff and appeared euthymic

### PRELIMINARY TREATMENT PLAN

| PROBLEMS IDENTIFIED | GOALS | SUGGESTED TREATMENT |
|---|---|---|
| Bereavement | ↑ Mood | Counseling/Therapy |
| | | |
| | | |

### DISPOSITION AND RECOMMENDATIONS

| GENERAL POPULATION WITH NO FOLLOW-UP | GENERAL POPULATION WITH MENTAL HEALTH FOLLOW-UP | MENTAL OBSERVATION HOUSING |
|---|---|---|
| ☐ GENERAL POPULATION WITH NO FOLLOW-UP | ☒ Clinician  ☐ Psychiatrist | ☐ Cell  ☐ Dormitory  ☐ Suicide Watch ☐ Mental Health Center  ☐ Hospital ☐ Other: |

| AXIS I | Cocaine dependence (IPR); R/o SIMD; | AXIS I | R/o Malingering |
|---|---|---|---|
| AXIS II | Antisocial Traits | | |
| AXIS III | Collapsed Lung; Asthma | | |
| AXIS IV | Stressors: ☐ None  ☒ Mild  ☐ Moderate  ☐ Severe  ☐ Extreme | | |
| AXIS V | GAF Past  (65) | GAF Present  75 | |

| Clinician – Print, Title and Signature | Date | Reviewed by Unit Chief or Clinical Supervisor – Signature and Title | Date |
|---|---|---|---|
| Psy.D., C.I.N., Supr. | 12.2.06 | Salome L. Ott, Ph.D.  Clinical Supervisor/P.H. | 12|3|06 |

Patient Name _Brown, James_    B&C/Sentence # _39702 2301_    Building &Housing Area _Annex C 13L_

# CRITERIA FOR LIKELY SEVERE AND PERSISTENT MENTAL ILLNESS (SPMI) AMONG ADULTS

To meet the criteria for likely severe and persistent mental illness (SPMI), at **Initial Assessment**, section 1 must be answered YES/LIKELY and, at least one of 2A, 2B, 2C, or 2D must be answered YES/LIKELY.

*Before filling out this SPMI determination, refer to the questions on the reverse side to gather additional information from the inmate.*

| | | | |
|---|---|---|---|
| **SECTION 1**<br>**1. Designated Mental Illness Diagnosis**<br>The individual is 18 years of age or older and currently meets the criteria for a DSM-IV psychiatric diagnosis other than alcohol or drug disorders (291xx-292xx, 303xx-305xx), organic brain syndromes (290xx, 293xx-294xx, 310xx), developmental disabilities (299xx, 315xx, 317xx-319xx), or social conditions (Vxx.xx). ICD-9-CM categories and codes that do not have an equivalent in DSM-IV are also not included as designated mental illness diagnoses. | Yes/likely | No | Can't Determine |
| **SECTION 2**<br>**2A. SSI or SSDI Enrollment Due to Mental Illness**<br>The individual is currently [or was within the last year]* enrolled in SSI or SSDI due to a designated mental illness. | Yes/likely | No | Can't Determine |
| **2B. Extended Impairment in Functioning Due to Mental Illness - Option 1:**<br>The individual has experienced *two* of the following *four* functional limitations due to a designated mental illness over the past 12 months on a continuous or intermittent basis:<br><br>1. Marked difficulties in self-care: __yes __no<br>(Personal hygiene, diet, clothing, avoiding injuries, securing health care or complying with medical advice).<br>2. Marked restriction of activities of daily living: __yes __no<br>(Maintaining a residence; using transportation; day-to-day money management; accessing community services).<br>3. Marked difficulties in maintaining social functioning: __yes __no<br>(Establishing and maintaining social relationships; interpersonal interaction with primary partner, children, other family members, friends, neighbors; social skills; compliance with social norms; appropriate use of leisure time).<br>4. Frequent deficiencies of concentration, persistence or pace result in failure to complete tasks in a timely manner in work, home, or school settings: __yes __no.<br>(Ability to complete tasks commonly found in work settings or in structured activities that take place in home or school setting; individuals may exhibit limitations in these areas when they repeatedly are unable to complete simple tasks within an established time period, make frequent errors in tasks, or require assistance in the completion of tasks). | Yes/likely | No | Can't Determine |
| **2C. Extended Impairment in Functioning Due to Mental Illness - Option 2:**<br>The individual has met criteria for ratings of 50 or less on the Global Assessment of Functioning scale (Axis V of DSM-IV) due to a designated mental illness over the past twelve months on a continuous or intermittent basis. | Yes/likely | No | Can't Determine |
| **2D. Reliance on Psychiatric Treatment, Rehabilitation, and Supports**<br>A documented history shows that the individual at some prior time, met the threshold for B or C (above), but symptoms and/or functioning problems are currently attenuated by medication or psychiatric rehabilitation and supports. Medication refers to psychotropic medications which may control certain primary manifestations of mental disorder, e.g. hallucinations, but may or may not affect functional limitations imposed by the mental disorder. Psychiatric rehabilitation and supports refer to highly structured and supportive settings which may greatly reduce the demands placed on the individual and, thereby, minimize overt symptoms and signs of the underlying mental disorder. | Yes/likely | No | Can't Determine |

Inmate meets criteria for LIKELY SPMI: YES _____, NO ✓, Can't Determine _____

Signature and Title _____ By P, Clin. Sup.___    Date: _12-2-06_

*[or was within the last year] is not a part of the NYS definition

CHS Rev. 3/06

## Discharge Plan

*Must be completed no later than five business days after the completion of the CTDP.*

**I.**

Last Name BROWN          First Name James

B&C #: 349 -06- 20801          SPMI:  ☒ NO          ☐ YES

---

**II.**

**ARMED FORCES:**          ☒ No          ☐ Yes

If, Yes:          ☐ Honorable D/C or          ☐ Other than Honorable

---

**III.**

   **Medicaid:**

Medicaid Prescreening Refused:          ☐ No          ☐ Yes   (See Declination Form)

Medicaid Prescreening Status:  ☐ Active ☐ Reactivate

☐ Needs New Application Date Submit:_____

Medicaid Application Refused:          ☐ No          ☐ Yes   (See Declination Form)

---

**IV.**

   **PA (For SPMI C/M Only):**

Refused:  ☐ NO          ☐ YES   (See Declination Form)

Date Submitted:_____

---

**V.**

**MGP Card Eligibility:**          ☐ NO          ☐ YES

**Reason For Ineligibility:**

☐ Active Medicaid

☐ Reactivated Medicaid

☐ Not Eligible for Medicaid

☐ Not Emancipated Minor

☐ Not on medication or in need of prescription

---

## FUNCTIONAL LEVEL IN THE COMMUNITY (IN THE LAST 12 MONTHS)

| CATEGORIES | FULLY FUNCTIONAL | | |
|---|---|---|---|
| SELF-CARE | ☑YES ☐NO | Unable To Tend To: | ☐ Hygiene ☐ Diet ☐ Clothing ☐ Personal Safety ☐ Medical Needs |
| ACTIVITIES OF DAILY LIVING | ☑YES ☐NO | Unable To: | ☐ Maintain Housing ☐ Use Transportation ☐ Manage Money ☐ Access Community Services |
| SOCIAL FUNCTIONING | ☑YES ☐NO | Unable To: | ☐ Have Social Relationships ☐ Interact with Significant Partner, Child, Family or Friends ☐ Comply with Social Norms |
| TASK COMPLETION | ☑YES ☐NO | Unable To: | ☐ Complete Tasks at Home ☐ Complete Tasks at Work ☐ Use Leisure Time |

If impaired in any two (2) categories of function was this the result of mental illness, excluding identified social conditions, substance related diagnosis, organic brain syndrome, and developmental disabilities? ☐ YES ☐ NO   N/A

If No, would this patient currently have serious symptoms, serious impairments or be functionally limited by mental illness if not currently attenuated by medication, psychiatric rehabilitation or supports? ☐ YES ☑ NO

SPMI STATUS ☐ YES ☑ NO

## MENTAL STATUS
*(Check all descriptions present under each item in the examination. Write "N/A" in the space provided if the item was not assessed. Explain deviations from normal in the comments area).*

**APPEARANCE:**          Comments:
☑ Chronological Age
☑ Normal Weight
☐ Overweight
☐ Underweight
☐ Physical Abnormalities
☑ Well Groomed      ☐ Well Dressed
☐ Unkempt          ☐ Disheveled

**ATTITUDE:**          Comments:
☐ Cooperative
☑ Relates Well      ☑ Engageable
☑ Good Eye Contact  ☐ Naive Attitude
☐ Hostile          ☐ Uncooperative
☐ Avoids Eye Contact
☐ Suspicious      ☐ Guarded
☐ Evasive

**ACTIVITY:**          Comments:
☑ No Abnormal Movements
☐ Abnormal Movements
☐ Abnormal Gait
☐ Motor Retardation
☐ Unusual Mannerisms
☐ Unusual Gestures
☐ Agitation  ☐ Excitement  ☐ Hyperactivity

**ATTENTION:**          Comments:
☑ Alert
☑ Adequate Attention Span
☐ Hyper-vigilant
☐ Poor Attention Span
☐ Apathetic      ☐ Self Absorbed
☐ Distractible   ☐ Confused

**SPEECH:**
☑ Normal Rate of Speech  ☑ Clear Articulation
☐ Slow              ☐ Hesitant
☐ Delayed Reaction   ☐ Monotonous
☑ Rapid             ☐ Pressured
☑ Loud
☐ Low               ☐ Mumbled
☐ Slurred

          Comments:
☑ English Speaking
☑ Spanish Speaking
☐ Bilingual
☐ Interpreter Used
☐ Poor Grammar
☐ Limited Vocabulary
☐ Unusual Language Use

**ORIENTATION:**          Comments:
☑ Fully Oriented
☐ Disoriented to Time
☐ Disoriented to Place
☐ Disoriented to Person

**MOOD AND AFFECT:**
☑ Euthymic *(Normal Range)*  ☑ Appropriate
☐ Anxious      ☐ Irritable   ☐ Inappropriate
☐ Depressed   ☐ Angry      ☐ Blunted
☐ Elated      ☐ Flattened   ☐ Labile
          Comments:

**THOUGHT PROCESS PRODUCTIVITY:** Comments:
☐ Spontaneous
☐ Impoverished
☐ Overabundance of Ideas
☑ Flight of Ideas

**COMMUNITY OF THOUGHT**     Comments:
☐ Relevant      ☐ Goal Directed
☑ Rambling     ☐ Circumstantial
☑ Tangential    ☐ Loose Associations
☐ Derailment    ☐ Blocking
☐ Illogical

**THOUGHT CONTENT**          Comments:
☑ No Abnormal Content
☐ Preoccupations   ☐ Delusions
☐ Ideas of Influence ☐ Ideas of Influence
☐ Thought Insertion ☐ Thought Broadcasting

**PERCEPTUAL DISTURBANCE:**   Comments:
☑ No Perceptual Distortions   none reported
☑ Auditory Hallucinations
☐ Visual Hallucinations
☐ Tactile Hallucinations
☐ Illusions  ☐ Depersonalization ☐ Derealizations

**INTELLECT**          Comments:
☑ Normal Intellectual Functioning
☑ Borderline Intellectual Functioning
☐ Signs of Gross Mental Retardation

**MEMORY**          Comments:
☑ No Memory Impairment
☐ Memory Impaired
          ☐ Remote
          ☐ Recent
          ☐ Immediate

**CONCENTRATION:**     Comments:
☐ Adequate
☑ Impaired

**SUICIDAL**          Comments:
☑ No Suicidal Thoughts
☐ Suicidal Thoughts
☐ Recent Gesture
☐ Recent Attempt
☐ Actively Suicidal

**HOMICIDAL**          Comments:
☑ No Homicidal Thoughts
☐ Homicidal Thoughts
☐ Homicidal Threat
☐ Threatening Behavior  ☐ Recent Attempt
☐ Actively Homicidal

**INSIGHT:**          Comments:
☑ Complete Denial of Illness
☑ Slight Awareness of Illness
☑ Aware, Accepts Recommendations
☐ Aware, But Refuses Recommendations

**JUDGEMENT**          Comments:
☐ Adequate
☑ Mildly Impaired
☐ Severely Impaired

**IMPULSE CONTROL**          Comments:
☐ Adequate
☑ Mildly Impaired
☑ Severely Impaired

CHS 282 (Rev 9/06)

# Discharge Plan

---

**VI.**

**Transportation (For SPMI Class Member Only):**

Date Offered: _____

Refused: ☐ NO    ☐ YES (See Declination Form)    ☐ N/A

---

**VII.**

**Continued Mental Health Treatment:**

Refused: ☐ NO    ☐ YES (See Declination Form)    ☐ N/A

*Check all criteria that formed the basis for the referral:*
☐ *Class Member Preferences*
☐ *Geographic Location of the Class Member*
☑ *Mental Health Treatment Needs*
☐ *Integrated Treatment for MICA*
☐ *Prior Community Treatment History*
☐ *Mental Health program's capacity and willingness to accept the class member*
☐ *VA Services*
☐ *Other (If checked, describe in "Additional Information" below)*
_____
_____
_____

*Date of Preliminary Referral:* _____

Canarsie Aware

*Name of the Preliminary Referral Agency*

Intake

*Preliminary Referral Agency Contact Person Name*

718-257-3195

*Preliminary Referral Agency Telephone Number*

Refused: ☐ NO    ☐ YES (See Declination Form)    ☐ N/A

---

## Discharge Plan

**Additional Information:**
_____
_____
_____
_____

**Did the class member accept Supportive Housing application/referral?  □ NO        □ YES**

**Date application submitted:** _____

**If No Please Explain** _____
_____
_____

**Level of Housing Recommended:**
*(Check all that apply.  At least one item must be checked)*
**Community Care**
□ **Supported Housing Program**
□ **Supported Single Room Occupancy (Supported SRO)**
□ **Other, Specify** _____

**Level I**
□ **Family-Type Home for Adults (Adult Foster Care)**
□ **Other, Specify** _____

**Level II**
□ **Community Residence/Single Room Occupancy (CR/SRO)**
□ **Apartment Treatment Program (formerly known as Intensive Supportive & Supportive Community Residence)**
□ **Supervised Community Residence (SUPER/CR)**
□ **MICA Community Residence  (MICA/CR)**
□ **Residential Care Center (RCCA)**
□ **Residence for Adults (RFA)**
□ **Private Proprietary Home for Adults (PPHA, known as Adult Homes)**
□ **Other, Specify** _____

**Discharge Plan**

| | |
|---|---|
| 2) Nesmith Boyd | Wendy J. Counsell |
| Social Worker | Supervisor |

| Roderick Boyd | 2-4-05 | Wendy J. Counsell | 2-4-05 |
|---|---|---|---|
| Signature | Date | Signature | Date |

5

5.3.06







# CORRECTION DEPARTMENT
# CITY OF NEW YORK
## MENTAL HEALTH REVIEW
## FOR PUNITIVE SEGREGATION HOUSING

FORM: MHA-1A
EFF: 10/14/06
Ref.: DK. 5426-1-A

**SECTION I - TO BE COMPLETED BY HEARING OFFICER**

**A) Inmate Information:**

Last Name: Brown    First Name: Damon

Book & Case #: 3490626707    NYSID #: 53736949    Facility: GMDC    CMM

Housing Area: _____    DOC Admission Date: _____

**B) Infraction Information:**

Hearing Date: 9/20/07    Charge(s): 4.W.U    Disposition Date: 9/20/07

Disposition: 90 db
(Indicate amount of Punitive Segregation time)

**C) Special Instructions:** Check off appropriate box.
Submit form to the Clinic captain if either statement #1 or #2 is checked off.
Submit form to the Deputy Warden for Security if statement #3 is checked off.

1. ☒ Its inquiry indicates that inmate is known to Mental Health ("M" follows inmate's Book and Case number).

2. ☐ Date of infraction disposition is less than five (5) days of the inmate's date of admission into DOC.

3. ☐ Its inquiry DOES NOT indicate the inmate is known to Mental Health ("No" "M" follows inmate's Book and Case number) and the date of the infraction is five (5) days or more since the inmate has been admitted into DOC custody.

**D) Name of Hearing Officer:** _____

Prepared by:

| Print Name | Signature | Rank/Title | Shield/ID # | Date |
|---|---|---|---|---|
| | | CO | 1984 | Sept 5, 2011 |

**SECTION II - TO BE COMPLETED BY MENTAL HEALTH STAFF**

**A)** Based on Mental Health staff review, the inmate:

☒ Is known to Mental Health and may be placed in lock-down status in:

☒ A Punitive Segregation Unit ☒ The Mental Health Assessment Unit for Infracted inmates (MHAUII)

☐ Is known to Mental Health staff and may not be placed in lock-down status.

**B) Additional Comments:**

_____
_____
_____
_____

**C)** Name of Mental Health staff conducting the review:

David Zurich, PhD

| Print Name | Signature | Title | Date of Review | Time of Review | Hours |
|---|---|---|---|---|---|
| David Zurich | (signature) | Clinical Supervisor | 9/20/07 | 1:50 | |

**SECTION III - FACILITY REVIEW**

Signature of Deputy Warden for Security    Print Name    Date of Review

Distribution:
Original: Movement Officer (If cleared for Punitive Segregation)
Copies: Inmate's Legal Folder
Deputy Warden for Security
Mental Health Office

**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES
**PSYCHIATRIC ASSESSMENT**

11/21

| PATIENT'S LAST NAME | FIRST NAME |
|---|---|
| Brown | James |

| BOOK & CASE NUMBER | NYSID NUMBER | DOB | AGE | ETHNICITY | DATE | TIME |
|---|---|---|---|---|---|---|
| 3490620801 | 5513644R | 04/27/68 | 38y | Black | 12/02/6 | 1400 ☐AM ☑PM |

| FACILITY & HOUSING AREA | HOME ADDRESS | ☐ HOMELESS | PRIMARY LANGUAGE | SPEAK ENGLISH EFFECTIVELY | INTERPRETER NEEDED? |
|---|---|---|---|---|---|
| Q13L C45 | 713 E 108th st Bronx NY 11236 | | English | ☑YES ☐NO | ☐YES ☑NO |

**PRESENTING PROBLEM** *(Include source of referral, reason for referral and chief complaint)*

" I am depressed due to death in my family "

**HISTORY OF PRESENT ILLNESS** *(Development of each symptom with approximate date of onset, precipitating situation and course)*

38 y/o AA man, single, unemployed on public Assistant complains of feeling depressed ɛ poor sleep. Pt also complains of recent of his death sister. Pt denies suicidal / homicidal ideation.

**PAST PSYCHIATRIC HISTORY**

Does patient currently have a Mental Health Case Manager?  ☐ YES  ☑ NO

Pt ..

**PAST PSYCHIATRIC HOSPITALIZATION**

| DATES | HOSPITAL | REASONS | OUTCOME |
|---|---|---|---|
| Pt has admitted > 20 times in Brookdale | maximum & king county Hospital and last | was has in king county | |

**PAST MEDICATIONS AND RESPONSES**

Immediately prior to the patient's current arrest, was patient prescribed psychiatric medication?  ☐ YES  ☑ NO

| PAST MEDICATION TRIALS | RESPONSE |
|---|---|
| Pt denies | |
| | |
| | |
| | |

| HISTORY OF SUICIDE ATTEMPTS AND SELF INJURY | | | | CLINICIAN'S ASSESSMENT | |
|---|---|---|---|---|---|
| DATE | METHOD | PRECIPITANT | MED. ATTN REQ. | LETHALITY OF ATTEMPT | LIKELIHOOD OF RESCUE |
| 2003 | Hanging | Stress | ❏ YES ☒ NO | ☒ Low ❏ Med ❏ High | ☒ Low ❏ Med ❏ High |
| | | | ❏ YES ❏ NO | ❏ Low ❏ Med ❏ High | ❏ Low ❏ Med ❏ High |
| | | | ❏ YES ❏ NO | ❏ Low ❏ Med ❏ High | ❏ Low ❏ Med ❏ High |

| | | SOME RISK FACTORS FOR SUICIDE *(Note this is only a partial list of factors to consider in assessing if suicidal)* | | STRENGTHS |
|---|---|---|---|---|
| Does patient have suicidal thoughts? | ❏ YES ☒ NO | | | |
| Does patient have suicidal intent? | ❏ YES ☒ NO | ☒ Hx of alcohol and substance abuse | ❏ Holiday or anniversary days of significant losses | ❏ Coping Skills |
| Does patient have a suicide plan? | ❏ YES ☒ NO | ❏ Crime committed is shocking | ☒ Changes in sleeping patterns | ❏ Values / Prohibitions |
| If so, has he/she made preparations? | ❏ YES ☒ NO | ❏ Held position of respect | ❏ Rigid rather than flexible personality | ❏ Good past response to stress |
| Is the patient imminently suicidal? *(Consider Hospitalization)* | ❏ YES ☒ NO | ❏ Hopeless ❏ Persistent Helplessness | ❏ Patient has negative reaction to interviewer | ☒ Capacity for reality testing |
| Is the patient potentially suicidal? *(Consider Mental Observation Housing)* | ❏ YES ❏ NO | ❏ Irrationality | ❏ Interviewer has negative reaction to patient | ☒ Hope for future |
| If so, what factors may precipitate an attempt? | | ❏ Rage ☒ Previous suicide attempt | ❏ Serious medical problems; constant pain, recently diagnosed HIV+ | ☒ Engagement with clinician |
| | | ❏ Family Hx of suicide | ❏ Shame and guilt | |
| | | ❏ Major mood disorder | ❏ Inability to experience pleasure | |
| | | ☒ Lack or perceived lack of support system | ❏ No feelings inside | |
| | | ☒ Significant loss (death/end of relationship) | ❏ More than 10% weight loss ❏ Previous psychotic episodes | |
| What precautions are being taken to reduce this risk? 00H F9104 ng | | ❏ Closeness to court date or sentencing ❏ Suicide clusters | ❏ Self destructive command hallucinations ❏ Panic | |
| | | ❏ Sudden or unexplained improvement from intense depressive feelings | ❏ Significant loss | |

**COMMENTS:** Pt is not suicidal at this time.

**ASSESSMENT OF IMPULSIVITY** *(Self-Destructive Behavior or Assaultiveness)*

☒ None   ❏ Past Acts of Violence   ❏ Verbal or Physical Threats   ❏ Psychomotor Agitation   ❏ Paranoid Psychosis   ❏ Mania   ❏ Impulse Dyscontrol

*Comments:*

**CURRENT/PAST SIGNIFICANT MEDICAL HISTORY**

❏ None   ❏ Diabetes   ☒ Asthma   ❏ Hypertension   ❏ HIV or AIDS   ❏ Head Trauma   ❏ Seizures   ❏ Thyroid Disease   ❏ Allergies   ❏ Other

collapse of lungs

Current Medication:

NA

**FAMILY HISTORY OF MENTAL ILLNESS** *(If yes, explain)*

❏ NO   ☒ YES (Describe)   Siblings brothers has mental illness

| ALCOHOL AND SUBSTANCE ABUSE | ❏ DETOX [ ❏ Methadone   ❏ Librium]   ❏ KEEP |

| Alcohol Abuse History ☒ YES ❏ NO | History of Substance Abuse for any of the following: ❏ None  ❏ Narcotics  ☒ Cocaine ❏ Hallucinogens  ❏ Amphetamines  ❏ Stimulants/Anorexigenic  ❏ Sedatives  ❏ IVDA  ☒ Alcohol |
| Quantity: 5 bottle beer/day | *If yes, to the above questions please complete the following:* |

| Have you ever considered cutting down on your drinking? | ☒ YES ❏ NO | Drug I *(Name of Drug):* Cocaine | | Drug II *(Name of Drug):* |
| Have you ever been annoyed by people asking about your drinking? | ☒ YES ❏ NO | When was it first taken? Jun'06 | Amount per day? $150)day | When was it first taken? | Amount per day? |
| Have you ever had guilty feelings about your drinking? | ☒ YES ❏ NO | Pattern of drug use daily | | Pattern of drug use | |
| Have you ever needed a drink of alcohol as an "Eye-Opener"? | ☒ YES ❏ NO | What makes him/her start/stop using drugs & alcohol? Relax | | | |
| When was the last time you had a drink? Before | | Psychological/Physical complications if any: N/A | | | |

| CURRENT CHARGES: Robbery | PAST INCARCERATIONS: 20 |
| | Received Mental Health Services? ☒ NO ❏ YES *(If yes, comment below)* |
| Reaction to incarceration *(Past and Present)* " I feel bad " | |

Next Court Date: 12/04/06

## MENTAL STATUS
*(Check all descriptions present under each item in the examination. Write "N/A" in the space provided if the item was not assessed. Explain deviations from normal in the comments area).*

**APPEARANCE:** ☒ Chronological Age   ❏ Older   ❏ Younger   ❏ Normal Weight   ❏ Overweight   ❏ Underweight
❏ Well Groomed   ☒ Well Dressed   ❏ Unkempt   ❏ Disheveled   ❏ Any Physical Abnormalities
*Comments:*

**ATTITUDE:** ☒ Cooperative   ❏ Relates Well   ☒ Accessible   ☒ Good Eye Contact   ❏ Avoids Eye Contact   ❏ Suspicious   ❏ Guarded   ❏ Evasive
❏ Negative Attitude   ❏ Hostile   ❏ Uncooperative   ❏ Silly   ❏ Childish
*Comments:*

**ACTIVITY:** ☒ No Abnormal Movements   ❏ Abnormal Movements   ❏ Abnormal Gait   ❏ Motor Retardation   ❏ Unusual Mannerisms
❏ Unusual Gestures   ❏ Excitement   ❏ Hyperactivity   ❏ Agitation
*Comments:*

**ATTENTION:** ☒ Alert   ☒ Adequate Attention Span   ❏ Hypervigilant   ❏ Distractible   ❏ Poor Attention Span   ❏ Self Absorbed   ❏ Confused
*Comments*

**SPEECH:** ☒ Normal Rate   ❏ Slow   ❏ Hesitant   ❏ Delayed Reaction   ❏ Rapid   ❏ Pressured
❏ Loud   ❏ Low   ☒ Clear Articulation   ❏ Mumbled   ❏ Monotonous
*Comments:*

**LANGUAGE:** ❏ Poor Grammar   ❏ Limited Vocabulary   ❏ Unusual Language Use   ❏ Neologism   ❏ Interpreter Used
*Comments:* afrozed

**ORIENTATION:** ☒ Fully Oriented   ❏ Disoriented to Time   ❏ Disoriented to Place   ❏ Disoriented to Person
*Comments:*

**CONCENTRATION:** ☒ Adequate   ❏ Impaired
*Comments:*

**MOOD:** ❏ Euthymic (Normal Range)   ❏ Anxious   ❏ Irritable   ☒ Depressed   ❏ Angry   ❏ Elated
*Comments:*

**AFFECT:** ❏ Appropriate   ❏ Inappropriate   ☒ Constricted   ❏ Blunted   ❏ Flattered   ❏ Full Range   ❏ Labile
*Comments:*

**IMPULSE CONTROL:** ❏ Adequate   ☒ Moderate   ❏ Poor Control
*Comments:*

**THOUGHT PROCESS:** ☒ Spontaneous   ❏ Impoverished   ❏ Hyperactive   ❏ Overabundance of Ideas   ❏ Flight of Ideas
*Comments:*

**CONTINUITY OF THOUGHT:** ☒ Relevant   ☒ Goal Directed   ❏ Rambling   ❏ Circumstantial   ❏ Tangential   ❏ Loose Associations
❏ Derailment   ❏ Blocking   ❏ Illogical   ❏ Perseveration   ❏ Evasive   ❏ Distractible
*Comments:*

**THOUGHT CONTENT:** ☒ Normal  ☐ Preoccupations  ☐ Delusions  ☐ Thought Insertion  ☐ Ideas of Reference  ☐ Ideas of Influence  ☐ Thought Broadcasting

*Comments:*

**PERCEPTUAL DISTURBANCE:** ☐ No Perceptual Distortions  ☒ Auditory Hallucinations  ☐ Visual Hallucinations  ☐ Tactile Hallucinations  ☐ Illusions  ☐ Depersonalization  ☐ Derealizations

*Comments:*

**INTELLECTUAL FUNCTIONING:** ☐ High  ☒ Average  ☐ Low     Signs of Gross Mental Retardation  ☐ Yes  ☒ No

*Comments:*

**MEMORY:** ☒ No Memory Impairment  ☐ Memory Impaired     [ ☐ Remote  ☐ Recent  ☐ Immediate ]

*Comments:*

**SUICIDAL:** ☒ No Suicidal Thoughts  ☐ Suicidal Thoughts  ☐ Recent Gesture  ☐ Recent Attempt  ☐ Actively Suicidal

*Comments:*

**HOMICIDAL:** ☒ No Homicidal Thoughts  ☐ Homicidal Thoughts  ☐ Threatening Behavior  ☐ Actively Homicidal

*Comments:*

**INSIGHT:** ☐ Complete Denial of Illness  ☐ Slight Awareness of Illness  ☐ Aware – Refuses Treatment  ☒ Aware – Accepts Treatment

*Comments:*

**JUDGMENT:** ☐ Adequate  ☒ Mildly Impaired  ☐ Severely Impaired

*Comments:*

**CLINICAL FORMULATION:** *(Include patient identification and pertinent information, summary of Hx of psychiatric illness, summary of clinical Hx, summary of pertinent objective MSE findings, dynamic formulation, discussion of differential diagnosis, working diagnosis, outline of treatment plan.)*

38 y/o AA man, single, unemployed on PA, > 20 prior incarcerations, who also complains of feeling depressed & poor sleep. Pt's aunt died last week. Pt also complains of hearing voices of his death sister. Pt uses alcohol and cocaine/everyday. Pt has Asthma & collapse of lung. Pt has poor social support.

**AXIS I:** R/O SIMD, alcohol & cocaine dependence  R/O SIPD

**AXIS II:** Antisocial PD

**AXIS III:** Asthma, lungs collapse

**AXIS IV:** *Stressors*  ☐ None  ☐ Mild  ☒ Moderate  ☐ Severe  ☐ Extreme   Death of his aunt

**AXIS V:** GAF Past  60   GAF Present  60-70

## PRELIMINARY TREATMENT PLAN

| PROBLEMS IDENTIFIED | GOALS | SUGGESTED TREATMENT |
|---|---|---|
| depressed mood a hallucination | Euthymic mood Remission of all | Pharmacotherapy |

## MEDICATION LIST

❏ None Prescribed

| START DATE | MEDICATION | TARGET SYMPTOMS |
|---|---|---|
| 12/2/6 | Remeron 30mg pqhs | depression |
| | | |
| | | |

## PATIENT EDUCATION — SIDE EFFECTS

Patient education provided on side effects of proposed medication?   ❏ NA   ☑ Yes   ❏ No *(Reason, explain below)*

## LABS ORDERED

☑ None

| LAB TYPE | DATE ORDERED |
|---|---|
| | |
| | |
| | |

## MODIFIED ABNORMAL INVOLUNTARY MOVEMENT SCALE

*(Rate severity observed. Rate movement that occur on activation one LESS then those observed spontaneously)*
❏ NA   **CODES:**   0 = None   1 = Minimum (may be extreme normal)   2 = Mild   3 = Moderate   4 = Severe

| FACIAL/ORAL MOVEMENTS | | | | | | EXTREMITY MOVEMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muscles of facial expressions | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 | Upper (arms, wrists, hands, fingers) | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 |
| Lips and perioral area | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 | Lower (legs, knees, ankles, toes) | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 |
| Jaw | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 | **TRUNK MOVEMENTS** | | | | | |
| Tongue | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 | Neck, shoulders, hips | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 |

### GLOBAL JUDGEMENTS

| | NO AWARENESS | AWARE NO DISTRESS | AWARE MILD DISTRESS | MODERATE DISTRESS | SEVERE DISTRESS |
|---|---|---|---|---|---|
| Severity of abnormal movements | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 |
| Incapacitation due to abnormal movements | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 |
| Patient's awareness of abnormal movements | ☑ 0 | ❏ 1 | ❏ 2 | ❏ 3 | ❏ 4 |

## DISPOSITION

| ❏ GENERAL POPULATION WITH NO FOLLOW-UP | ☑ GENERAL POPULATION WITH MENTAL HEALTH FOLLOW-UP | MENTAL OBSERVATION HOUSING |
|---|---|---|
| | ❏ Clinician   ☑ Psychiatrist | ❏ Cell   ❏ Dormitory   ❏ Suicide Watch<br>❏ Mental Health Center   ❏ Hospital<br>❏ Other: _____ |

Next Scheduled Visit: _____ / _____ / _____   7 days

| A.K.M. Quyyum, M.D. | 12/2/6 | | Dana     Psy.D.   Clin. Sup. | 12-3-06 |
|---|---|---|---|---|
| PSYCHIATRIST PRINT, TITLE AND SIGNATURE | DATE | RECEIVED BY UNIT CHIEF, CLINICAL SUPERVISOR OR SUPERVISING PSYCHIATRIST | | DATE |

CHS 284 (Rev. 9/06)                                                                 Page 5 of 5

DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
Mayor

Thomas R. Frieden, M.D., M.P.H.
Commissioner

nyc.gov/health

FIRST NAME: James LAST NAME: Brown

DATE OF DISCHARGE: ______ FACILITY: GMDC

DOB: 4-27-68

---

YOU HAVE BEEN REFEERRED TO THE FOLLOWING:

PROGRAM NAME: **Canarsie Aware**

REFERRAL DATE: ______

TELEPHONE: **(718) 257 - 3195**

ADDRESS: **1285 Rockaway Ave, Brooklyn, NY**

CONTACT PERSON: **Intake**

HOURS: **9 - 3 PM**

---

*I HAVE RECEIVED A COPY OF THE INFORMATION OF THE PROGRAM I AM BEING REFERRED TO.*

James Brown
SIGNATURE OF THE CLIENT

2-6-07
DATE

## PSYCHIATRIC INPATIENT TREATMENT

❑ N/A | Number of Hospitalizations in the last twelve (12) months: ? | Number of Hospitalizations in the last three (3) years: ?

| HOSPITAL NAME | YEAR OF ADMISSION | REASON(S) FOR ADMISSION |
|---|---|---|
| Brookdale Kings County | | pt unable to specify |

## SUBSTANCE ABUSE (INCLUDING ALCOHOL) HISTORY

❑ N/A | Prior Diagnosis of Substance Dependency: ❑ None ❑ IVDA ☑ Unknown ❑ Other: ________

Longest Period of Sobriety: | Current Clean Time:

| SUBSTANCE | AGE OF ONSET | LAST USE | AMOUNT USED PER DAY |
|---|---|---|---|
| Cocaine | June '06 | unsure AT per pt. | $2/$50 - $200 |
| ETOH | pt unsure | pt unsure | "A lot" |

Impact of drugs and alcohol on patient (*Physical/Mental/Social*):
"made me relax"

## SUBSTANCE ABUSE TREATMENT

☑ None ❑ Inpatient ❑ Outpatient ❑ MICA ❑ 12-Step ❑ Opiate Maintenance Program | # Of Detoxes: ________ | Last Treatment Date: ________

Most Recent Treatment Provider: | Name: pt Denies | Address:

Phone: | Program Completed? ❑ YES ❑ NO

Clinician's Assessment of Patient's Current Motivation to Change: ❑ N/A ❑ HIGH ❑ MEDIUM ☑ LOW ❑ NONE

## FAMILY HISTORY

Describe Family – Origin A.A

Mental Illness? ☑ YES ❑ NO (*Describe*) sister | Substance Abuse? ❑ YES ❑ NO (*Describe*) pt denies

Marital Status and Children: none

Community Support Contact: | Name: pt refused | Address: | Phone:

❑ Family Member ❑ Significant Other ❑ Lives with Patient ❑ Other:

## CURRENT SOCIAL STRESSORS/FAMILY ISSUES

Incarcerated

## HISTORY OF PHYSICAL AND/OR SEXUAL ABUSE

| | | |
|---|---|---|
| Was the patient physically abused? | ❑ YES | ☑ NO |
| Was the patient sexually abused? | ❑ YES | ☑ NO |
| Has the patient physically abused children? | ❑ YES | ☑ NO |
| Has the patient sexually abused children? | ❑ YES | ☑ NO |

pt Denies

## HOUSING (MOST RECENT RESIDENCE) ❑ STABLE ❑ PRECARIOUSLY HOUSED

❑ Private Home ❑ Own ❑ Rent ❑ Lease Holder? ❑ YES ❑ NO | Supportive Housing: ❑ Mental Health ❑ Substance Related ❑ Medical ❑ Hospital/Inpatient

❑ Shelter Based Housing | Duration: | Reason:

❑ Homeless Not In Shelter | Duration: pt | Reason: (N/A) uncooperative

## EMPLOYMENT AND EDUCATION HISTORY

❑ Unemployed ❑ Employed (*Describe*) pt uncooperative | Last Grade of School Completed? pt uncooperative | Special Education Services ❑ YES ❑ NO

## ENTITLEMENTS ❑ PSYCHIATRIC DISABILITY ❑ MEDICAL DISABILITY

Are you receiving any entitlements? ☑ NONE ❑ SSA ❑ SSI ❑ VA ❑ PA ❑ FS ❑ MEDICAID ❑ OTHER: ________

Has the patient suffered serious symptoms or any serious impairment in social, occupational or school functioning due to mental illness on a continuous or intermittent basis in the last twelve (12) months? ❑ YES ❑ NO pt poor informant

**RISK ASSESSMENT**

History of Self-Injury?   ☐ NO   ☑ YES  *(Describe Below and Consider Referral to Psychiatry)*

| DATE | METHOD | PARTICIPANT | COMMENTS: |
|------|--------|-------------|-----------|
| 2003 | Hanging | Stress | Referral to Psychiatrist?  ☐ YES  ☑ NO<br>Referral to Hospital?  ☐ YES  ☑ NO<br><br>not currently<br>⊖ SI/HI |
|  |  |  |  |
|  |  |  |  |

**CLINICAL FORMULATION:** *(include interpersonal relationships, strengths, weakness, patterns of coping, substance abuse, impressions as to validity of symptoms/ information, diagnosis.)*

Pt 38 y/o AA male who has been refusing MH services since 12/06. Pt was transfered to MHAUII to serve BOX time and has been largely uncooperative w/ MH clinician. Pt was a poor informant and presented w/ rapid/loud speech, hyperactivity and rambling/tangential thoughts.

Pt originally came to MH services due to death in family/Depression. At time of interview pt was euthymic, future oriented and ⊖ SI/HI. Pt to be discussed w/ MH Clinical Supervisor.

#As per PA 12/2/06

AXIS I: R/O SIMD, ETOH + Cocaine Dependence
R/O SIPD

AXIS II: ASPD

AXIS III: Asthma, collapsed lung

| AXIS IV: | Stressors | ☐ None | ☐ Mild | ☑ Moderate | ☐ Severe | ☐ Extreme |
|----------|-----------|--------|--------|------------|----------|-----------|

AXIS V:   GAF Past  (00-70)        GAF Present  (01-77)

| Christina Minervini, MA<br>Mental Health Clinician | | 5/18/07 | David Jurich, PhD<br>Clinical Supervisor | 5/18/07 |
|------|------|------|------|------|
| CLINICIAN PRINT AND SIGN | | DATE | RECEIVED BY UNIT CHIEF CLINICAL SUPERVISOR OR SUPERVISING PHYSICIAN | DATE |

CHS 282 (Rev 9/05)

## Discharge Plan

*__Date of Preliminary Appointment:__* _____

_____

*Name of the Preliminary Appointment Agency*

_____

*Preliminary Appointment Agency Contact Person Name*

_____

*Preliminary Appointment  Agency Telephone Number*

Refused:  ☐ NO        ☐ YES (See Declination Form)  ☑ N/A

_____

☐ Accepted LINK Referral (SPMI Only):   ☐ NO     ☐ YES

☐ LINK Referral Date:  _____

Borough LINK Program: _____

Borough LINK Agency Contact Person Name: _____

Borough LINK Agency Telephone Number _____

Refused:  ☐ NO        ☐ YES (See Declination Form)  ☑ N/A

_____

_____

Homelessness Status (check the reasons for the referral):
☐ Living on the street or some other space not meant for human habitation ( car, etc)
☐ Living with others without a lease (family or friends)
☐ Living in SRO
☐ Living in a shelter (emergency, transitional or drop-in center) continuously for 4 months or used shelter 14 days non continuously within the last 60 days
☐ Living in an institutional/correctional facility without a permanent address
☐ Was homeless in the past but is now housed and in danger or being evicted
☐ Now housed but in danger of being evicted
☐ Homeless for a year or more
☐ Homeless more than once within the past several years

| NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE PROGRESS NOTE | Brown James 349-06-20801 |
|---|---|

**EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED**
CHART NOT AVAILABLE

| DATE | OBSERVATIONS |
|---|---|
| 2/6/07 | Discharge Planner Note |
| GMDC | SW met with client via transfer list to offer discharge-planning services.  SW explained services to client in details.  Client accepted a mental health referral.  Client signed the following releases:  Mental Health community placement, Authorization for release of mental health information and to contact criminal defense attorney, Facility brochure, and Declination for HRW 2000, if SPMI. Client was given referral to Canarsie Aware located at 1285 Rockaway Ave, Brooklyn.  Client was given discharge planning booklet and referral. |
| | Citrix database updated-------------------------------------------------------------------------------- |
| | Drucilla NeSmith-Barker, MSW |
| | Discharge Planner |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Brown, James
349-06-20801

| DATE | OBSERVATIONS |
|---|---|
| 2/8/07 CMDC | Caseworker met client and explained all the services provided by Brad H Client. Client signed MAPS Prescreening form. ~~and~~ He's aware that the Social Worker will provide program referral. Data was entered in Citrix. |
| | S. Bailey Caseworker |
| 2/9/07 CMDC | Client's Medicaid was reactivated as of 2/9/07. |
| | S. Bailey Caseworker |

*Reminder: Fully Complete the Problem List*

**THE CITY OF NEW YORK**

**DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H
*Commissioner*

nyc.gov/health

---

**DOHMH Database Update Sheet**

Caseworker's Name: _Drako_          Today's Date: _2-6-07_

Circle DOC Facility:
1. AMKC   2. ARDC   3. BKHDM   4. GMDC   5. GRVC   6. MDC   7. NIC   8. OBCC   9. QnHD   10. RMSC
11. WF   12. EMTC   13. EHPW   14. KGPW   15.VCBC

Client's Name: First: _Sonia_   MI: ___   Last: _Brown_

AKA: First: ___   MI: ___   Last: ___

Book & Case #: _349D6.20801_          NYSID #: _SS 13 1448_

Date of Birth: _12/26/68_   Gender: Male / Female   Social Security #: _658/60.1878_

Race: (Circle all that apply) 1- Black/African American   2. White/Caucasian   3. Asian/Pacific Islander   4. Native American   5. Other   6. Unknown

Race Other: ___

Hispanic: (NS) – Unknown    (HP) – Hispanic    (NH) – Not Hispanic

Primary Language: ✓ 1. English    2. Spanish    3. Chinese    4. Other

If Client Has an Address, Please List Below:

If client is homeless please indicate

Primary residence / mailing

Street Address: _1B3 E 108 St_

Apt #: _1C_   City: _N.Y._   State: ___   Zip: _11236_

Date Known to Live Here? ___
(month , day, year format)

If Client has a phone number where he/she can be reached after discharge: (List below)

Phone: _646-732-5021 (Roberts)_

Phone: ___

Phone: ___

# THE CITY OF NEW YORK
### DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

## CONSENT FOR RELEASE OF INFORMATION

### Includes Confidential HIV Related Information

PATIENT NAME _James Brown_

Street, Apt. _713 E 108# 1C_   Date of Birth _4_ / _27_ / _68_

City, State, Zip _Bklyn 11236_   Tele. No. _646-733-5021_

1.   I hereby authorize _____ to release information from my
_____
(Name of Facility)

medical record to _____
_____(Name)_____        _____(Address)_____

for purpose of   **MENTAL HEALTH COMMUNITY PLACEMENT**

2.   The specific information requested is  (check one)

☐   Confined to records regarding admission and treatment for the following medical condition or injury

_____ on or about (Date) _____

☐   Covering records from (Date) _____ to (Date) _____

☒   Confined to the following specific information: Problem list with PPD results, Intake Physical and History, Psychosocial Evaluation, Psychiatric Assessment, Recent Medication Information, Mental Health Progress notes, DSN, Entitlement Applications and Responses, Chest X-Ray results if applicable

☐   Entire Record

3.   If the requested portion of the record contains information pertaining to drug or alcohol treatment or contains HIV related information, you must specially consent to the release of such information by initiating one or both of the following

☐   I understand that if my records contain information concerning drug or alcohol treatment, such information will be released pursuant to this consent form

☐   I understand that if my records contain confidential HIV related information, such information will be released pursuant to this consent form. Confidential HIV related information is any information indicating that a person was administered an HIV test or has HIV infection, HIV related illness or AIDS, or is any information which could indicate that a person has been potentially exposed to HIV

4.   I understand that this consent will expire when acted upon or 90 days from date, whichever occurs first. I know I do not have to allow release of HIV related information and that I can change my mind at any time before it is released. If I experience discrimination because of release of HIV confidential information, I can call the NYS Division of Human Rights at (212) 870-8624 and the NYC Commission on Human Rights at (212) 566-5493

X _James Brown_                                    _2-6-07_
_____(Signature of Patient or Representative)_____        _____(Date)_____

_Self_
_____(Relationship to Patient)_____

_____
_____(Address)_____

⊡   PATIENT MUST CONSENT TO THE RELEASE OF THE ENTIRE CONTENTS OF A RECORD CONTAINING HIV RELATED INFORMATION

THIS CONSENT FORM WAS APPROVED BY THE STATE DEPARTMENT OF HEALTH (7/89)

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

## AUTHORIZATION FOR RELEASE OF MENTAL HEALTH INFORMATION AND TO CONTACT CRIMINAL DEFENSE ATTORNEY

1.  **I UNDERSTAND THAT IN ORDER FOR NEW YORK** City Department of Health & mental Hygiene and/or its contractor to determine the appropriate mental health services I am to receive during incarceration, it may be necessary for NYCDOHMH Discharge Planners and/or its contractor to contact my criminal defense attorney to ascertain my anticipated date of release from jail.

2.  I also understand that it may be necessary for personnel from the Service Planning Assistance Network ("SPAN") and/or LINK to contact my criminal defense attorney in order to facilitate my receipt of mental health discharge planning services from SPAN and/or LINK after my release from jail.

3.  I also understand that as a result of such contacts, my mental health condition will likely be disclosed to my criminal defense attorney.

4.  **Permission to contact criminal defense attorney and to disclose mental condition:** I hereby give permission for DOHMH Discharge Planners, its contractor, SPAN and LINK to contact my criminal defense attorney and disclose my mental health condition and such other information as may be necessary to allow my criminal defense attorney to ascertain my anticipated date of release from jail, and to assist SPAN and/or CHS and/or its contractor in ascertaining my anticipated date of release from jail, and to assist SPAN and/or LINK in providing me with mental health discharge planning services after my release from jail.

5.  **Right to revoke:** I understand that I have the right to revoke this authorization at any time by sending a written notice to Correctional Health Services, Attention: Director of Discharge Planning. I understand that any use or disclosure of my mental health information made before I revoke this form will not be affected by my revocation.

6.  I understand that if I do not sign this form, it will not affect my ability to receive medical or mental health treatment or benefits (if I am in fact entitled to any such benefits).

7.  **Re-disclosure:** I understand that after my mental health information is disclosed to the persons listed in paragraph 4 above, the recipients might re-disclose it, and federal privacy laws might not protect this information after it is disclosed.

8.  I understand that a photocopy of this form is valid as the original, and that I will receive a photocopy of this authorization.

9.  **Expiration:** I understand that this authorization will expire sixty (60) days after my release from incarceration in a New York City jail.

INMATE'S NAME ➤ _____

INMATE'S SIGNATURE ➤ _____   DATE: 2-6-07

DISCHARGE PLANNER'S NAME: _____   BOOK & CASE # 379-06-20801

DISCHARGE PLANNER'S SIGNATURE: _____

**TO DISCHARGE PLANNER:**

If the inmate has signed the consent above, please complete the following based on information provided by inmate.

Name of Inmate's Attorney _____

Attorney's phone number _____

Attorney's Affiliation (i.e., Legal Aid Society, 18B Attorney, Firm Name) _____

# THE CITY OF N_W YORK

DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

## FACILITY BROCHURE

Client First Name _James_ NYSID _5513644R_ Facility _GMDC_

Client Last Name _Brown_ Book and Case # _349-06-20801_

Discharge Planner _DNeSmith Barker_

---

1. I have received a copy of the SPAN Brochure.
2. The services SPAN can help me with have been explained to me.
3. I understand how to use SPAN when I go back to the community.
4. I know where the SPAN office is (in the borough I am most likely to use it).

---

5. I have received a copy of the Discharge Planning Rights Brochure.
6. The Discharge Planning Rights Brochure has been explained to me.
7. I understand how to use my Discharge Planning Rights.

---

8. I have received a copy of the Services in the Community Brochure.
9. The Services in the Community Brochure has been explained to me.
10. I understand the Services in the Community Brochure.

---

By signing this paper I acknowledge that I have received the information listed above.

Client's Name (Print) _James Brown_ Date _2-6-07_

Client's Signature _James Brown_ Date _2-6-07_

---

By signing this paper I acknowledge that I have explained the above mentioned to the client.

Discharge Planner's Name (Print) _DNeSmith Barker_ Date _2-6-07_

Discharge Planner's Signature _DNeSmith Barker_ Date _2-6-07_

# THE CITY OF NEW YORK

## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health



## DECLINATION OF DISCHARGE PLANNING

NAME: _Brown_ Anna

NYSID #: _5513649 46_

B/C #: _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_

FACILITY: _GMDC_

DATE: _2-6-07_

This form serves to demonstrate that while I have been offered discharge planning services, I choose not to participate at this time.    I am aware that I may seek assistance for discharge planning at any future point by notifying a member of the Mental Health Department.

I choose not to participate in the following:

[✓] All Discharge Planning Services

[ ] HRA Prescreening

[ ] Medicaid Application

[ ] Public Assistance Program, if SPMI

[✓] HRA 2000, if SPMI

[ ] Transportation, if SPMI or likely SPMI

[ ] Boro LINK Placement, if SPMI

[ ] Disclosure of protected Medical information to BRAD H Monitors

[✓] Department of Homeless Services referral

[ ] Veterans referral

[ ] Medication upon release

[ ] Medication Grant Program Participation

[ ] Community Mental Health Placement

[ ] SPAN Brochure

[ ] Discharge Planning Rights Brochure

PATIENT'S SIGNATURE: _Anna Brown_

DATE: _2-06-07_

STAFF'S PRINTED NAME: _Nesmith Baker_

STAFF'S SIGNATURE: _Nesmith Baker_

DATE: _2-6-07_

---

The above named patient has indicated his/her choice to decline all or some discharge planning services, and he/she has elected not to sign this document.

Staff's signature: _____ Date: _____

Witness: _____ Date: _____

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
Correctional Health Services

## Authorization for Use of Disclosure of Health Information Including Confidential Information

[Brad H]

Patient Name: _James Brown_

Date of Birth: _4-27-68_

Book and Case: _349-06-20801_    NYSID Number: _5513644R_

Date(s) of Incarceration: _____    Facility/Facilities _© MDC_

Purpose of this consent form.  A judge of the Supreme Court of the State of New York, in a court ordered Settlement Agreement in the case of Brad H v. The City of New York (New York County, Index No.: 117882/99), has ordered the New York City Department of Health and Mental Hygiene Correctional Health Services ("CHS") to provide Court-appointed compliance monitors ("monitors") with copies of your CHS medical, mental health and discharge planning records, without a consent from you. However, the Court ordered that CHS may not show the monitors any of your HIV-related information without your specific consent. The Court also ordered that the monitors may not make copies of any records containing alcohol and substance abuse related information without your specific consent.  You may consent to disclosure of HIV information and copying of alcohol/substance abuse information by initialing one or both of the following paragraphs.

1. HIV information. I hereby authorize the New York City Department of Health and Mental Hygiene CHS to disclose any confidential HIV-related information which may exist in my medical or mental health records to the Court-appointed monitors and their employees for the purpose of monitoring compliance with terms of the Settlement Agreement in the case of Brad H v. City of New York.

_J.B._
initial    I understand that if my records contain confidential HIV related information (defined as any information indicating that a person was administered an HIV test or has HIV infection, HIV related illness or AIDS, or is any information which could indicate a person has been potentially exposed to HIV), such information will be disclosed to the Court-appointed monitors if I initial this paragraph

If you do not initial this paragraph, your medical and mental health records can still be released, but confidential HIV related information will be removed from the copy of the records released.

# REFERRAL OF INMATES TO
# MENTAL HEALTH SERVICES

| | | | |
|---|---|---|---|
| | Size 1 of 2 | FORM NO. 4018R EFF. 04/08/99 REF. DIR. 4018R | |

| Inmate's Name: Brown, James | Book and Case Number: 349-06-20801 | Location: QU4 L13 #4 | Date: 12/05/06 |
|---|---|---|---|

| Name/Shield Number of Reporting Officer: Saint-Fleur #4377 | Name/Shield Number of Supervisor Notified: Capt Evans # |
|---|---|

## BEHAVIORAL CHECKLIST

Listed below are some of the behavioral traits that may indicate a need for Mental Health referral. (Circle the appropriate item[s]).

1. Showing radical changes in behavior;
2. Expressing a desire to commit suicide and/or attempting suicide;
3. Planning to inflict bodily harm, attempting or actually carrying out the act. (This may be expressed verbally or through written communication);
4. Unable to sleep, particularly at night, awakening at odd hours of the early morning and brooding;
5. Arranging personal belongings in order, after habitual disorder;
6. Any signs indicating a trip is being planned e.g., packing personal belongings, discussing travel arrangements etc., when such a trip is not feasible;
7. Giving away valued possessions, e.g., wearing apparel, books, pictures, cigarettes, commissary, etc.;
8. Continually refusing to lock-out during lock-out periods;
9. Hiding or attempting to hide, from view of the correction officer/observation aide;
10. Appearing to be talking to someone when, in fact, no one is present;
11. Frequent displays of shouting, crying and/or screaming;
12. Attempting to inflict self injury by banging parts of the body against the walls or fixtures;
13. Complaining of ailments(s), illness(es) and/or disease(s) that are nonexisting;
14. Expressing a belief that there are plots or plans against personal safety; believing that someone or everyone is watching, talking, spying or acting suspiciously;
15. Having hallucinations/delusions (seeing objects or hearing voices that do not exist);
16. Unusual loss of memory;
17. Showing poor personal hygiene or appearance, doesn't shave, wash or change clothes, etc.;
18. Exhibiting strong feelings of guilt;
19. Being depressed;
20. Constantly fighting and arguing with other inmates;
21. Being alarmed (frightened) or in a state of panic;
22. Any unusual action or behavior that should be brought to the attention of the Mental Health Staff.

Other: (explain) _____

_____

## SUPERVISING OFFICER'S ASSESSMENT AND RECOMMENDATION

Please Watworth

| Supervisor's Name: Capt Evans | Shield Number: 204 | Date: 12/5/06 |
|---|---|---|




**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

| REFERRAL OF INMATES TO MENTAL HEALTH SERVICES | Side 1 of 2 | FORM NO. 4018R EFF. 04/08/99 REF. DIR. 4018R |
|---|---|---|

| Inmate's Name: Brown, James | Book and Case Number: 349-06-20801 | Location: Qh 13 Cell 2 | Date: 12/02/06 |
|---|---|---|---|

Name/Shield Number of Reporting Officer: Doran L # 17079

Name/Shield Number of Supervisor Notified:

### BEHAVIORAL CHECKLIST

Listed below are some of the behavioral traits that may indicate a need for Mental Health referral. (Circle the appropriate item[s]).

1.  Showing radical changes in behavior;
2.  Expressing a desire to commit suicide and/or attempting suicide;
3.  Planning to inflict bodily harm, attempting or actually carrying out the act. (This may be expressed verbally or through written communication);
4.  Unable to sleep, particularly at night, awakening at odd hours of the early morning and brooding;
5.  Arranging personal belongings in order, after habitual disorder;
6.  Any signs indicating a trip is being planned e.g., packing personal belongings, discussing travel arrangements etc., when such a trip is not feasible;
7.  Giving away valued possessions, e.g., wearing apparel, books, pictures, cigarettes, commissary, etc.;
8.  Continually refusing to lock-out during lock-out periods;
9.  Hiding or attempting to hide, from view of the correction officer/observation aide;
10. Appearing to be talking to someone when, in fact, no one is present;
11. Frequent displays of shouting, crying and/or screaming;
12. Attempting to inflict self injury by banging parts of the body against the walls or fixtures;
13. Complaining of ailments(s), illness(es) and/or disease(s) that are nonexisting;
14. Expressing a belief that there are plots or plans against personal safety; believing that someone or everyone is watching, talking, spying or acting suspiciously;
15. Having hallucinations/delusions (seeing objects or hearing voices that do not exist);
16. Unusual loss of memory;
17. Showing poor personal hygiene or appearance, doesn't shave, wash or change clothes, etc.;
18. Exhibiting strong feelings of guilt;
19. Being depressed;
20. Constantly fighting and arguing with other inmates;
21. Being alarmed (frightened) or in a state of panic;
22. Any unusual action or behavior that should be brought to the attention of the Mental Health Staff.

Other: (explain) Recent death within the Family

### SUPERVISING OFFICER'S ASSESSMENT AND RECOMMENDATION

| Supervisor's Name | Shield Number: | Date: 12-2-06 |
|---|---|---|

NYC HEALTH AND HOSPITALS CORPORATION
CORRECTIONAL HEALTH SERVICES

PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

*BROWN, JAMES*
*349 06 20801*
*4U*

| DATE | OBSERVATIONS |
|------|--------------|
| 12/04/06 | **Psychiatry – Medication Reevaluation** |

**Subjective:** *No cupp.*

**Objective:** (Include significant new symptoms since last exam)
*No new symptoms*

General Appearance: *gagfl dress & groom*
Mood: *Euthmic*      Affect: *Stable, gagfl & of full range*
Thought Process: *Logl, Cnt & gml dirtd*
Perceptions: *no hallux or delus*
Insight: *Fair*      Judgment: *Fair*      Impulse control: *Fair*
Other:

**Assessment:** *Stable*

Adverse medication effects ____ Yes ✗ No If yes, explain

Response to medications: *Stable*
Diagnosis: Axis I *SIMD; dstr & cocn depend*
Axis II *ASPD*
Axis III *B.A;*

**Plan:** (Complete each column below for all meds whether new, discontinued or continued)

| Medications prescribed | Dose | Frequency | Target Symptoms | % Compliance |
|------------------------|------|-----------|-----------------|--------------|
| 1 *DC Remn* | *30r* | *PO QHS* | *Depr* | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Please give reasons for any medication changes: *Pt. requests to DC Remn bcuse he's sleeping well.*

Clinic Follow-up: Yes ✗ No[ ]      Weeks ✗ Days
PATIENT EDUCATION: DISCUSSED WITH PATIENT FOLLOW UP CARE, MEDICATION COMPLIANCE, AND SIDE EFFECTS: YES ✗ NO[ ]

Signed: _____

*Reminder: Fully Complete the Problem List*   *(P. Formica, MD)*

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

CHS FORM B

# MEDICATION ORDER SHEET

POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |
| INDICATION | | | | | | |

3

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | | | | | | |
| INDICATION | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| | | | | | |

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| Brown | James | 349062080 1 | (9) | N/KDA |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |
| INDICATION | | | | | | |

2

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | | | | | | |
| INDICATION | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| | | | | | |

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| Brown | James | B 349062080 1 | 13L | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| Remeron | 30mg | Po | qhs | 7d | | |
| INDICATION: depression | | | | | | |

1

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | | | | | | |
| INDICATION | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 12/26 | 1450 | [signature] | A.K.M. Quyyum, M.D. Psychiatry | | |

Write medication orders beginning from bottom of page.
Chart Copy–White; Pharmacy Copy–Yellow

CHS 326 (4/04)

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE **CHS FORM B**

# MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION | | | | | | |
| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh | |
| | | | | | | |

**2**

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION | | | | | | |
| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh | |
| | | | | | | |

**1**

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | | |
|---|---|---|---|---|---|---|
| Brown | James | 3490620801 | 40 | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| D/C Remeron | 30 mg | PO | QHS | D/C | | |
| INDICATION: Depression | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | |
| INDICATION: PET[illegible] | | | | | | |
| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh | |
| 12/07/06 | 2:30 pm. | [signature] | D[illegible] | | | |

Write medication orders beginning from bottom of page.
Chart Copy–White; Pharmacy Copy–Yellow

CHS 326 (4/04)

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

5/30/2007
12:44:05 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/1A** | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** |
| Form: | **Tab** | SIG: | **1 tab po bid pc** | | |
| Reason: | **Other - Headache** | Start: | **5/30/2007** | Duration: | **4 days** |
| Written by: | **Roberto Deguzman, Physician** | | | | |
| Approved by: | **Roberto Deguzman, Physician** | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

**DC:**

| Report ID: IRC00100 | **Pharmacy Order** | 5/22/2007 |
|---|---|---|
| | Sorted by: Start Date | 2:41:20 PM |

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** | |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/1A** | | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** | |
| Form: | **Tab** | SIG: | **2 tabs po bid** | | | |
| Reason: | **Other - tension headache** | Start: | **5/22/2007** | Duration: | **3 days** | |
| Written by: | **Thomas Schwaner, PA - Physician Assistant** | | | | | |
| Approved by: | | | | Pharm: | _____ | |
| Allergies: | **NKA** | | | | | |

Dr. Rhenald Hyndman, MD          DC:

$/ \sim (\Upsilon$

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

5/17/2007
1:23:18 PM

| | | | | |
|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/1A** | |
| Drug: | **Tylenol** | | | Dosage: **325MG** |
| Form: | **Tab** | SIG: | **2 tabs po bid or prn** | |
| Reason: | **Other - headache** | Start: | **5/17/2007** | Duration: **3 days** |
| Written by: | **Edzer Roche PA - Physician Assistant** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

**DC:**

Page 1 of 1

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

4/23/2007
3:29:53 PM

| | | | | |
|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/8A** | |
| Drug: | **Peridex** | | | Dosage: **0.12%** |
| Form: | **Solution** | SIG: | **10 cc po mouth wash bid** | |
| Reason: | **Other - Dental hygiene** | Start: | **4/23/2007** | Duration: **7 days** |
| Written by: | **Roberto Deguzman, Physician** | | | |
| Approved by: | **Roberto Deguzman, Physician** | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

## DC:

| | | | | |
|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/8A** | |
| Drug: | **Nexium** | | | Dosage: **40MG** |
| Form: | **Capsule** | SIG: | **1 cap po od** | |
| Reason: | **Other - Dyspepdia** | Start: | **4/23/2007** | Duration: **14 days** |
| Written by: | **Roberto Deguzman, Physician** | | | |
| Approved by: | **Roberto Deguzman, Physician** | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

## DC:

| | | | | |
|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/8A** | |
| Drug: | **Motrin** | | | Dosage: **400MG** |
| Form: | **Tab** | SIG: | **1 tab po bid pc prn** | |
| Reason: | **Other - headache** | Start: | **4/23/2007** | Duration: **3 days** |
| Written by: | **Roberto Deguzman, Physician** | | | |
| Approved by: | **Roberto Deguzman, Physician** | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

## DC:

Page 1 of 1

Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

3/23/2007
8:01:40 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GMDC/6UA** | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** |
| Form: | **Tab** | SIG: | **1 tab/BID** | | |
| Reason: | **Other - pain** | Start: | **3/23/2007** | Duration: | **4 days** |
| Written by: | **Lynn Devivo, PA - Physician Assistant** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GMDC/6UA** | | |
| Drug: | **Peridex** | | | Dosage: | **0.12%** |
| Form: | **Solution** | SIG: | **QS/rinses/BID** | | |
| Reason: | **Other - Dental** | Start: | **3/23/2007** | Duration: | **14 days** |
| Written by: | **Lynn Devivo, PA - Physician Assistant** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:



Page 1 of 1

| | | | |
|---|---|---|---|
| **Report ID: IRC00100** | **Pharmacy Order**<br>**Sorted by: Start Date** | | **5/15/2007**<br>**1:04:26 PM** |

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/1A** | | |
| Drug: | **Nexium** | | | Dosage: | **40MG** |
| Form: | **Capsule** | SIG: | **1 cap po qd** | | |
| Reason: | **Other - dyspepsia** | Start: | **5/15/2007** | Duration: | **14 days** |
| Written by: | **Edzer Roche, PA - Physician Assistant** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **GRVC/1A** | | |
| Drug: | **Tylenol** | | | Dosage: | **325MG** |
| Form: | **Tab** | SIG: | **2 tabs po bid or prn** | | |
| Reason: | **Other - headache** | Start: | **5/15/2007** | Duration: | **3 days** |
| Written by: | **Edzer Roche, PA - Physician Assistant** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

Report ID: 1RC:00100

# Pharmacy Order
### Sorted by: Start Date

2/2/2007
2:13:47 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **AMKC/QUAD-L9** | | |
| Drug: | **Tramadol HCl** | | | Dosage: | **50MG** |
| Form: | **Tab** | SIG: | **BID** | | |
| Reason: | **Other - TOOTHACHE** | Start: | **2/2/2007** | Duration: | **4 days** |
| Written by: | **Yves Gauvin, Physician** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **AMKC/QUAD-L9** | | |
| Drug: | **Imodium** | | | Dosage: | **2MG** |
| Form: | **Cap** | SIG: | **BID PRN** | | |
| Reason: | **Other - DIARRHEA** | Start: | **2/2/2007** | Duration: | **3 days** |
| Written by: | **Yves Gauvin, Physician** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

*Copy*

## DC:

Report ID: IRC00100              **Pharmacy Order**             1/31/2007

**Sorted by: Start Date**            10:14:19 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **AMKC/QUAD-L9** | | |
| Drug: | **Pen-Vee K** | | | Dosage: | **500MG** |
| Form: | **Tab** | SIG: | **1 tab po qid** | | |
| Reason: | **Other - toothache** | Start: | **1/31/2007** | Duration: | **10 days** |
| Written by: | **Guy Kelly, PA - Physician Assistant** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Brown, James** | Book & Case: | **349-06-20801** | NYSID: | **5513644R** |
| DOB: | **4/27/1968** | Site/Housing: | **AMKC/QUAD-L9** | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** |
| Form: | **Tab** | SIG: | **1 tab po bid** | | |
| Reason: | **Other - toothache** | Start: | **1/31/2007** | Duration: | **4 days** |
| Written by: | **Guy Kelly, PA - Physician Assistant** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:



**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## PHYSICIAN ORDER FORM

| PATIENT'S LAST NAME | FIRST NAME | NYSID NUMBER |
|---|---|---|
| Brown | James | 5513644R |

| BOOK & CASE NUMBER | TIME □ AM □ PM | FACILITY | ADMISSION DATE |
|---|---|---|---|
| 349-06-20801 | | AMKC | 11/21/2006 |

| DATE ORDERED | ORDERED BY (PRINT NAME) | ORDER | DATE PERFORMED | PERFORMED BY (PRINT NAME) |
|---|---|---|---|---|
| | | RPR SEROLOGY | in 22 | Paulsen |
| 11/22/06 | | PPD IMPLANTATION | in 22 | |
| | | HIV RAPID TESTING AND CONFIRMATORY WESTERN BLOT, IF PRELIM POSITIVE | | |
| | | URINE DIPSTICK | | |
| | | URINE LIGASE TEST FOR GC AND CHLAMYDIA  MALES < 35 | | |
| | | □ GLUCOSE FINGER STICK    □ HGB A1C | | |
| | | □ CHEM 7 PROFILE    □ CHEM 20 PROFILE | | |
| | | □ LIVER PROFILE    □ HEP ABC PROFILE | | |
| | | □ CBC    □ CD4 / CD8 | | |
| | | ECG | | |
| | | PEAK FLOW | | |
| | | URINE DRUG SCREEN | n/22 | Paulsen |
| | | PRENATAL PANEL | | |
| | | PNEUMOCOCCAL VACCINE    □ INDICATED    □ NOT INDICATED | | |
| | | INFLUENZA VACCINE    □ INDICATED    □ NOT INDICATED | | |
| | | OTHER [SPECIFY] | | |
| | | | | |
| | | | | |
| | | | | |

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Brown James_ DOB _____

FROM _349 062 080_ , _GRVC_
Correctional institution        Inmate no.

Referred to _Optometrist_ _____ Ward / Clinic

Hospital _NF_ / Clinic no.

Leave blank for hospital use

_Trevor Napier, MD_

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Patient requesting
eye glasses. please
evaluate

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _4/28/07_ Referring Physician _____ Phone _M2_ Approved _____

Consultation, findings and recommendations:

Date _05/11/07_ Physician _____

_Reminder: Fully Complete the Problem List_

CHS 5014 (Rev 5/04)

# CONSULTATION REQUEST

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
CORRECTIONAL HEALTH SERVICES

Leave blank for hospital use

*Trevor Napier, MD*

Patients Name _Brown Jame_ DOB _04/27/68_

FROM _Cnvq_ , _3 49 06 20 801_
Correctional institution          Inmate no.

Referred to _Ophtomol_ Ward / Clinic

Hospital _WP_ / Clinic no.

Chief complaint or findings: _Requesting reading glasses_ —

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

_please Evaluate_

Request:

Date _05/17/07_     Referring physician _Edgar Roche, RPA_     Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev 11/01)          *Reminder: Fully Complete the Problem List*

# ON – ISLAND SPECIALTY CLINIC

**(A)  PATIENT INFORMATION:**

Last Name: _Brown_    First Name: _Tamer_    B&C #: _349062080_

Date: of Appointment: _5/24/0_    Facility: _GRC_

---

**(B)  SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology    ☐ GI    ☑ Optometry    ☐ Surgery

☐ Cardiology    ☐ Hand    ☐ Orthopedic    ☐ Urology

☐ Dermatology    ☐ Neurology    ☐ PT    ☐ Mammo / Sonography

☐ ENT    ☐ Ophthalmology    ☐ Podiatry    ☐ OB / GYN

---

**(C)  PROVIDER INFORMATION:**

☑ Seen (no follow-up appt needed)
☐ Seen need follow-up appt
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☑ | ☐ |
| Problem list in RIIS updated: | ☑ | ☐ | ☐ |
| F/u appt. updated in RIIS: | ☐ | ☑ | ☐ |
| Specialty Recommendation(s): | ☐ | ☑ | ☐ |

**Follow-up Appt. within**

☐ 2 weeks    ☐ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☐ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _Glasses ordered_    4. _____
2. _____    5. _____
3. _____    6. _____

_____    Austin White
Signature    Optometrist
    Provider Stamp    _05/24/0_    Date

---

**(D)  FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

---

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D      Provider will complete Section C

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _____ DOB _____

FROM _____ / _____
Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)                    *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Brown Vince_ DOB _4/7/68_

FROM _ORVC_ _Inmate no._

Correctional institution          Inmate no.

Referred to _ORAL SURG_ Ward / Clinic

Hospital                          / Clinic no.

Chief complaint or findings:

_Pt/inmate previously referred to Dental but did not present on 5/8/07_

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request: _please reschedule/evaluate_

Date _6/20/7_ Referring Physician _J N D MD RN_ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)          *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Brown James_ DOB _1/27/65_

FROM _GRVC_          _347 06 ___0_
       Correctional institution          Inmate no.

Referred to _Optometrist_ ____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings: _M/inmate c/o blurry vision_
_no h/o Dm, HTN_

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request: _Please evaluate_

Date _____ Referring Physician _____ Phone_____ Approved_____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

# ON – ISLAND SPECIALTY CLINIC

**(A)  PATIENT INFORMATION:**  GRUC

Last Name: _Brown_    First Name: _James_    B&C #: _349a620801_

Date: of Appointment: ___3/26/07___    Facility: _C73_

---

**(B)  SPECIALTY CLINIC:**                         ☒ Oral Surgery

☐ Audiology         ☐ GI              ☐ Optometry        ☐ Surgery

☐ Cardiology        ☐ Hand            ☐ Orthopedic       ☐ Urology

☐ Dermatology       ☐ Neurology       ☐ PT               ☐ Mammo / Sonography

☐ ENT               ☐ Ophthalmology   ☐ Podiatry         ☐ OB / GYN

---

**(C)  PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Follow-up Appt. within |
|---|---|
| ☐ 2 weeks | ☐ 8 weeks |
| ☐ 4 weeks | ☐ 12 weeks |
| ☐ 6 weeks | ☐ Other:_____ |

Medication order(s) written:    ☐ Yes  ☒ No   ☐ N/A
Problem list in RIIS updated:    ☐ Yes  ☒ No   ☐ N/A
F/u appt. updated in RIIS:       ☐ Yes  ☒ No   ☐ N/A
Specialty Recommendation(s):     ☐ Yes  ☒ No   ☐ N/A

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_Jh. Mullins_                John E. Mullins Jr. D.M.D    _3/26/07_
Signature                    Provider Stamp              Date

---

**(D)  FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

---

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D          Provider will complete Section C

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ Brown James _____ DOB _4/27/08_

FROM _____ Gmvc _____ 34904203|

Correctional institution        Inmate no.

Referred to _____ Opth Surgery _____ Ward / Clinic

Hospital _____ PB4 _____ / Clinic no.

Chief complaint or findings:    pt for exam #13.

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _4/23/5__    Referring Physician __Nathan Ocasio, DDS__    Phone _____    Approved _____

Consultation, findings and recommendations:

5/8/07  No Show

Scheduled 4/25/07

Date _____    Physician _____

CHS 5014 (Rev 5/04)        *Reminder: Fully Complete the Problem List*

Schick Technologies, Inc.

PATIENT INFORMATION:
Last Name: Brown
First Name: James
ID Number: 349062080 1
Exam Date: 4/23/2007
Image taken on: 4/23/2007



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Brown_    First Name: _James_    B&C #: _3490620801_

Date: of Appointment: _5/8/07_    Facility: _CWC_

---

**(B) SPECIALTY CLINIC:**

☑ Oral Surgery

☐ Audiology          ☐ GI              ☐ Optometry       ☐ Surgery

☐ Cardiology         ☐ Hand            ☐ Orthopedic      ☐ Urology

☐ Dermatology        ☐ Neurology       ☐ PT              ☐ Mammo / Sonography

☐ ENT                ☐ Ophthalmology   ☐ Podiatry        ☐ OB / GYN

---

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt
☑ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | |
|---|---|---|
| Medication order(s) written: | ☐ Yes | ☑ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☑ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☑ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☑ No | ☐ N/A |

**Follow-up Appt. within**

☑ 2 weeks       ☐ 8 weeks

☐ 4 weeks       ☐ 12 weeks

☐ 6 weeks       ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1._____    4._____

2._____    5._____

3._____    6._____

_____    **Nadine Carr, DA**    _5/8/07_
Signature                Provider Stamp            Date

---

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☑ 2nd No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _5/9/07_

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D                    Provider will complete Section C

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Brown, James_ DOB _4/27/68_

FROM _OBCC_ , _349062080I_
      Correctional institution        Inmate no.

Referred to _Dental_ _____ Ward / Clinic

Hospital _____ / Clinic no.

New Transfer
S/p I/D dental
Absr. 3/9/07
Regt DDS
fu c care
CHS

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _3/27/7_ Referring Physician _Leslie Beckford, PA_ _____ Phone _____ Approved _____

Consultation, findings and recommendations:

N/P 4/3 d.2
N/P 4/24

Date _____ Physician _____

CHS 5014 (Rev 5/04)

*Reminder: Fully Complete the Problem List*



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# PATIENT REFUSAL OF TREATMENT

| PATIENT'S LAST NAME | FIRST NAME | | NYSID NUMBER |
|---|---|---|---|
| Brown | James | | |

| BOOK AND CASE NUMBER | DATE | TIME | FACILITY | DATE OF ADMISSION |
|---|---|---|---|---|
| 349 06 20801 | 4-26-07 | 12 ☑ AM ☐ PM | CPWC | |

This is to certify that I am over the age of eighteen (18) years of age and I am refusing the following:

☐ MEDICAL EVALUATION (HISTORY AND PHYSICAL)
☐ MEDICAL SERVICES
☐ ADMINISTRATION OF MEDICATION (OTHER THAN PSYCHIATRIC)
☐ LABORATORY SERVICES      ☐ X-RAY SERVICES
☐ HEAT SENSITIVE HOUSING
☐ OTHER (SPECIFY): _Oral Surgery_

☐ MENTAL HEALTH EVALUATION
☐ MENTAL HEALTH SERVICES
☐ ADMINISTRATION OF PSYCHIATRIC MEDICATION
☐ DIAGNOSTIC TESTING
☐ CLINICAL APPOINTMENT AT: _OBCC_

I understand this refusal is against the advice of my health care practitioner. I acknowledge that I have been informed of the risks, consequences, and the danger, to my health and possibly to my life which may result from my refusal of this procedure/treatment. I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility, and its staff, from any and all liability for ill effects that may result from my refusal of treatment.

X _REFUSED TO SIGN_                                    _4-26-07_
**Signature of Patient**                                **Date**

The above named patient refused the procedure/treatment, which is medically indicated, and necessary. I explained to the patient, the risks, consequences and dangers of refusing the procedure/treatment include but are not limited to the following:

↑ RISK FOR PAIN MORBIDITY DEATH

( FROM INFECTION) BY REFUSING

I provided the above named patient with the opportunity to ask questions, I have answered the questions asked, and it is my professional opinion that the patient understands what I have explained.

_Thomas Schwaner, PA_                                    _4/26/07_
**Print Name of Attending Physician or Authorized Health Care Provider**          **Date**

_[signature]_
**Signature of Attending Physician or Authorized Health Care Provider**

I _____ am a health care staff member who is not the patient's health care provider for this procedure/treatment and I have witnessed the patient voluntarily refuse to sign this form.

_[signature]_                                    _C/O 3180_
**Witness Signature**                                **Title of Witness**

**Interpreter/Translator:** [To be signed by the interpreter/translator if the patient requires such assistance.] To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

CHS 305 (Rev. 10/06) English

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Brown_    First Name: _James_    B&C #: _349-06208_

Date: of Appointment: _4/5/07_    Facility: _OBCC_

_349-0620801_

---

**(B) SPECIALTY CLINIC:**

| | | | |
|---|---|---|---|
| ☐ Audiology | ☐ GI | ☐ Optometry | ☐ Oral Surgery |
| ☐ Cardiology | ☐ Hand | ☐ Orthopedic | ☐ Surgery |
| ☐ Dermatology | ☐ Neurology | ☐ PT | ☐ Urology |
| ☐ ENT | ☐ Ophthalmology | ☐ Podiatry | ☐ Mammo / Sonography |
| | | | ☐ OB / GYN |

---

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☒ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

☒ 2 weeks    ☐ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☐ 6 weeks    ☒ Other: _____

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☒ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☒ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☒ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☒ No | ☐ N/A |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_Signature_    Donald Butler... ...    _4/5/07_
Signature    Provider Stamp    Date

---

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | |
|---|---|
| Leave blank for hospital use | |

Patients' Name _Brown, Jame_ DOB _____

FROM _OBC_ ~~_____~~

Correctional institution            Inmate no.

_349062050 1_

Referred to _dentl_ Ward / Clinic

Hospital            / Clinic no.

Chief complaint or findings:

_Please see this inmate
c̄ c/o pain & loose_

Diagnosis, treatment and medications by C.H.S.:

_teeth in front able beg h.t about
1/2 hr ago_

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

_Ronald William PA_

Date _5/7/07_  Referring Physician _____  Phone _____  Approved _____

Consultation, findings and recommendations: _C.C. Pain upper and Lower Lip. Patient
Clinical Exam—            Related Trauma to face
Laceration Approx 1 cm Muco-Labial region Lower lip.
Teeth #8 & #9 & Alveolar Bone displaced palatally.
Laceration Approx 2 cm labial Muco-Labial Region
Procedure - Surgical Removal Teeth #8 & #9, Suturing
Maxillary Laceration 5 gut Sutures. Mandibular
Labial Laceration Sutured 4 gut Sutures
R/ Tylenol #3 - Sig: TT B.i.d x 4 days
R/ Clindamycin 300 Sig: T Qid x 7 days_

Date _4/5/07_    Physician _____

Ronald Butlein, DDS

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev 5/04)

# C O N S U L T A T I O N   R E Q U E S T

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | |
|---|---|
| Patients' Name _____ DOB _____ | Leave blank for hospital use |
| FROM _____ / _____ | |
| Correctional institution          Inmate no. | |
| Referred to _____ Ward / Clinic | |
| Hospital                    / Clinic no. | |

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone_____ Approved_____

Consultation, findings and recommendations:

Date _____          Physician _____

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev  5/04)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Brown, Jamir_ DOB _4/27/68_

FROM _OBCC_ , _349062060801_
Correctional institution    Inmate no.

Referred to _MHH_ Ward / Clinic

Hospital _____ / Clinic no.

**Chief complaint or findings:**

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

_Psuicide_

**Request:**

New Transfer

Pt c H/ Depression /
ASPD
S/p Remove
Request Suicide c
care
CHS

Date _3/27/7_ Referring Physician _Leslie Beckford, PA_ Phone _____ Approved _____

**Consultation, findings and recommendations:**

Pt in court 3/29/07

Evan Roderman, MA
Assistant Chief

Cerissa Voltaggio, MA
Mental Health Clinician

x Pt not produced by DOC  3/28/07

1st refusal sign 3/30/07 FOJ

Date _____ Physician _____

CHS 5014 (Rev 5/04)

*Reminder: Fully Complete the Problem List*

# ON – ISLAND SPECIALTY CLINIC

ORCC

**(A)  PATIENT INFORMATION:**

Last Name: Brown        First Name: James        B&C #: 349C620801

Date: of Appointment: 3/16/07        Facility: Gmoc

**(B)  SPECIALTY CLINIC:**

☑ Oral Surgery

☐ Audiology        ☐ GI        ☐ Optometry        ☐ Surgery

☐ Cardiology        ☐ Hand        ☐ Orthopedic        ☐ Urology

☐ Dermatology        ☐ Neurology        ☐ PT        ☐ Mammo / Sonography

☐ ENT        ☐ Ophthalmology        ☐ Podiatry        ☐ OB / GYN

**(C)  PROVIDER INFORMATION:**

| Follow-up Appt. within |
|---|

☑ Seen (no follow-up appt needed)
☐ Seen need follow-up appt
☐ No show (need new appt)
☐ 2ᴺᴰ No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

☐ 2 weeks        ☐ 8 weeks

☐ 4 weeks        ☐ 12 weeks

☐ 6 weeks        ☐ Other:_____

| | ☑ Yes | ☐ No | ☐ N/A |
|---|---|---|---|
| Medication order(s) written: | ☑ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☑ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☑ No | ☐ N/A |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____        4. _____

2. _____        5. _____

3. _____        6. _____

_Signature_        **John E. Mullins Jr. D.M.D.**        3/19/07
                      **Provider Stamp**        _Date_

**(D)  FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____        ☐ 2ᴺᴰ No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____        Date: _____

WHITE COPY TO FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING
YELLOW COPY TO UM DEPARTMENT

Scheduler will complete Sections A, B, and D        Provider will complete Section C

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _BROWN JAMES_ DOB _7/27/68_

FROM _LFMDC_ _349062080I_
Correctional institution    Inmate no.

Referred to _ORAL SURGERY_ Ward / Clinic

Hospital _OBCC_ / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Please exo #30 -

PMH: NSF

NKDA,

Thanks

JS

Date _2/23/07_ Referring Physician _SATIN_ Phone_____ Approved_____

Consultation, findings and recommendations:    Donald Butler, DDS

3/6/07  NF

S: PAIN #30

O: DECAY #30

A: NON-RESTORABLE #

Tx: _____

Date _3/17/07_ Physician _____    John E. Mullins Jr. D.M.D

CHS 5014 (Rev 5/04)    *Reminder: Fully Complete the Problem List*

# ON – ISLAND SPECIALTY CLINIC

**(A)  PATIENT INFORMATION:**

Last Name: _Brown_    First Name: _James_    B&C #: _349 06 20801_

Date: of Appointment: _3/6/07_    Facility: _gmdc_

**(B)  SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology      ☐ GI        ☐ Optometry      ☐ Surgery

☐ Cardiology     ☐ Hand      ☐ Orthopedic     ☐ Urology

☐ Dermatology    ☐ Neurology  ☐ PT             ☐ Mammo / Sonography

☐ ENT            ☐ Ophthalmology  ☑ Podiatry    ☐ OB / GYN

**(C)  PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☑ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | |
|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks    ☐ 8 weeks

☐ 4 weeks    ☐ 12 weeks

☐ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_____    Donald Butlein, DDS.    _3/6/07_
Signature                   Provider Stamp            Date

**(D)  FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D          Provider will complete Section C

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

*P3*

*4M4o7 P of*

Patients' Name  *Brown  James*  DOB  4/27/68

FROM  *GMDC·*  , 349·06 - 20801
Correctional institution                    Inmate no.

Referred to  *Podiatry*  Ward / Clinic

Hospital  / Clinic no.

Chief complaint or findings:

*Pt · c/o foot pain 2° flat feet ·*

**Diagnosis, treatment and medications by C.H.S.:**  *Please eval & advise*

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date  *2/0/07*  Referring Physician  *CH Parks  PA-C*  Phone  Approved

Consultation, findings and recommendations:

*Refused 2/12/07*

Date  Physician

*Reminder: Fully Complete the Problem List*

## ON – ISLAND SPECIALTY CLINIC

**(A)  PATIENT INFORMATION:**

Last Name: _Brown_     First Name: _James_     B&C #: _3492R2080l_

Date: of Appointment: _2/12/07_     Facility: _GMOC_

**(B)  SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology          ☐ GI               ☐ Optometry          ☐ Surgery

☐ Cardiology         ☐ Hand             ☐ Orthopedic         ☐ Urology

☐ Dermatology        ☐ Neurology        ☐ PT ✓               ☐ Mammo / Sonography

☐ ENT                ☐ Ophthalmology    ☑ Podiatry           ☐ OB / GYN

**(C)  PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☒ No show (need new appt)
☐ 2^ND No show (Refer Consult to SMD for re-evaluation)

| | Follow-up Appt. within |
|---|---|
| | ☐ 2 weeks     ☐ 8 weeks |
| | ☐ 4 weeks     ☐ 12 weeks |
| | ☐ 6 weeks     ☐ Other:_____ |

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

_____      Allan Goldberg, DPM      _2/12/07_
Signature                  Provider Stamp           Date

**(D)  FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____     ☐ 2^ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _Refused 2/12/07_ Date: _____

# CONSULTATION REQUEST

**NEW·YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

| | |
|---|---|
| Patients' Name _Brown, James_ | DOB _4-27-68_ |
| FROM _C 73_ | _8490620801_ |
| Correctional institution | Inmate no. |
| Referred to _MH_ | Ward / Clinic |
| Hospital | / Clinic no. |

Leave blank for hospital use

6UA

**Chief complaint or findings:**

New Transfer

**Diagnosis, treatment and medications by C.H.S.:**

hx - psych distrb

pls enrol,

**Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:**

**Request:**

Date _2/6/_    Referring Physician _Laurence Rezkalla, MD_    Phone _____ Approved _____

Consultation, findings and recommendations:

2/6/07 — Transfer in —
No F/U required
at this time.

CORRECTIONS DEPARTMENT
C.H.S. CLINIC
-6 FEB 2007  08 08

Date _____    Physician _____

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Brown James_    DOB _4/27/68_

FROM _C91_ _349062030_1_
Correctional institution    Inmate no.

Referred to _Dental_    Ward / Clinic

Hospital    / Clinic no.

Chief complaint or findings: _38 yo male (F)_

Diagnosis, treatment and medications by C.H.S.: _toothache_
_funds an_
_(R) Jaw._
_Swelling_
_Please explicat_

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _1/31/07_    Referring Physician _Guy Kelly, RPA_    Phone _____    Approved _____

Consultation, findings and recommendations:

_G MDC_
_R/S 2/20_

Date _____    Physician _____

CHS 5014 (Rev 5/04)    *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

| Leave blank for hospital use |
|---|

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _____ DOB _____

FROM _____ / _____
         Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital                          / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Brown James_ DOB _4/27/68_

FROM _GMDC - 1349-06-20801_
Correctional institution          Inmate no.

Referred to _Dental_ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

Pt. c/o toothache.

Diagnosis, treatment and medications by C.H.S.:

Mouth: (R) lower 1st molar
c̄ large cavity.
gum c̄ swelling dist. aspect

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Dental carie / abscess.

Request:

Please eval ASAP

Date _3/6/07_  Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

2/23/07
P/1

See RIIS
Rx
SↃ TTↃR
2/23/07

Date _____ Physician _____

CHS 5014 (Rev. 5/04)          *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|
| Patients' Name _____ DOB ___ / ___ / ___ | |
| FROM _____ | |
| Correctional institution          Inmate no. | |
| Referred to _____ Ward / Clinic | |
| Hospital                    / Clinic no. | |

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev 5/04)                    *Reminder: Fully Complete the Problem List*

*No chart avail.*
*loose*



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

## PATIENT REFUSAL OF TREATMENT

| PATIENT'S LAST NAME | FIRST NAME | NYSID NUMBER |
|---|---|---|
| Brown, | James | |

| BOOK AND CASE NUMBER | DATE | TIME | FACILITY | DATE OF ADMISSION |
|---|---|---|---|---|
| 349062 0801 | 3/30/07 | 16:30 ☐ AM ☐ PM | OBCC-RK | |

This is to certify that I am over the age of eighteen (18) years of age and I am refusing the following:

- ☐ MEDICAL EVALUATION (HISTORY AND PHYSICAL)
- ☐ MEDICAL SERVICES
- ☐ ADMINISTRATION OF MEDICATION (OTHER THAN PSYCHIATRIC)
- ☐ LABORATORY SERVICES    ☐ X-RAY SERVICES
- ☐ HEAT SENSITIVE HOUSING
- ☐ OTHER (SPECIFY): _____

- ☒ MENTAL HEALTH EVALUATION
- ☒ MENTAL HEALTH SERVICES
- ☐ ADMINISTRATION OF PSYCHIATRIC MEDICATION
- ☐ DIAGNOSTIC TESTING
- ☐ CLINICAL APPOINTMENT AT: _____

I understand this refusal is against the advice of my health care practitioner. I acknowledge that I have been informed of the risks, consequences, and the danger, to my health and possibly to my life which may result from my refusal of this procedure/treatment. I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility, and its staff, from any and all liability for ill effects that may result from my refusal of treatment.

X _James Brown_ _____    **3-30-07**
**Signature of Patient**                                **Date**

The above named patient refused the procedure/treatment, which is medically indicated, and necessary. I explained to the patient, the risks, consequences and dangers of refusing the procedure/treatment include but are not limited to the following:

_Consequences explained. pt could get depressed or hallucinations. Pt does not want MH services._

I provided the above named patient with the opportunity to ask questions, I have answered the questions asked, and it is my professional opinion that the patient understands what I have explained.

_Frederick Gray LCSW-R_    **3/30/07**
**Print Name of Attending Physician or Authorized Health Care Provider**                **Date**

_____
**Signature of Attending Physician or Authorized Health Care Provider**

I _____ am a health care staff member who is not the patient's health care provider for this procedure/treatment and I have witnessed the patient voluntarily refuse to sign this form.

_____          _____
**Witness Signature**                         **Title of Witness**

**Interpreter/Translator:** [To be signed by the interpreter/translator if the patient requires such assistance.] To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

CHS 305 (Rev 10/06) English

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____

    Correctional institution        Inmate no.

Referred to _____ Ward / Clinic

Hospital                  / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____  Referring Physician _____  Phone_____  Approved_____

Consultation, findings and recommendations:

Date _____  Physician _____

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

|  | Leave blank for hospital use |
|---|---|
| NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE | |

Brown James   04/27/68

Patients Name _____ DOB _____

FROM (mv-), 349062 0801

Correctional institution        Inmate no.

Referred to _____ Ward / Clinic

Hospital Dental Clinic no.

Chief complaint or findings: Requesting dental Bridge

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Please Evaluate

Request:

05/14/07

Date _____ Referring Physician _____ Phone _____ Approved _____

Edzer Roche RPA

Consultation, findings and recommendations:

5/7/07

Requests
Bridge
Edzer Roche
RPA

Date _____ Physician _____

CHS 5014 (Rev 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
CORRECTIONAL HEALTH SERVICES

| | Leave blank for hospital use |
|---|---|

Patients' Name _Brown, Maur_ DOB _04/27/68_

FROM _Cmv4_ , _347062 0501_
  Correctional institution    Inmate no.

Referred to _Ophthal_ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings: _Regularly Reading glass ._

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

_Please Evaluate_

Edzer Roche, RPA

Request:

Date _05/17/07_ Referring physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 11/01)    *Reminder: Fully Complete the Problem List*

*Brown, James,    8 A M*

## CONSULTATION REQUEST

**NYC**
**Health**

DIVISION OF HEALTH CARE ACCESS AND
IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

Leave blank for hospital use

| Patients' Name | **Brown, James** | DOB | 4/27/1968 |
|---|---|---|---|
| **FROM  GRVC** | | /349-06-20801 | |
| | Correctional Institution | Inmate no. | |
| Referred to | *MH* | Ward/Clinic | |
| Hospital | | /Clinic no. | |

Chief complain or findings: *He has depression as in chart review*

Diagnosis, treatment and medication by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
Including lab values and x-ray findings:

Request:

_____ Claude J. Pernier, MD

Date *04/07/07*  Referring physician          Phone _____  Approved _____

Consultation, findings and recommendations:

*Received 4/9*
*26/368*

*GP  no F/U*
*Pt D/C from MH 12/13/06*
*Pt signed Refusal on 3/30/07*

Date *4/9/07*  ——— Physician

**Angela Taglione, MA**
**MH Clinician**

Angela Taglione, MA
MH Clinician

CHS 5014 (Rev. 05/05)

*Reminder: Fully Complete the Problem List*

4/7/2007 9:00:34 PM

**NYC Health**

## CONSULTATION REQUEST

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

Leave blank for hospital use

| Patients' Name | **Brown, James** | DOB | 4/27/1968 |
|---|---|---|---|
| **FROM  GRVC** | | /349-06-20801 | |
| | Correctional Institution | Inmate no | |
| Referred to | Dental | Ward/Clinic | |
| Hospital | | /Clinic no. | |

Chief complain or findings:  Pt Has Jaw Pain and loose Teeth

Diagnosis, treatment and medication by C.H.S.:  as per Chart Review.

Other pertinent physical, psychiatric, and historical findings,
Including lab values and x-ray findings:

Request:  Dental Check up.

Claude J. Pernier, MD

Date 04/07/07  Referring physician  J Chin  Phone _____  Approved _____

Consultation, findings and recommendations:

Date _____    Physician _____

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 05/05)

4/7/2007 9:09:34 PM

# C O N S U L T A T I O N    R E Q U E S T

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _____ DOB _____

FROM _____
    Correctional institution        Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone_____ Approved_____

Nathan Ocasio, DDS

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

| | Leave blank for hospital use |
|---|---|
| **NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE** | |

Patients' Name _____ DOB _____

FROM _____

Correctional institution   Inmate no.

Referred to _____ Ward / Clinic

Hospital        / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone_____ Approved_____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)    *Reminder: Fully Complete the Problem List*

# C O N S U L T A T I O N    R E Q U E S T

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _____ DOB _____

FROM _____ / _____
Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev  5/04)          *Reminder: Fully Complete the Problem List*

# CONSULTATION   REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | |
|---|---|
| Patients' Name _____ DOB _____ | |
| FROM _____ | |
| Correctional institution    Inmate no. | |
| Referred to _____ Ward / Clinic | |
| Hospital    / Clinic no. | |

Leave blank for hospital use

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____    Referring Physician _____    Phone_____    Approved_____

Consultation, findings and recommendations:

Date _____    Physician _____

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____
      Correctional institution      Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician __Leslie Beckford, PA__ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION  REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _____ DOB _____

FROM _____
    Correctional institution      Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

<u>Chief complaint or findings:</u>

**Diagnosis, treatment and medications by C.H.S.:**

<u>Other pertinent physical, psychiatric, and historical findings,</u>
<u>including lab values and x-ray findings:</u>

<u>Request:</u>

Date _____ Referring Physician *Leslie Beckford, PA* _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev  5/04)                 *Reminder: Fully Complete the Problem List*



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

## PATIENT REFUSAL OF TREATMENT

| PATIENT'S LAST NAME | FIRST NAME | NYSID NUMBER |
|---|---|---|
| Brown | James | 5513644R |

| BOOK AND CASE NUMBER | DATE | TIME | ☒ AM ☐ PM | FACILITY | DATE OF ADMISSION |
|---|---|---|---|---|---|
| 349-06-20801 | 11/26/200 | 11:01 | | AMKC | 11/21/2006 |

This is to certify that I am over the age of eighteen (18) years of age and I am refusing the following:

☐ MEDICAL EVALUATION (HISTORY AND PHYSICAL)      ☐ MENTAL HEALTH EVALUATION

☐ MEDICAL SERVICES      ☐ MENTAL HEALTH SERVICES

☐ ADMINISTRATION OF MEDICATION (OTHER THAN PSYCHIATRIC)      ☐ ADMINISTRATION OF PSYCHIATRIC MEDICATION

☐ LABORATORY SERVICES     ☐ X-RAY SERVICES      ☐ DIAGNOSTIC TESTING

☐ HEAT SENSITIVE HOUSING      ☐ CLINICAL APPOINTMENT AT: _____

☒ OTHER (SPECIFY): _Vital sign, revolution by MD_

I understand this refusal is against the advice of my health care practitioner. I acknowledge that I have been informed of the risks, consequences, and the danger, to my health and possibly to my life which may result from my refusal of this procedure/treatment. I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility, and its staff, from any and all liability for ill effects that may result from my refusal of treatment.

X _James Brown_      _11/26/06_
    **Signature of Patient**                 **Date**

The above named patient refused the procedure/treatment, which is medically indicated, and necessary. I explained to the patient, the risks, consequences and dangers of refusing the procedure/treatment include but are not limited to the following: _Pt. refused to have vitals . Consequences explained_

I provided the above named patient with the opportunity to ask questions, I have answered the questions asked, and it is my professional opinion that the patient understands what I have explained.

_ASLAM QADRI_           _11/26/06_
**Print Name of Attending Physician or Authorized Health Care Provider**       **Date**

_Aslam Qadri_
**Signature of Attending Physician or Authorized Health Care Provider**

I _Celia Aquino, RN_ am a health care staff member who is not the patient's health care provider for this procedure/treatment and I have witnessed the patient voluntarily refuse to sign this form.

_____          _RN_
    **Witness Signature**                     **Title of Witness**

**Interpreter/Translator:** [To be signed by the interpreter/translator if the patient requires such assistance.] To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form.

_____
    **Signature of Interpreter/Translator**



**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**



**INJURY TO INMATE REPORT**

| | Page 1 of 2 Pages | Form: #167R-A Rev.: 07/20/08 Ref.: Dir. #4516 |
|---|---|---|

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.

| Command: AMKC | Date: 2/3/07 | CCC/UOF #- | Injury #: 332 |
|---|---|---|---|

TO BE COMPLETED BY EMPLOYEE. PLEASE PRINT CLEARLY.

Inmate Name (Last Name, First Name): Brown James

NYSID #-: 5513644 R
Book & Case/Sent #-: 345-06208016 9L

Location:

Work::

Details: On 2-3-07 at approximately 1815 hrs Inmate Brown James 34506208016 5513644R from 09 Lower dayroom was involved in a fight Cotsm, Victor 2x40b0 9386 - 9465 2704 and also Irland2, Elich 441 0700082 - 9844085 in in 09 Lower.

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Captain Greaves

| Date: 2/3/07 | Time: 1820 Hrs. |
|---|---|

Employee: I ☐ (did) ☑ (did not) witness this injury.

Employee Signature: William

Rank/Title: C/O

Shield/ID#: 15385

TO BE COMPLETED BY MEDICAL STAFF - (PLEASE PRINT CLEARLY)    030m

| Date of Injury: 2/4/07 | Reported for Medical Attention: 2/4/07 350am Hrs. |
|---|---|

Nature of Injury and Cause:
Patient denies any injuries or complaints.
re normal

Treatment:
no treatment

Treated By (Signature): J Moreno PA-C

Referrals to Other Medical Services - (Document Medical Findings):

Treated By (Signature):    Rank/Title:

## CONSULTATION REQUEST

**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND
IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

Leave blank for hospital use

| | | | |
|---|---|---|---|
| Patients' Name | **Brown, James** | DOB | 4/27/1968 |

**FROM** GRVC                    /349-06-20801

Correctional Institution          Inmate no.

Referred to _____ MH          Ward/Clinic

Hospital                          /Clinic no.

Chief complain or findings: He Has depression as per

Diagnosis, treatment and medication by C.H.S.: Chart Review.

Other pertinent physical, psychiatric, and historical findings,
Including lab values and x-ray findings.

Request

Date 04/07/07    Referring physician _____    Claude J. Pernier, MD    Phone _____    Approved _____

Consultation, findings and recommendations:

Date _____    Physician _____

*Reminder: Fully Complete the Problem List*

CHS 3014 (Rev. 05-05)

4-7-2007 9-09-34 PM

## CONSULTATION REQUEST

Health

DIVISION OF HEALTH CARE ACCESS AND
IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

| Leave blank for hospital use |
| --- |

| Patients' Name | Brown, James | DOB | 4/27/1968 |
| --- | --- | --- | --- |

**FROM  GRVC** /349-06-20801

Correctional Institution — Inmate no

Referred to _Dental_ Ward/Clinic

Hospital /Clinic no.

Chief complain or findings: *Pt Has Jaw Pain and loose Teeth*

Diagnosis, treatment and medication by C.H.S.: *as per Chart Review.*

Other pertinent physical, psychiatric, and historical findings,
Including lab values and x-ray findings:

Request: *Dental Check up?*

Claude J. Pernier, MD

Date 04/07/07  Referring physician _____  Phone _____  Approved _____

Consultation: findings and recommendations:

Date _____  Physician _____

*Reminder: Fully Complete the Problem List*

CHS 8014 (Rev. 05/05)

1/7/2007 9:09:54 PM

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Brown, Jews_ DOB _4/27/68_

FROM _C 73_ _349062080/_
Correctional institution              Inmate no.

Referred to _Dental_ Ward / Clinic

Hospital                              / Clinic no.

Leave blank for hospital use

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Pt. c dental abscess, c/o ↑ swelling not working c Amoxicillin.

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Please evaluate. Thank you

Date _3/9/07_ Referring Physician _____ Jorge Villalobos, PA  Phone _____ Approved _____

Consultation, findings and recommendations:

3/09/07   C-73  Med Hx Reviewed. Emergency add-on, Pt c/o swelling LRQ, Existing PA, pending OMS/OBCC consult. N/P )BCC on 3/6/07 due to court date. Informed consent obtained, admin 1.8 cc 3% Carbo P X 2.  I&D #30 area. POIG. Rx Clindamycin 600mg tid. Resubmit Consult.  Andrew Koukoulas, DMD

Date _____ Physician _____

CHS 5014 (Rev 5/04)                 *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
| --- |

Patients' Name _____ DOB _____

FROM _____ / _____
      Correctional institution       Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____ / _____
Correctional institution                Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

<u>Chief complaint or findings:</u>

**Diagnosis, treatment and medications by C.H.S.:**

<u>Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:</u>

<u>Request:</u>

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
| --- |

Patients' Name _____ DOB _____

FROM _____ / _____
         Correctional institution              Inmate no.

Referred to _____ Ward / Clinic

Hospital                              / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

| | Leave blank for hospital use |
|---|---|

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _____ DOB _____

FROM _____
        Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

<u>Chief complaint or findings:</u>

**Diagnosis, treatment and medications by C.H.S.:**

<u>Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:</u>

<u>Request:</u>

Guy Kelly, RPA

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)    *Reminder: Fully Complete the Problem List*

| New York City Health and Hospitals Corporation Correctional Health Services INFORMED CONSENT FOR INVASIVE, DIAGNOSTIC, MEDICAL & SURGICAL PROCEDURES | Patient Addressograph |
|---|---|

| Brown, James    349067080l | **CHS FORM B** |
|---|---|

I hereby permit _____ (Name of Attending Physician or Authorized Health Care Provider) or his/her Associate Attending Physician of the same service, and assistants as may be selected and supervised by him/her to perform the following medical treatment, operation, or procedure (hereafter called the "procedure"):

_Incision & Drainage_

The procedure has been explained to me and I have been told the reasons why I need the procedure. The risks of the procedure have also been explained to me. In addition, I have been told that the procedure may not have the result that I expect. I have also been told about other possible treatments for my condition and what might happen if no treatment is received.

I understand that in addition to the risks described to me about this procedure there are risks that may occur with any surgical or medical procedure. I am also aware that the practice of medicine and surgery is not an exact science, and that I have not been given any guarantees about the results of this procedure.

I have had enough time to discuss my condition and treatment with my health care providers and all of my questions have been answered to my satisfaction. I believe I have enough information to make and informed decision and I agree to have the procedure. If something unexpected happens and I need additional or different treatment(s) from the treatment I expect, I agree to accept any treatment which is necessary.

The risks, benefits and alternatives of the proposed procedure have been explained to me and all of my questions have been answered to my satisfaction.

_James Brown_ _____    _3/9/07_
**Signature of Patient**    **Date**

---

**Witness:**    I, _____ am health care staff member who is not the patient's health care practitioner named above and I have witnessed the patient voluntarily sign this form.

_____
**Signature and Title of Witness**

---

**Interpreter/Translator:** [To be signed by the interpreter/translator if the patient require such assistance]
To the best of my knowledge the patient understood what was interpreted/translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

CHS 304 (6/01)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _Blwst, Jmms_     DOB _4/27/68_

FROM _Cq_ , _34906 2080_
Correctional institution          Inmate no.

Referred to _Dennm_ _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:                    _Gral_ _denknl carry_
                                                 _evnl ory_

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:                _Thmb_

Request:

Date _11/22/01_ Referring Physician _____ Peter Herz, MD ____ Phone _____ Approved _____

Consultation, findings and recommendations:

_12/12_ _M_ _M_
       _12/20 M_

Date _____ Physician _____

CHS 5014 (Rev. 5/04)              *Reminder: Fully Complete the Problem List*

# CONSULTATION   REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|
| Patients' Name _____ DOB _____ | |
| FROM _____ / _____ | |
|      Correctional institution     Inmate no. | |
| Referred to _____ Ward / Clinic | |
| Hospital         / Clinic no. | |

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Peter Herz, MD

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev 5/04)        *Reminder: Fully Complete the Problem List*

# C O N S U L T A T I O N   R E Q U E S T

**NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE**

| | Leave blank for hospital use |
|---|---|

Patients' Name _____  DOB _____

FROM _____ / _____
        Correctional institution         Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev 5/04)

*Reminder: Fully Complete the Problem List*



**BioReference**
LABORATORIES

| DOCTOR | RIKERS/AMKC<br>18-18 HAZEN STREET<br>EAST ELMHURST, NY  11370<br>(718) 626-3414    (C0036-3) | NAME:  BROWN, JAMES<br>BOOK/CASE: 3490620801<br>DOB: 04/27/1968<br><br>-FINAL-  Original Report 11/23/2006 |
|---|---|---|

| NAME<br>BROWN, JAMES | PATIENT I.D. / ROOM NO.<br>3490620801 | | DOCTOR / GROUP NAME<br>RIKERS/AMKC | | |
|---|---|---|---|---|---|
| LAB I D NO<br>103068389 | DATE COLLECTED<br>11/22/2006 | DATE RECEIVED<br>11/22/2006 23:12 | DATE OF REPORT<br>11/23/2006 08:01 | AGE<br>38 | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

-----------------------------* MISCELLANEOUS *-----------------------------


RPR                          Non-Reacti                        NON-REACTIVE  ****
*******************************************************************************
 NOTICE: IF the result of the RPR is reported as reactive with a titer
 of up to 1:8 please note that this level of reactivity can be caused
 by other, non-specific constituents and may not be related to syphilis.
 Confirmation of positive RPRs can only be made via performance of the
 Serodia-tp confirmation test.

                          Final Report                        Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

850 7th AVENUE, SUITE 1105, NEW YORK, NY 10019
TEL 212.586.5700  FAX 212.586.5726

Monday, November 27, 2006

Trevor  Parks MD
Prison Health Services, Inc./Rikers Island
Radiology Department
1818 Hazen Street
East Elmhurst, NY 11370

RE : Brown , James
Unit #: 60289
B/C #: 3490620801
Facility: AMKC
DOB: 4/27/68
DOE : 11/24/2006

## Ribs, Right Hemithorax X-Ray

Presented for interpretation is a radiographic examination of the ribs of the right hemithorax.

Views of the ribs of the right hemithorax demonstrate no evidence of acute fracture or destructive bony lesion.

Impression: Negative radiographic examination of the ribs of the right hemithorax.

Lawrence S Liebman MD
Cert. American Board of Radiology

850 7th AVENUE, SUITE 1105, NEW YORK, NY 10019
TEL 212.586.5700  FAX 212.586.5726

Monday, November 27, 2006

Trevor  Parks MD
Prison Health Services, Inc./Rikers Island
Radiology Department
1818 Hazen Street
East Elmhurst, NY 11370

RE : Brown , James
Unit #: 60289
B/C #: 3490620801
Facility: AMKC
DOB: 4/27/68
DOE : 11/24/2006

## Chest X-Ray PA

Presented for interpretation is a radiographic examination of the chest.

Examination of the chest demonstrates the heart size to be within normal limits.  There is no evidence of pulmonary infiltrate or mass.  No pleural effusion is seen.

Impression: Negative study.

## Ribs, Left Hemithorax X-Ray

Presented for interpretation is a radiographic examination of the ribs of the left hemithorax.

Views of the ribs of the left hemithorax demonstrate no evidence of acute fracture or destructive bony lesion.

Impression: Negative radiographic examination of the ribs of the left hemithorax.

RR04250k

1 of 2



**BioReference**
LABORATORIES

| D O C T O R | RIKERS/GRVC<br>09-09 HAZEN STREET<br>EAST ELMHURST, NY  11370<br>(718) 626-3414    (C0047-0) | NAME: BROWN, JAMES<br>BOOK/CASE: 3490620801<br>DOB: 04/27/1968 |
|---|---|---|

FINAL   Original Report 05/21/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| BROWN, JAMES | 3490620801 | RIKERS/GRVC |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104558147 | 05/16/2007 | 05/17/2007 20:52 | 5/22/2007 08:22 | 39 | Y M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
---------------------------* MISCELLANEOUS *---------------------------


    H.PYLORI AB.,IGG          0.41                    SEE BELOW
    H.PYLORI AB.,IGA          0.34                    SEE BELOW
    H.PYLORI AB.,IGM          0.76                    SEE BELOW   *******
************************************************************************
    H.PYLORI (IgG, IgA, IgM)       REFERENCE RANGES:
                NEGATIVE              <0.89 UNITS
                EQUIVOCAL         0.89-0.99 UNITS
                POSITIVE              >0.99 UNITS
    NOTE: This is a screening test for H.PYLORI and the diagnosis
    of gastritis and peptic ulcers should be assessed with the
    patients medical history and clinical symptoms. Results in the
    equivocal range should be rechecked with a new specimen in 2-5 weeks.
    **H.Pylori,IgM is for research use only. This assay is not for use
    in diagnostic procedures.
```

Final Report                    Page: 1



James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

# BᎶR
**Bio-Reference Laboratories**

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407-0621
**1-800-229-5227**

# RIKERS ISLAND
# DETENTION COMPLEX

## GENERAL LABORATORY
## TESTING REQUISITION

*copy*

### RIKERS ISLAND FACILITIES

| | | DETENTION COMPLEXES |
|---|---|---|
| ☐ C0034-8 ARDC (C74) | ☐ C0041-3 MHC (C-71) | ☐ C0042-1 VCBC (BRONX) |
| ☐ C0036-3 AMKC (C-95) | ☐ C0038-9 NIC | ☐ C0045-4 BBKC (MANHATTAN) |
| ☐ C0046-2 EMTC (C-76) | ☐ C0040-5 OBCC | |
| ☐ C0035-5 GMDC (C-73) | ☐ C0048-8 RMSC | ☐ C0044-7 BDC (BROOKLYN) |
| ☒ C0047-0 GRVC | ☐ C0039-7 West/CDU | ☐ C0043-9 QDC (QUEENS) |
| ☐ C0037-1 JATC | | |

GRVC          1A

Patient Last Name: **Brown**        First: **James**        Book/Case #: **349-06-20801**

Date of Birth: **4/27/1968**        Sex: **M**        Date Collected: **5/16/2007**

Comments: _____        Collected By: _____

Ordering Physician: _____

## PROFILES

- ☐ 8392-3 **CHEM 20** (T. PROT, ALB, GLOB, GLU, NA, K, CL, CO2, BUN, CREAT, GGT, CAL, URIC ACID, T. BILI, LDH ALK. PHOS, ALT, CHOL)    (S)
- ☐ 2280-6 **HEPATITIS ABC PROFILE** (HepBsAb, HepBsAg, HepBcAb, HepcAB, HepAAb, w/reflex)    (S)
- ☐ 7402-1 **Profile 7** (NA, K CO2, CL, BUN, GLUCOSE, CREAT)    (S)    ☐ 2342-4 **Liver Profile** (T+DBILI, AST, LDH, GGT, T. PRO, ALB, ALP, ALT)    (S)
- ☐ 0007-5 **Thyroid Profile** (T4, T3U, T7, TSH)    (S)    ☐ 0009-1 **LIPID PROFILE** (CHOL, TRIG, HDL, LDL)    (S)

## CLINICAL TEST

| | | |
|---|---|---|
| ☐ 0156-0 ABO/RH (R) | ☐ 0102-4 Glycohemoglobin (L) | ☐ 0327-7 Pregnancy (Serum) +/- quant. (S) |
| ☐ 0036-4 Amylase (S) | ☐ 0105-7 Hepatitis A Ab (w/reflex) (S) | ☐ 0133-9 Pregnancy (Urine) +/- (U) |
| ☐ 0050-1 Calcium (S) | ☐ 0540-5 Hepatitis Be Ab (S) | ☐ 0137-0 Protime (INR) (B) |
| ☐ 0053-9 CBC (L) | ☐ 0539-7 Hepatitis Be Ag (S) | ☐ 0139-6 PTT (B) |
| ☐ 1763-2 CD4/CD8 (L) · (GR) | ☐ 0107-3 Hepatitis B Surface Ab (S) | ☐ 0141-2 Retic Count (L) |
| ☐ 3800-0 Chlam/GC Probe Tec (Swab) | ☐ 0106-5 Hepatitis B Surface Ag (S) | ☐ 0142-0 RPR (S) |
| ☐ 2661-7 Chlamydia/GC Urine (SC) | ☐ 0108-1 Hepatitis B Core Ab (S) | ☐ 0086-9 Sed Rate (L) |
| ☐ 0058-8 Cholesterol (S) | ☐ 0812-8 Hepatitis C Ab (S) | ☐ 0366-5 Sickle Screen (L) |
| ☐ 7414-6 CK−CKMB (S) | ☐ 3266-4 HIV RNA PCR Quant (W) | ☐ 0151-1 T4 (S) |
| ☐ 0083-6 Digoxin (R) | ☐ 0114-9 Iron (S) | ☐ 0380-6 Theophylline (R) |
| ☐ 0084-4 Dilantin (R) | ☐ 0521-5 Lipase (S) | ☐ 0153-7 TSH (S) |
| ☐ 0088-5 Ferritin (S) | ☐ 0119-8 Lithium (R) | ☐ 0157-8 Uric Acid (S) |
| ☐ 0090-1 Folate (S) | ☐ 0120-6 Magnesium (S) | ☐ 0159-4 Urinalysis (U) |
| ☐ 0095-0 Glucose (GY) | ☐ 0289-9 Phenobarbital (R) | ☐ 0160-2 Vit B12 (S) |

## BACTERIOLOGY CULTURES

☐ 0080-2 Urine Culture (Boricon tube)    ☐ 0078-6 Throat Culture (culturette)    ☐ 0341-8 Blood Culture (2 Bacteo bottles/aerobic/Anaerobic    ☐ 0082-8 Wound Culture (culturette)

## STOOL ANALYSIS

☐ 0077-8 Stool Culture (SC or Swab)    ☐ 0377-2 O&P (SC or O&P Kit)    ☐ 0259-2 C-Diff. Toxin (SC)
☐ 0103-2 Gram Stain (SC)    ☐ 1002-5 AFB (SC)    ☐ 0878-9 Stool for WBC (SC)    ☐ 0122-2 Occult Blood Stool (SC)

☐ Biopsy:    Specimen: _____    Clinical History _____

### OTHER TEST (S) NOT LISTED ABOVE

1. **H. Pylori**        4. _____
2. _____        5. _____
3. _____        6. _____

### INTERNAL CONTROL (LAB USE ONLY)

| L-LAV | CULTURETTE | R-RED | S-SST | GY-GREY | BL-BLUE |
|---|---|---|---|---|---|
| GR-GREEN | Y-YELLOW | W-PPT | RD-ROYAL BL | STERILE CUP OTH | VIRAL CUL. |
| O&P | BLD CUL | FS THOZ SPEC | SLIDE | TRICOMP VIAL | FORMALIN JAR |
| RAND URN (CUP) | 24-HOUR URINE | U-URN TUBE | TIMED URINE | BOR/BORICUL | OCCLT BLD |

VOL.- _____
LAB.I.D. NO. _____

PAP SMEAR
(COMPLETE AND SUBMIT A BIO-REFERENCE CYTOPATHOLOGY REQUISITION ONLY)
SPUTUM CULTURE
FOR AFB (COMPLETE NYC DOH MYCOBACTERIOLOGY REQUISITION ONLY, TN50)
HIV SCREEN
(COMPLETE NYC DOH REQUEST FORM ONLY) (S)

(BL) = Blue, Citrate (GR) = Green, Heparin (GY) = grey, Pot. Oxalate (L) = Lavender, EDTA (R) = Solid Red Top, Serum (S) = SST Serum, (U) = Urine (W) = White, PPT (Y) = Yellow (SC) = Sterile Container
1131 RIKERS REV 3/03 NEW  (REVISED HIV VIRAL LOAD 2/07)

5/16/2007 3:04:26 PM



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# URINE DIPSTICK AND DRUG TESTING

| Patient's Last Name | First Name | NYSID Number |
|---|---|---|
| Brown | James | 5513644R |

| Book & Case Number | DATE | TIME | ☐ AM ☒ PM |
|---|---|---|---|
| 349-06-20801 | 11/22/2006 | 12:51 | |

| TESTED BY: | | |
|---|---|---|
| PRINT NAME | SIGNATURE | TITLE |
| | | |

| | RESULTS | REFERENCE RANGE |
|---|---|---|
| GLUCOSE | N | NEGATIVE |
| BILIRUBIN | N | NEGATIVE |
| KETONES | N | NEGATIVE |
| SP. GR | | 1.003 – 1.030 |
| BLOOD | N | NEGATIVE |
| PH | 5.0 | 4.5 – 6.0 |
| PROTEIN | N | NEGATIVE |
| UROBILOGEN | 0.2 | 0.2 – 1.0 EU |
| NITRITE | N | NEGATIVE |
| LEU EST | N | NEGATIVE |
| PREGNANCY TEST | | NEGATIVE / POSITIVE |

| THE TOXICOLOGY SCREENING THE FOLLOWING IS FOR SCREENING TEST ONLY POSITIVE RESULTS HAVE NOT BEEN CONFIRMED BY GCMS | | |
|---|---|---|
| COCAINE | P | NEGATIVE / POSITIVE |
| METHADONE | N | NEGATIVE / POSITIVE |
| OPIATES | | NEGATIVE / POSITIVE |
| BENZODIAZEPINES | N | NEGATIVE / POSITIVE |

11/22/2006 12:51:22 PM



**Bio-Reference Laboratories**
481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407-0621
**1-800-229-5227**

# RIKERS ISLAND
# DETENTION COMPLEX

## GENERAL LABORATORY
## TESTING REQUISITION

| RIKERS ISLAND FACILITIES | | DETENTION COMPLEXES |
|---|---|---|
| ☐ C0034-8 ARDC (C74) | ☐ C0041-3 MHC (C-71) | ☐ C0042-1 VCBC (BRONX) |
| ☒ C0036-3 AMKC (C-95) | ☐ C0038-9 NIC | |
| ☐ C0046-2 EMTC (C-76) | ☐ C0040-5 OBCC | ☐ C0045-4 BBKC (MANHATTAN) |
| ☐ C0035-5 GMDC (C-73) | ☐ C0048-8 RMSC | ☐ C0044-7 BDC (BROOKLYN) |
| ☐ C0047-0 GRVC | ☐ C0039-7 West CDU | ☐ C0043-9 QDC (QUEENS) |
| ☐ C0037-1 JATC | | |
| AMKC | RR | |

Patient Last Name: **Brown**   First: **James**   Book/case #: **349-06-20801**

Date of Birth: **4/27/1968**   Sex: **M**   Date Collected: **11/22/2006**

Comments: _____   Collected By: **Pridgen**

Ordering Physician: **Richard/**

### PROFILES

| | |
|---|---|
| ☐ 8392-3  CHEM 20 (T. PROT, ALB, GLOB, GLU, NA, K, CL, CO2, BUN, CREAT, GGT, CAL, URIC ACID, T. BILI, LDH ALK. PHOS, ALT, CHOL) | (S) |
| ☐ 2280-6  HEPATITIS ABC PROFILE (HepBsAb, HepBsAg, HepBcAb, HepgAB, HepAAb, w/reflex) | (S) |
| ☐ 7402-1  Profile 7 (NA, K CO2, CL, BUN, GLUCOSE, CREAT)   (S) ☐ 12342-4 Liver Profile (T. DBILI, AST, LDH, GGT, T. PRO, ALB, ALP, ALT) | (S) |
| ☐ 0007-5  Thyroid Profile (T4, T3U, T7, TSH)   (S)  ☐ 0009-1 LIPID PROFILE (CHOL, TRIG, HDL, LDL) | (S) |

### CLINICAL TEST

| | | | |
|---|---|---|---|
| ☐ 0156-0 ABO/RH | (R) | ☐ 0102-4 Glycohemoglobin | (L) |
| ☐ 0036-4 Amylase | (S) | ☐ 0105-7 Hepatitis A Ab (w/reflex) | (S) |
| ☐ 0050-1 Calcium | (S) | ☐ 0540-5 Hepatitis Be Ab | (S) |
| ☐ 0053-9 CBC | (L) | ☐ 0539-7 Hepatitis Be Ag | (S) |
| ☐ 1763-2 CD4/CD8 | (L) · (GR) | ☐ 0107-3 Hepatitis B Surface Ab | (S) |
| ☐ 3800-0 Chlam/GC Probe Tec | (Swab) | ☐ 0106-5 Hepatitis B Surface Ag | (S) |
| ☐ 2661-7 Chlamudia/GC Urine | (SC) | ☐ 0108-1 Hepatitis B Core Ab | (S) |
| ☐ 0058-8 Cholesterol | (S) | ☐ 0812-8 Hepatitis C Ab | (S) |
| ☐ 7414-6 CK+CKMB | (S) | ☐ 0114-9 Iron | (S) |
| ☐ 0083-6 Digoxin | (R) | ☐ 0521-5 Lipase | (S) |
| ☐ 0084-4 Dilantin | (R) | ☐ 0119-8 Lithium | (R) |
| ☐ 0088-5 Ferritin | (S) | ☐ 0120-6 Magnesium | (S) |
| ☐ 0090-1 Folate | (S) | ☐ 0209-9 Phenobarbital | (R) |
| ☐ 0095-0 Glucose | (GY) | ☐ 0327-7 Pregnancy (Serum) Quant. | (S) |
| | | ☐ 0133-9 Pregnancy (Urine) | (U) |

| | | |
|---|---|---|
| ☐ 0137-0 Protime (INR) | (B) | |
| ☐ 0139-6 PTT | (B) | |
| ☐ 0141-2 Retic Count | (L) | |
| ☒ 0142-0 RPR | (S) | |
| ☐ 0086-9 Sed Rate | (L) | |
| ☐ 0366-5 Sickle Screen | (L) | |
| ☐ 0151-1 T4 | (S) | |
| ☐ 0380-6 Theophylline | (R) | |
| ☐ 0153-7 TSH | (S) | |
| ☐ 0157-8 Uric Acid | (S) | |
| ☐ 0159-4 Urinalysis | (U) | |
| ☐ 0160-2 Vit B12 | (S) | |

### BACTERIOLOGY CULTURES

☐ 0080-2 Urine Culture (Boricon tube)   ☐ 0078-6 Throat Culture (culturette)   ☐ 0341-8 Blood Culture (2 Bactec bottles/aerobic/Anaerobic   ☐ 0082-8 Wound Culture (culturette)

### STOOL ANALYSIS

☐ 0077-8 Stool Culture (SC or Swab)   ☐ 0377-2 O&P (SC or O&P Kit)   ☐ 0259-2 C-Diff. Toxin (SC)

☐ 0103-2 Gram Stain (SC)   ☐ 1002-5 AFB (SC)   ☐ 0878-9 Stool for WBC (SC)   ☐ 0122-2 Occult Blood Stool (SC)

☐ Biopsy   Specimen: _____   Clinical History: _____

### OTHER TEST (S) NOT LISTED ABOVE

1. _____
2. _____
3. _____
4. _____
5. _____

**INTERNAL CONTROL (LAB USE ONLY)**

| | | | | |
|---|---|---|---|---|
| LT-AV | CULTURETTE | R-RED | G-GST | GY-GREY | BL-BLUE |
| GR-GREEN | Y-YELLOW | W-PPT | RO-ROYAL BL | STERILE CUP | VIRAL CUL |
| O&P | RED. CUL | F5-FROZ SPEC | SLIDE | INTP/REP VAL | FORMALIN |
| HAND URN (CUP) | 24-HOUR URINE | U-URN TUBE | TIMED URINE | BOR/BORICUL | OCC'T BLD |

VOL _____
LAB I.D. NO. _____

**PAP SMEAR**
(COMPLETE AND SUBMIT A BIO-REFERENCE CYTOPATHOLOGY REQUISITION ONLY)
**VIRAL LOAD**
RNA QUANT. PCR (COMPLETE AND SUBMIT A QUEST REQUISITION ONLY) (W)
**SPUTUM CULTURE**
FOR AFB (COMPLETE NYC DOH MYCOBACTERIOLOGY REQUISITION ONLY, EN50)
**HIV SCREEN**
(COMPLETE NYC DOH REQUEST FORM ONLY) (S)

(BL) - Blue, Citrate (GR) - Green, Heparin (GY) - grey, Pot. Oxalate (LT) - Lavender, EDTA (R) - Solid Red Top, Serum (S) - SST Serum, (U) - Urine (W) - White, PPT (Y) - Yellow (SC) - Sterile Container
1181 RIKERS REV 8/03 NEW

11/22/2006 12:51:25 PM



# D'SAW

## Rikers officers encourage gang violence: surprising testimony and the stats to back it up

Above: Andrew Lichtenstein, inset: Willie Davis/Voxx

BY GRAHAM RAYMAN

When his cell door abruptly opened just before 11 p.m. on April 16, Camillo Douglas knew he was in trouble.

Moments later, five Bloods gang members burst into the cell at the Robert N. Davoren Center on Rikers Island, beat him with broomsticks and fists, and stabbed him with a metal shank. He suffered a two-inch gash on his scalp, a badly bruised lower back, and other cuts. His T-shirt was soaked with his own blood.

Then the rest of the cell doors opened, a free-for-all quickly ensued, and another inmate was beaten by Douglas's attackers.

The Bloods were carrying broomsticks because they were members of a cleaning crew—known in Rikers lingo as a "house gang." Douglas's attackers somehow got the correction officers to open his cell door, even though all of the other inmates were already locked into their cells.

"What doesn't make sense to me is how they got into his cell at a time when all the inmates should have been locked in," says his lawyer, Julia Kuan.

In many ways, America's largest jail system—custodian to some 13,900 inmates on an island in the East River— is actually a distant place to most New Yorkers. Ten jails are located on Rikers, a dollop of land connected to the Steinway section of Queens by a bridge that is accessible only by special pass.

For most New Yorkers, Rikers carries deep associations with violent jail culture. But city Correction Department officials insist that such notions are out of date. They point out that since the early '90s, when »p24

24   VILLAGE VOICE JULY 11–17, 2007                                                                villagevoice.com

**Jail Guard** *from p 23*

violent-crime levels were at an all-time high, stabbings and slashings in particular have drastically declined.

In April, for example, the current commissioner, Martin Horn, told the city Board of Correction that there had been over 1,000 such assaults in 1995, but only 37 in fiscal 2006.

"In New York City, the men and women of the Department of Correction have done a remarkable job making the jails safer," Horn told the BOC.

Horn is particularly sensitive to questions about violence at Rikers because he is in the middle of a push to rewrite the rules governing inmate care in the jails. Those rules, known as the Minimum Standards, have remained largely

unchanged over the past 30 years. Through the Board of Correction, a tiny oversight agency, Horn has proposed some two dozen changes, including increasing the maximum number of inmates in dorm settings and eliminating a rule that requires him to obtain a warrant to read inmates' mail and listen to inmates' telephone calls.

On April 17, Horn told the board that the changes are necessary to "maintain safety and security."

The current rules "shackle us in our attempt to run safe jails in ways no other jail in the State of New York is restrained," he said.

Some two dozen inmate-advocacy groups and civil rights organizations oppose those changes. Critics argue that they are unfairly restrictive and do nothing to benefit inmates.



### BURIED IN COURT RECORDS ARE CLAIMS OF STAFF COMPLICITY IN INMATE BEATINGS AND THE STORY OF A CORRECTION OFFICER FIRED AFTER HE REPORTED CORRUPTION.

(Last month, the Board of Correction agreed to put off a decision on the changes until the fall.)

At the center of Horn's appeal to change the way the jails work is his message that today, things are calmer and less violent on Rikers Island.

But the Douglas case and other incidents examined by the *Voice* seem to present a different reality than that sedate image.

Buried in court records are instances of near-fatal injuries, allegations of excessive force, claims of staff complicity in inmate beatings, and even the story of a correction officer fired after he reported corruption.

In the past few years, the city has been forced to pay millions to dozens of inmates who were seriously injured in the jails. The Correction Department has been obliged to rewrite its use-of-force policy, install video cameras, and create a whole new manual for investigating misconduct.

And at a time when the jail population is stable and well below capacity, and when the city is arguing that the environment at Rikers is placid enough that certain standards should be changed, a *Voice* review of jail statistics shows that violence actually rose in 2006 compared to the previous year.

• Class A uses of force—defined as encounters between correction officers and inmates that led to multiple contusions, lacerations, broken bones, or internal injuries—nearly doubled, from 66 to 113.



• The number of use-of-force injuries jumped by 50 percent—from 1,079 to 1,565. The number of instances in which inmates alleged that correction officers caused their injuries also rose—from 314 to 384.

• The number of inmates who were treated for injuries caused during encounters with staff also increased—from 1,437 to 2,033.

• The number of staffers treated following inmate encounters increased, from 861 to 948.

• The number of inmate weapons found in searches also rose, from 1,830 to 2,174.

• The number of violent incidents between inmates remained over 8,000 for the third year in a row.

• The number of stabbings and slashings showed a modest increase, from 35 to 44.

• The annual amount paid by the city to settle lawsuits rose in each of the past two years, from $8 million to $14.2 million, city comptroller records show.

And in May, for the first time in memory, two men died in the jails in one month following the use of force by correction officers. One victim, postal worker Oswald Livermore, died in the Manhattan Tombs, and the second, Jermele Kelly, died in the Bellevue prison ward (see "Deadly Restraint," May 30).

More than a month later, the city medical examiner has yet to issue a cause of death in either case, but the deaths are the subject of separate investigations by the Manhattan District Attorney's office and the Correction Department's inspector general.

In his own written analysis of jail statistics, John Boston, a lawyer with the Legal Aid Society's Prisoners' Rights Project, found that inmate fights and assaults, uses of force, and inmate injuries from uses of force have all increased. He also reported that stabbings and slashings are up in fiscal 2007.    **→P**

Tyreece Abney, pictured at left with a family member was stomped to death by a jail guard who endorsed "house gang

*Above Michael S. Yamashita/Corbis, Inset Courtesy of Ann*




A NAIL SALON THAT CARES ABOUT YOU
WE SPECIALIZE IN PERMANENT FRENCH—
THE FRENCH MANICURE THAT LASTS UP TO 3 WEEKS
20% OFF on PERMANENT FRENCH
"RATED TOP" IN THE NEIGHBORHOOD by Citysearch
586 GRAND ST. • BROOKLYN, NY  718.218.9772
FOR PICTURES OF OUR WORK, VISIT artisticnails2.com

LASER HAIR REMOVAL
Facial $100
Brazilian Bikini $150
BB & Full Leg $260
Full Body
From Head To Toe $750
LAND SPA
ASK ABOUT 10% DISCOUNT



hair
$5 on/blowdry
$10 all haircut
$20 all color with foil
478 6th avenue nyc 10011  212.255.6689



Ramakrishnananda
Yoga Vedanta Mission
Health Yoga
2 free classes
Satsang
An evening of meditation, Kirtan and music
www.ramakrishnananda.com
(646) 436-7010
www.ramakrishnananda.com

shampoo
SUMMER SPECIAL
25% OFF ALL NEW AVEDA
HEY, YOUR HAIR WERE DIRTY BUT HER HAIR WAS CLEAN
a place to get your hair after 9 hours
shampoo avenue b
212 777-2031  142 avenue b NYC (btw 3rd & 4th)  AVEDA



Laser Hair Removal for men and women
WE BEAT OUR COMPETITORS' LASER PRICES
Beauty & Youth Spa
472 4th Ave (btw 11th & 12th St)
212.463.0246
WWW.BEAUTYANDYOUTH.COM




HEALTH / MEDICAL
Your body is a temple. Need some keys?
The Village Voice Ad Index. Everything in print, now online. index.villagevoice.com For advertising call 212.475.1978

## Jail Guard from p24

"Stabbings and slashings are only a small slice of violence in the jails, and their relatively low frequency says more about the department's efforts to find and remove weapons than about the overall rate of violence and tension in the jails," Boston wrote.

"By reasonable measures, the jails are getting more violent despite efforts to control violence," he added.

Within the Correction Department, the talk often turns to the bad old days of the early 1990s, when the jails were bursting at the seams and crime was skyrocketing.

"What's going on now pales in comparison to the late 1980s and early 1990s in terms of violence," says Sidney Schwartzbaum, president of the Assistant Deputy Wardens/Deputy Wardens Association. "I remember periods where we had 50 to 60 slashings in one month in just one facility."

City Correction Commissioner Martin Horn denies that violence is increasing and says that he views inmate safety as the most important aspect of his job. "We believe that an inmate should be treated as if they were one of our own children."

But a veteran DOC supervisor says the 2006 increase is still troubling. "It's indicative of less control on the part of DOC staff," the supervisor says. "When inmates make more weapons, it means they don't feel safe. When officers use force more, it means they don't feel safe."

**Last January, a former correction officer** named Roger Cullen sat down and gave an astonishing sworn deposition in a lawsuit over a little-known May 2003 inmate assault at the Anna M. Kross Center on Rikers.

Cullen was the "bubble" officer—working in an enclosed security room overlooking the mental-observation ward—when Kirk Fisher walked up to fellow inmate Donald Jackson and punched him once in the head.

Jackson dropped like a stone. His head struck a piece of metal sticking out of the floor. He developed a blood clot in his brain, and would have died had it not been for an operation he received at the Elmhurst Hospital Center.

Fisher was sentenced to state prison for the assault. The Correction Department's investigation concluded at the time that the fight was over stolen cookies and found "no misconduct or wrongdoing" by staff.

But Cullen, whose deposition was obtained by the Voice, testified that Fisher had essentially been deputized as an enforcer by correction officers to control the other inmates—a violation of DOC rules. Fisher told them when to shower, when to lock in, and when to clean their cells.

"It was like he was in charge," Cullen said.

"Any officer knows you're not supposed to do that—it's wrong," he added.

Cullen also testified that another guard was off his post, talking with a female officer, when the assault took place. That officer made a false entry in a logbook and then asked Cullen to write a report that claimed Jackson had slipped and fallen in the shower, Cullen said.

"I told him, 'I'm not going to do that,' " Cullen added.

Cullen testified that in the months after the Jackson incident, he made a series of corruption allegations to DOC officials and the Department of Investigation, but nothing was done. Among his claims, Cullen discussed a practice called "write with us," in which correction officers conspired to make false reports on incidents involving inmates.

"It's just lies, coordinated lies," he said.

Cullen also testified that correction officers felt it was easier to mistreat inmates in the mental-observation unit because no one would believe them.

"They will say, 'Oh, he's crazy' and dismiss it, and the officer gets away with abuse," he said.

Cullen said that he made the complaint because "I was in a state of shock. This is the Department of Correction. What is this stuff going on? Isn't somebody watching these people? Why are you letting them do this and still have a job?"

Records obtained by the Voice indicate that Cullen first made written allegations of corruption at the Anna M. Kross Center a few months after the Jackson incident. But no one investigated those allegations for more than a year, and by then Cullen had been fired.

In September 2003, records show, Cullen sent a letter to the DOC's Investigation Division laden with specific misconduct allegations against several officers, including three officers in the Jackson case.

Cullen's letter named five officers and alleged that they were involved in misconduct ranging from using excessive force to lying, to falsifying reports, to paying inmates with cigarettes to beat up other inmates. Cullen also named six inmates who had been beaten up by the officers. But the final DOC report on the Jackson incident contained no mention of his allegations.

In fact, records reviewed by the Voice indicate that the substance of that letter was never investigated.

Months later, on May 28, 2004, Cullen sent another letter to Valerie Oliver, the warden of the Anna M. Kross Center. In that letter, he alleged in part that he was being harassed by another correction officer "because I would not be a partner in corruption and cover-ups."

It was only in June 2004, following Cullen's second letter, that the Investigation Division started a limited examination of his claims—

### CULLEN TESTIFIED THAT CORRECTION OFFICERS FELT IT WAS EASIER TO MISTREAT INMATES IN THE MENTAL-OBSERVATION UNIT BECAUSE NO ONE WOULD BELIEVE THEM.

only after the DOC inspector general's office declined to look into them.

At the same time, after two years as a correction officer, Cullen was coming to the end of his probationary period. In his final evaluation on May 3, five supervisors recommended he continue to be employed by the department, records show.

AMKC warden Valerie Oliver initially recommended that Cullen continue on the job, according to the records. But then she reversed her decision and recommended his firing based on excessive tardiness. The precise date she reversed her decision is unknown.

Soon after that, the DOC personnel voted to fire Cullen, and Commissioner signed off on it. Cullen's last day of work was June 24, 2004—three weeks after his letter to Warden Oliver.

Cullen had been late 10 times in two years, records show. He had not missed a single day of work and had even earned a commendation for perfect attendance from—ironically enough—Warden Oliver. He also did not have a

villagevoice.com

JULY 11–17, 2007 **VILLAGE VOICE** 27

use-of-force case against him.

Meanwhile, the internal investigation—such as it was—continued.

On January 11, 2005, Cullen wrote the investigator a third letter, this time specifically mentioning the Jackson case. He repeated the allegation that an officer had been away from his post talking to a female officer and had then tried to convince him to report that Jackson slipped and fell. Cullen also made misconduct claims against two DOC captains for the excessive use of force.

The investigator noted in his final report that Cullen gave "credible" testimony. He also wrote that it was "questionable that Mr. Cullen was terminated amidst an open, unresolved [investigation]."

Despite the detail in Cullen's letters and statements, however, the investigator did just three interviews in nine months before closing the case as "unsubstantiated" in February 2005.

Cullen filed legal papers to get his job back, but he lost in court, mainly because as a probationary officer, he had no job protection.

"I tried to do the right thing," he wrote in a letter to the judge. "And now I've lost medical care. I'm about to lose my house, I have no money. Every day is a struggle to exist."

In the January 2007 deposition, Cullen discussed his letters. "Nothing was done," he said.

"I made reports to the Department of Investigation against their corruption, and they fired me to keep me quiet and to punish me," Cullen testified.

In an interview Monday, Cullen told the *Voice* that his house is in foreclosure, and that he hasn't been able to find work in the three years since his termination by the Correction Department. He tried to go back to work as a school safety officer (a job he'd previously held for 18 years), but his application was rejected. He does odd jobs for friends to make ends meet.

"I had planned to retire in that job, and they took my rug out from under me," says Cullen, now 49. Despite his ordeal, he said he would do the same thing again today. "My mother raised me to be fair and honest, no matter what hardship. Who gives them the right to go to a cell and beat up an inmate? That could be my son or your son."

For his part, Commissioner Horn defends his handling of Cullen's case. He says Cullen's termination and the investigation took place on two separate tracks. "What came to me was excessive lateness," Horn says. "I categorically reject any inference his termination was related [to the letters]."

In February—long after he had been sent to prison—Fisher gave his own sworn account of the event, in which he claimed that a correction officer told him to assault Jackson.

"[He] pulled me to the side and explained to me that Jackson was running around and thieving," Fisher said, adding that the correction officer told him: "Before you do anything, I'm going to go to the other side and [then] do what you got to do."

Fisher also testified that he had been deputized by correction officers to run the unit.

"I was the house captain, and it was my job to enforce certain rules," he said. "Anybody that acted up in the house, it was my job to put them in line."

Fisher testified that the stolen-cookie explanation was false. "It was a lie to gas myself up to hit the dude," he said.

Explaining why he was feared by other inmates, the diminutive Fisher said, "I hit on impulse and ran around with a stick in my hands."

In their depositions, the officers named by Cullen and Fisher denied any wrongdoing. One of those officers had 13 previous use-of-force

complaints, and the other had been arrested three times and was fired in 2006 for possession of a machine pistol whose serial number had been filed off, records show.

In March, shortly after the Cullen and Fisher depositions, the city agreed to pay $500,000 to settle the lawsuit, but not a single correction officer was disciplined.

The Jackson and Douglas cases only illustrate a broader problem in the jails. According to court records and a law enforcement source, gang members often find their way into unit cleaning crews, where they are able to obtain extra privileges and more authority over other inmates.

"It's a pretty big problem," the law enforcement official says.

"The inmates tell us it's a really common set-up," says Andrew Stoll, a Brooklyn lawyer who represented Jackson. "In a lot of the houses, the correction officers use the house gang as enforcers and pay them with cigarettes and extra commissary."

In a wide-ranging interview on Monday, Commissioner Horn acknowledged that there had been an increase in some indicators in 2006, but attributed it to a crackdown on illegal drugs and an increase in the use of pepper spray to break up fights. He said that it was "grossly unfair" to suggest that violence is increasing.

"You can't make a judgment [based] on one period of time, which might be a blip or an aberration," Horn says. "Over the long term, the level of violence is coming down."

Horn provided the *Voice* with statistics showing that some of the indicators that rose in 2006 fell again in the first half of 2007. The DOC is on track, figures show, for just 22 stabbings and slashings this year—the lowest number on record. There were also fewer inmate-on-inmate injury reports in fiscal 2007 than in fiscal 2006.

On the other hand, instances of the use of force remain up, and serious injuries to inmates—a statistical category Horn created—remain about the same as in 2006 and are up compared to 2005.

Horn showed page after page of statistics which he said demonstrate that his administration has made a priority of tracking violent incidents, identifying the causes, and preventing them from happening again.

Under Horn, a small group of the most dangerous inmates have been separated from the jail population and placed in a separate high-security area. He has also tried to control the number of state prisoners transferred to Rikers for court dates and other reasons. And he's improved a security-classification system that tries to protect the majority of the population from the more dangerous offenders. Horn eventually would like to transfer up to 4,000 inmates from Rikers to a renovated jail in Brooklyn and a new facility in the Bronx, because he says the island is the wrong place to house inmates.

Horn pointed out that there hasn't been a murder in the jails in two years (though, as mentioned earlier, two recent deaths are under investigation). There were just two suicides last year, and no escapes. "If it was so bad, they would be killing each other, they would be killing themselves, and there would be escapes," he says. "This is a safe jail system."

Even so, each year, inmates file about 1,300 claims against the city. Over the past five years, the city has paid out $61.7 million to settle Correction Department lawsuits, records show.

No doubt, New York is a litigious city, and inmates are a litigious bunch. Sometimes their allegations strain credulity, like the man who recently claimed that an officer put a gun to his head, even though officers don't »p28



How about five personal trainers?

INTRO
3 sessions for $99
limit one per customer

379 COURT STREET SOUTH, NY 11231
718.643.1100 FITNESSSCOLLECTIVE.COM



1/2 Price on all care with purchase of soft package

Mention this ad and save and additional $3.00

133 ROEBLING ST.
btwn N. 4th & 5th
BROOKLYN, NY 11211
718-218-8014

Mon - Sat 11am - 11pm
Sun 11am - 6pm



**Anonymous Donor Samples**
FREE SHIPPING IN MANHATTAN • NO SHIPPING CREDIT ANYWHERE IN THE US

for your easiest
**Reproductive needs**

ANONYMOUS & DIRECTED DONORS • SEMEN ANALYSIS • SPERM WASH FOR IUI • SPERM BANKING

Park Avenue Fertility is fully aware of the difficulties associated with choosing an anonymous donor. Our caring staff will assist you and your physician.

**PARK AVENUE**
FERTILITY GROUP

www.parkavenuefertility.com    212.779.1608



**SAL ANTHONY'S**
**MOVEMENT SALON**
190 Third Avenue (between 17th & 18th Streets)
www.movementsalon.com
**212 420-7242**

Gyrotonic®

*NEW YORK* Magazine
"The Pilates Sessions are
The best value in the City"
Rating ★ ★ ★

| MASSAGE | |  Introductory Package $75 |
|---|---|---|
| $ 65 - 1 Hour | | 1 Hour Pilates or Gyrotonic® Session |
| $100 - 1½ Hours | | 3 Class Credits (Yoga or Pilates Mat) |
| $130 - 2 Hours | | |
| New York State Licenced Therapists | | Super Introductory Package $150 |
| **YOGA** | | 1 Hour Pilates or Gyrotonic® Session |
| **PILATES MAT CLASS** | | 1 Hour Swedish or Shiatsu massage |
| $ 15 - 1 Class | | 5 Class Credits (Yoga or Pilates Mat) |
| $125 - 10 Classes | | |
| $225 - 20 Classes | | |

FREE 15 MINUTES INTRODUCTION TO PILATES OR GYROTONIC®

Summer is Here!
THE BRAZILIAN WAY OF SKIN CARE & BEAUTY
Authentic Wax Imported from Brazil
FACIALS • BODY TREATMENTS • BRAZILIAN WAXING
15% OFF ALL SERVICES (limited time offer)
IPANEMA DAYSPA
1005 2nd Ave., 2nd Floor
212.588.0404 • www.ipanemadayspa.com

BOTANICA
Consultations by Okan La Ocha – as seen in Latina magazine
• oils • candles • incense • books • fresh herbs • statues • crystals
RELIGIOUS ~ SPIRITUAL ~ NEW AGE GIFTS
"We're Not Your Abuelitas Botanica"
1645 Woodbine Street, Ridgewood, NY
718-386-9345

Summer Spa Package
reg single $223
single $129 couple $250
THERAPEUTIC MASSAGE (50 MIN.) • EAR CANDLE
BODY MIST • ANTIOXIDANT FACIAL (70 MIN.)
GREEN TEA MASK (EXP. 8/15/07)
BACK TREATMENT REG. $85 $48 (EXP. 8/15/07)
DEEP CLEANING FACIAL REG. $60 $40
ACNE TREATMENT W/GLYCOLIC ACID PEEL REG. $90 $70
Lavender Skin Care

HAIR EXTENSION CENTER
Best Work In Town!
Individual Strands Extensions
ORGANIC HAIRCOLOR & HIGHLIGHTS
INTERLOCKING EXTENSIONS • BRAIDING • DREADLOCKS
Haircutters of Paris
Haircuts To Fit Your Face
324 E. 48th St. bet. 1 & 2 Aves.
(212) 759-8160 or 319-3882 cell (917) 664-7111
www.haircuttersofparis.com

ESSENTIAL Skin Care
Specializing in Problem Skin
Licensed Professionals
Introductory Offers!
Microdermabrasion
Acne Treatment w/Glycolic Acid Peel
Botinal Wrinkle Treatment
Deep Cleansing Facial
Back Cleansing
Herbal Peel
Body Slimming Wrap of Skin Glow
Gift Certificates Available

SEIDO JUKU
"#1 CHOICE FOR ANYONE WANTING THE AUTHENTIC JAPANESE MARTIAL ARTS EXPERIENCE"

**Jail Guard** *from p27*

carry guns in the jails.

Still, a *Voice* examination of the 121 claims filed in May alone yields a disturbing snapshot of jail life.

Brooklyn's Parris DeSuze, just 18 years old, for example, claims that two correction officers failed to stop other youths from breaking his jaw in three places on April 13 at the Robert N. Davoren Center, where teenage offenders are held. DeSuze was being held on a drug charge.

"A [CO] watched the entire assault and never intervened to protect claimant or call for aid," DeSuze's claim states.

According to DeSuze's lawyer, Michael Hueston, a correction officer convinced DeSuze to say he'd been dancing on a table and had fallen, even though his injuries didn't match the story.

A responding captain challenged the table-dancing story, and DeSuze acknowledged that it was a fabrication, Hueston says. He was eventually taken to Bellevue Hospital, where he underwent surgery for his fractured jaw.

"I didn't even recognize my own son when I saw him in the hospital," Brooklyn social worker Leticia Cumberbatch, 53, tells the *Voice*. "He made a horrible mistake, but nobody should be treated like that."

Hueston says that such incidents are just part of the landscape. "Young people tell me when they go in there, the culture is such that the kids control the jail," he says. "The COs know this happens, and they look the other way."

Another 18-year-old, Ricardo Marsden of Hempstead, Long Island, claims that he was assaulted on May 2 at the Robert N. Davoren Center by six inmates and suffered a "black eye, bruises all over body, leg, back, blood in my ears, busted lip. . . . Officer stood there watching," his complaint states.

The Department of Correction declined to comment on both the DeSuze and Marsden cases, saying that both were currently under investigation.

In recent City Council testimony, DeAvery Irons of the Juvenile Justice Project said that one factor in the violence is the ratio of one officer per 50 inmates in the teenage dormitory areas—the same as in adult housing.

"Young people describe an atmosphere characterized by daily fights, power struggles, and intimidation," Irons testified, adding that one youth described the environment as "battle camp for kids."

Horn says he draws from a group of 158 newly budgeted correction officers to help maintain safety in the adolescent housing areas. "There's no indication that the adolescent areas are any rougher than the adult housing areas," he says.

Crushaun Campbell, meanwhile, claims that he suffered a broken jaw, fractured nose, and fractured cheekbone when two inmates assaulted him on February 6 at the Vernon C. Bain Center. The attack began in a bathroom and spilled into the dorm area. Campbell

**'WHEN INMATES MAKE MORE WEAPONS, IT MEANS THEY DON'T FEEL SAFE; WHEN OFFICERS USE FORCE MORE, IT MEANS THEY DON'T FEEL SAFE.'**

had been arrested just two days earlier on a parole violation.

Campbell, whose injuries required plastic surgery, claims that a correction officer assigned to watch the bathroom from the bubble was not at her post when the assault began, records show. In a report, DOC officials called the incident an inmate fistfight.

"My impression is, there's a high level of violence in the system," says Campbell's lawyer, Gavriel Ramson. "That's why I take these cases. It's hard to ignore them."

Violence at Rikers isn't limited only to the inmates, according to the May records. In his typewritten claim dated May 19, James Brown, an Otis Bantum Correctional Center detainee, writes that he was handcuffed when a correction captain smashed his head against the wall several times, while other officers looked on.

Brown claims that he suffered a concussion, broken teeth, blurry vision, and hearing loss as a result of the April 5 incident. "I received extensive surgery on my upper gums," he writes. "Several of my teeth had to be surgi-

"I didn't even recognize my own son when I saw him in the hospital," says Leticia Cumberbatch.

villagevoice.com

cally removed."

The DOC declined to comment on both the Campbell and Brown cases.

The Brown claim is one of a number of lawsuits alleging excessive force by officers. Among them, 10 inmates are suing for $240 million, alleging that two dozen correction officers rampaged through their dorm in October 2005.

The incident was sparked when an inmate punched an officer. In the ensuing free-for-all, a number of inmates were allegedly beaten while officers shouted, "Whose house is this? Our house!"

A video camera captured about one minute of the chaos; then an officer turned off the camera for the next 30 minutes.

A couple of officers have been charged, but the vast majority were not disciplined.

Lamont Major, meanwhile, is suing for $1 million after he was allegedly punched by a correction officer in May 2006 at the George R. Vierno Center and wound up in the hospital.

In recent years, the city has settled six other excessive-force cases for a total of $1.8 million, for injuries such as a broken jaw ($195,000), a collapsed lung ($255,000), and brain damage ($590,000).

At the end of 2005, the city settled the Ingles v. Toro class-action lawsuit brought by the Prisoners' Rights Project.

The case, involving 22 inmates injured by officers, was the fourth class-action lawsuit involving excessive force brought against the DOC.

Two experts hired by the Ingles plaintiffs reviewed thousands of use-of-force and injury reports and concluded that correction officers routinely used excessive force to inflict pain rather than to restrain and control inmates.

The experts also concluded that the DOC's internal investigation process was deeply flawed. Under the settlement, the city agreed—without admitting liability—to pay $3.6 million (of which $1.4 million went to the lawyers representing the inmates), rewrite the use-of-force policy, and install video cameras throughout the jails.

Horn says the video cameras have been useful in determining what happened in encounters between officers and inmates. "They seem to verify the officer's account many times," he says. Horn is careful to stress that the settlement carried no admission of liability. "By settling, the plaintiffs acknowledged there was no 'pattern or practice' violation."

In addition, the city agreed to write a brand-new manual for internal investigations. Robert Silbering, a former Special Narcotics Prosecutor, was hired to lead that effort. Silbering says that a draft version of the manual is complete, and that the process may be finished within the next month.

In the Ingles case, over 100 correction officers and supervisors were named in the complaint, but just four faced disciplinary charges, and only two were actually fired—the other two got their jobs back.

The vast majority of the officers were not disciplined, including one officer whose kick we believe ruptured an inmate's eyeball," says Jonathan Chasan, a lead lawyer in the case.

But Horn says that internal reviews found there was no wrongdoing in most cases. "We considered the use of force, and concluded that in the vast majority [of cases], it was appropriate and defensible," he says. "We made the cases that we could make."

Overall, he said, correction officers are much better at using limited force to restrain an inmate when necessary.

In the year since the Ingles settlement, the DOC reports a 30 percent decline of the correction officers'

more inmates have complained about excessive force, many of them with serious injuries that have been documented, Chasan says. Reported injuries in the past year included broken eye orbitals, broken teeth, broken noses, and head trauma.

A newly emerging related trend, according to Chasan, involves correction officers allowing or encouraging the beating of one inmate by another. "We are seeing an increasing number of complaints of inmate-on-inmate violence with illegal staff complicity," he says.

Last fall, according to Manhattan lawyer Joel Berger, a correction officer in the George Motchan Detention Center allegedly encouraged one inmate to severely assault a second inmate. Berger is representing the victim of the assault.

"Annoyed that the inmate was on the phone too long, the guard opened a gate and handed a broomstick to the [second] inmate and essentially said, 'Go take care of business,'" Berger says. "It was a very deliberate act on part of the officer." Thevictim, whose name is being withheld by the Voice at Berger's request, sustained a broken nose, stitches over one eye, and blurred vision.

According to Berger, the Department of Investigation and the DOC are aware of the allegations, but eight months later have yet to interview two eyewitnesses. The Department of Investigation, Berger says, has passed the case back to the DOC.

"I've handled two or three of these kinds of cases, and in the past there has been a full investigation," Berger says. "In this case, I don't get that sense at all. It appears that there's a total lack of interest."

Both the Department of Investigation and the DOC declined to comment on the matter.

Last March, in another "house gang" case, a Bronx jury convicted a Bloods leader in the stomping death of 21-year-old Tyreece Abney at the George Motchan Detention Center in October 2004.

During the investigation into his death, authorities learned that one of Abney's assailants

> **I MADE REPORTS TO THE DEPARTMENT OF INVESTIGATION AGAINST THEIR CORRUPTION, AND THEY FIRED ME TO KEEP ME QUIET.**

had been receiving extra phone and mail privileges from a correction officer, who was also mailing coded messages for him, a law enforcement source says.

Abney, 21, of the Bronx, was sent to Rikers on a minor drug charge. He was mentally retarded, on anti-depressant and anti-psychotic drugs, and had a record of poor behavior in the jails. Three weeks earlier, he had been moved out of a mental-observation ward and into the general population.

According to Susan Karten, a Manhattan lawyer representing the Abney family, Abney told his sister Yvonda that he had been moved abruptly after he said something to offend a guard. He was then moved a number of other times before he wound up in the unit where he was killed. "No expert looked at him and said he was fit to move into general population," Karten says.

On the day he died, Abney had a loud



**DENTAL IMPLANTS & POWER WHITENING**

$350 for Whitening

$495* per Implant

PERMANENT SOLUTION · SAME DAY TEETH!
OVER 20,000 SATISFIED PATIENTS

Sedation Dentistry Available
Invisalign, the clear alternative to braces · Cosmetic Reconstructive Dentistry

Contemporary Dental Implant Centre

Call 212.269.9500 Today!
www.contemporarydentalimplantcentre.com



**RANDEE ELAINE SPA & LASER CENTER** FOR MEN & WOMEN

50% OFF LASER SERVICES

·LASER HAIR REMOVAL
·PHOTO FACIAL
·LEG VEINS REDUCTION



**LOOK FORWARD TO MONDAY MORNINGS... BE A FEKKAI MODEL**

EXPERIENCE THE LATEST STYLES, HAIRCUTTING & COLORING TECHNIQUES.
COMPLIMENTARY SERVICES, BY FEKKAI PROFESSIONALS

FOR INFORMATION,
CALL 212-583-3322

TO REGISTER, VISIT
WWW.BEAFEKKAIMODEL.COM

frédéric Fekkai
FRÉDÉRIC FEKKAI SOHO, 394 WEST BROADWAY

**BETH ISRAEL MEDICAL CENTER**
STUYVESANT SQUARE

**INPATIENT AND OUTPATIENT OPIATE DETOXIFICATION**
With Buprenorphine/Methadone

DETOXIFICATION SERVICES
FOR ALL DRUGS & ALCOHOL

Admission 7 Days per Week
Counseling Available
24 hour Medical/Nursing Care
Psychiatric Services



THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341
WILLIAM C. THOMPSON, JR. - COMPTROLLER

9/5/2007

NOTICE OF 50-H HEARING

015/274

RECEIVED

HARDING & MOORE
80-59 LEFFERTS BLVD
KEW GARDENS, NY 11415

RE: Claimant Name:   JAMES BROWN 3490620801
    Claim Number:    2007PI015801

Dear Sir / Madam:

Please take notice that, pursuant to Section 50-h of the General Municipal Law (GML), claimant is mandated by law to appear at the following location, at the date and time specified below, to be orally examined under oath relative to the occurrence and extent of injuries for which the above claim is made:

Date of Hearing:      9/28/2007
Time of Hearing:      03:00PM
Location of Hearing:  WILSON, ELSER, ET AL II
                      150 E 42 ST - 23 FL
                      NEW YORK, NY 10017

The claimant should be accompanied by his or her attorney and all infant claimants must appear. Claimant is further mandated, pursuant to Section 93(d) of the New York City Charter and Section 50-h of the GML, to present him/herself for a physical examination at a date and location to be provided under separate cover.

**Please note that, two days prior to the hearing, you will be called by the law office above to confirm the date and time of the hearing. At that time you can request a language interpreter for your client, if necessary. If you confirm the hearing date at that time and you subsequently fail to appear for the hearing, you will be charged for any legal fee, interpreter fee and stenographic fee that the City incurs.**

**Claimant will be permitted only one adjournment without cause.** Application for such adjournment should be made at least one week prior to the hearing date, in writing, by phone (212)669-4748 or by facsimile (212)669-8811, between 9am and 4pm, to the **Comptroller's Office, at the numbers indicated.** Any additional adjournment must be requested, in writing or by facsimile, to the Comptroller's Office; it will be granted for good cause only and only if the hearing can be held prior to claimant's commencement of an action.

If a claimant fails to appear for a scheduled hearing, a default will be declared and claimant's failure to appear will be raised as an affirmative defense in any lawsuit filed.



THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341
WILLIAM C. THOMPSON, JR. - COMPTROLLER

9/5/2007

NOTICE OF 50-H HEARING

015/274

You are requested to bring to the hearing copies of all documents relevant to this claim, including, but not limited to

(1) Photographs of accident scene;
(2) a prior written notice map;
(3) copies of all medical and hospital records;
(4) authorizations for the Comptroller's Office to obtain medical records;
(5) authorizations for the Comptroller's Office to obtain employment records, loss of income documentation, and school records;
(6) police reports.

Pursuant to State and Federal law, the Comptroller's Office is authorized to obtain, through its attorneys taking hearings, social security numbers for tax reporting purposes, and for the collection of liens held by the City and State.

Please be advised that nothing contained herein shall be construed as extending the statute of limitations beyond the statutory time.

STOP: Please be aware that filing a false claim or aiding and abetting the filing of a false claim is a crime. Violators will be prosecuted to the fullest extent of the law. If you have any information about fraudulent claims being filed against the City, please call our FRAUD HOTLINE at 212-669-4747, or send an E-mail to claimfraud@comptroller.nyc.gov. All calls are confidential.

Sincerely,

Marilyn Bodner
Director, Contract Services
Bureau of Law and Adjustment

-------------------------------------------------X

## IN THE MATTER OF THE CLAIM OF

### James Brown

against

STIPULATION
Claim #: 2007PI015801

## THE CITY OF NEW YORK

-------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the attorney for the above-named claimant(s) and the Comptroller of the City of New York that:

1)  The examination pursuant to General Municipal Law 50-H of the above named claimant(s) currently scheduled for _9-28-07_, is hereby adjourned at the claimant's request. In particular, the claimant alleges that he/she is unable to attend the hearing due to _INCARCERATED_

2)  Claimant shall be responsible for notifying the City of New York as soon as claimant is available to appear and give testimony at said hearing. The hearing shall be rescheduled for the earliest possible date available to the City of New York.

3)  Claimant may commence an action against the City of New York on the above claim within the applicable statute of limitations prior to the City of New York conducting an oral or physical examination of claimant pursuant to GML 50-H

4)  If claimant commences an action against the City of New York and/or any of its agents, servants or employees, issue shall not be joined and the defendant(s) time to serve an Answer shall extend until 30 days after the completion of the 50-H.

5)  All disclosure with regard to the above-referenced claim shall be stayed until the examination of the claimant pursuant to GML 50-H is completed and issue is joined.

6)  Nothing herein shall be construed as a waiver of the City of New York's rights pursuant to GML 50-H.

Dated: New York, New York
_10/18/07_

BY: _____

_James P. Harding_
Attorney for Claimant

_HARDING + MOORE ESQS_
Firm

# CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 1 of 1

THE PEOPLE OF THE STATE OF NEW YORK
-against-

1. James Brown (M 38)



704340

Defendant.

FELONY
ADA LEET
335-3538



Detective Edward Lawson, shield 06442 of the Midtown North Detective Squad, states as follows:

At the times and places described below in the County and State of New York, the defendant committed the offenses of:

**B: VIOLENT**

1.  PL160.15(3)    Robbery in the First Degree
                   (2 counts)

the defendant forcibly stole property and in the course of the commission of the crime and immediate flight therefrom the defendant or another participant in the crime used and threatened the immediate use a dangerous instrument.

The offenses were committed under the following circumstances:

The deponent is informed by Det. Erik Brzostok, Shield No. 5342, of the Mid-Town South Detective Squad that the informant spoke with a person whose identity is known to the District Attorney's Office, that said individual informed the informant that on September 3, 2006 inside of 500 8th Avenue, Manhattan, said person whose identity is known to the District Attorney's Office was approached by the defendant, that the defendant threatened to stick said person whose identity is known to the District Attorney's Office with a syringe, and that the defendant did take a cell phone and Two Hundred and Seventy-one Dollars without said person's, whose identity is known to the District Attorney's Office, permission.

**COUNT 2.** The deponent states that the deponent is informed by a person whose identity is known to the District Attorney's Office, that on September 23, 2006 in front of 425 West 45th Street, Manhattan, the defendant approached the informant and asked for money, the informant refused and the defendant pulled out a syringe, threatened to stick the informant with said syringe if the informant did not hand over the informant's belongings, that the informant handed over a cell phone, an IPOD, a New York State Identity Card, and a Credit Card, and that the defendant did not hae permission or authority to take the aforementioned items,

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

Det. _____ 8/#6442        11/20/2006
Deponent                    Date and Time

ACT 5 Version 4.2.0 Created on 11/20/06 9:26 PM

(1) NO ONE HURT
(2) VERY OLD BAD...

TOTAL P.001

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

              -against-

JAMES BROWN,

                              Defendant.

----------------------------------------------------

        THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuse

the defendant of the crime of **ROBBERY IN THE FIRST DEGREE**, in violation of Penal

Law §160.15(3), committed as follows:

        The defendant, in the County of New York, on or about September 3, 2006, forcibly

stole property from person known to the Grand Jury, and in the course of the commission of the

crime and in the immediate flight therefrom, he used and threatened the immediate use of a

dangerous instrument, to wit, a hypodermic needle.

                                             ROBERT M. MORGENTHAU
                                           District Attorney

Filed:                              WAIVED              2006NY079825

| No. |
|-----|

THE PEOPLE OF THE STATE OF NEW YORK

-against-

JAMES BROWN,

Defendant.

_____

**INDICTMENT**

_____

ROBERT M. MORGENTHAU, District Attorney

A True Bill

ROBBERY IN THE FIRST DEGREE, P.L. §160.15(3),

Foreman

Scott P. Leet
Trial Bureau 30

ADJOURNED TO PART 60 ON 12/29/2006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

JAMES BROWN,

Defendant.

PEOPLE'S VOLUNTARY
DISCLOSURE FORM

Docket No.       2006NY079825

The People of the State of New York hereby voluntarily disclose to the defendant the following factual information pertaining to the above-captioned case:

A.      **BILL OF PARTICULARS**

1.      OCCURRENCE

Date:            September 3, 2006
App. Time:       7:00PM
Place:           i/o 500 East 8th Avenue

2.      ARREST

Date:            November 20, 2006
App. Time:       17:00
Place:           357 West 35th Street

B.      **NOTICES**

1.      STATEMENTS

☐ If checked, notice is hereby served, pursuant to CPL §710.30(1)(a), that the People intend to offer at trial evidence of a statement made by defendant to a public servant. *(Where a statement has been video taped, counsel should contact the assigned Assistant District Attorney to arrange a mutually convenient time for viewing the tape or should provide a blank tape for copying.)*

2.    <u>IDENTIFICATION</u>

☒ If checked, notice is hereby served, pursuant to CPL §710.30(1)(b), that the People intend to offer at trial testimony regarding an observation of defendant either at the time or place of the commission of the offense or upon some other occasion relevant to the indictment, to be given by a witness who has previously identified defendant.

| | |
|---|---|
| Identification #: | 1 |
| Type of ID: | Line-up |
| Date: | November 20, 2006 |
| Approximate Time: | 16:40 |
| Location: | i/o 357 West 35th Street |
| Number of Identifying Witnesses: | 1 |

C.    **DISCOVERY**

1.    <u>ADDITIONAL STATEMENTS</u>

☐ If checked, the People hereby disclose written, oral or recorded statements of a defendant or of a co-defendant to be jointly tried, made, other than in the course of the criminal transaction, to a public servant engaged in law enforcement activity or to a person then acting under his direction or in cooperation with him, and which statements are not given in section B(1) above. C.P.L. §240.20(1)(a).

2.    <u>GRAND JURY TESTIMONY</u>

☐ If checked, defendant or a co-defendant to be tried jointly testified before the Grand Jury relating to this criminal action. C.P.L. §240.20(1)(b). *Such testimony is available upon payment of a stenographic fee.*

3.    <u>SCIENTIFIC AND MEDICAL REPORTS</u>

☐ If checked, the People hereby disclose written reports or documents or portions thereof, concerning a physical or mental examination or scientific test or experiment, relating to this criminal action, which were made by, or at the request or direction of a public servant engaged in law enforcement, or by a person whom the People intend to call as a witness of a trial, or which the People intend to introduce at trial. C.P.L. §240.20(1)(c).

4.      <u>PHOTOGRAPHS AND DRAWINGS</u>

     ☒ If checked, there exists photographs or drawings relating to this criminal action which were made or completed by a public servant engaged in law enforcement, or which were made by a person whom the People intend to call as a witness at trial, or which the People intend to introduce at trial. C.P.L. §240.20(1)(d). *(Counsel should contact the assigned Assistant District Attorney to arrange a mutually convenient time to examine this material.)*

5.      <u>INSPECTION OF PROPERTY</u>

     ☐ If checked, there exist photographs, photocopies or other reproductions made by or at the direction of a police officer, peace officer or prosecutor of property prior to its release pursuant to the provisions of Penal Law Section 450.10, irrespective of whether the People intend to introduce at trial the property or the photograph, photocopy or other reproduction. C.P.L. §240.20(1)(e). *(Counsel should contact the assigned Assistant District Attorney to arrange a mutually convenient time to examine this property.)*

6.      <u>OTHER PROPERTY</u>

     ☐ If checked, there exists other property obtained from the defendant, or a co-defendant to be tried jointly, C.P.L. §240.20(1)(f), or from another source. *(Counsel should contact the assigned Assistant District Attorney to arrange a mutually convenient time to examine this property.)*

7.      <u>TAPES AND ELECTRONIC RECORDINGS</u>

     ☐ If checked, there exist tapes or other electronic recordings which the People intend to introduce at trial, irrespective of whether such recording was made during the course of the criminal transaction. C.P.L. §240.20(1)(g). *(Counsel should contact the assigned Assistant District Attorney to arrange a mutually convenient time to listen to the tapes or provide a blank tape for copying.)*

8.      <u>BRADY MATERIAL</u>

     ☐ If checked, there is material appended which the People are required to turn over pursuant to the United States or the New York State Constitution. The People are aware of their continuing obligation to disclose material exculpatory information to defendant and intend to satisfy that obligation as required by law. C.P.L. §240.20(1)(h).

9.   COMPUTER OFFENSES

☐ If checked, discovery is hereby served pursuant to C.P.L. §240.20(1)(j) of the time, place and manner of notice given pursuant to Penal Law §156.00(6), which governs offenses for Unauthorized Use of a Computer (Penal Law §156.05) and Computer Trespass (Penal Law §156.10).

10.  POLICE OFFICERS INVOLVED

The following are some of the officers who were involved in the arrest or police investigation.

| Name | Shield | Command |
|------|--------|---------|
| Eric Brzostek | 5342 | MTS Det. Sq. |
| Thomas Schick | 5461 | MTS Det. Sq. |

11.  SEARCH WARRANTS

☐ If checked, a search warrant was executed during the investigation of this case.

D.   **DEMAND FOR NOTICE OF ALIBI**

Pursuant to CPL §250.20, the People hereby demand that defendant supply the District Attorney with (a) the place or places where the defendant claims to have been at the time of the commission of the crime(s) and (b) the names, residential addresses, places of employment and addresses thereof of every alibi witness upon whom defendant intends to rely to establish his presence elsewhere than at the scene of the crime at the time of its commission. Within a reasonable time after the receipt of the information specified above, the District Attorney will submit a list of any rebuttal witnesses, their addresses, and employers.

## E.    RECIPROCAL DISCOVERY

Pursuant to CPL §240.30(1), the People hereby demand that defendant supply the District Attorney with (a) any written report or document, or portion thereof, concerning a physical or mental examination, or scientific test, experiment, or comparisons, made by or at the request or direction of the defendant, if the defendant intends to introduce such report or document at trial, or if defendant has filed a notice of intent to proffer psychiatric evidence and such report or document which relates thereto or if such report or document was made by a person other than defendant, whom defendant intends to call as a witness at trial; and (b) any photograph, drawing, tape, or other electronic recording which the defendant intends to introduce at trial.

**NOTE**: Any defense motion or request addressed to the above-captioned case should be directed to the attention of the Assistant District Attorney named below, who is assigned to this case.

Dated:    New York, New York
          November 27, 2006

                                        Robert M. Morgenthau
                                        District Attorney
                                        One Hogan Place
                                        New York, NY 10013

By:       Scott P. Leet
          Assistant District Attorney
          335-3538

5